

**New York Community Bank**

Member FDIC

## TRUTH IN SAVINGS – ACCOUNT DISCLOSURES

### CERTIFICATE OF DEPOSIT (CD)
(Excluding the 10-Day, Auto-Renew and Step-Up CDs)

**ACCOUNT TITLE:** TUNNY SOLOMON
MICHAEL SOLOMON (BENEFICIARY)

**ACCOUNT NUM** ████ 4521          **ORIGINAL DEPOSIT:** $50,000.00
**DATE OPENED:** 10/25/18          **TERM OF CERTIFICATE:** 14 MONTH CD
**MATURITY DATE:** 12/25/19          **INTEREST RATE:** 2.62%
**RENEWAL POLICY:** WILL NOT RENEW   **ANNUAL PERCENTAGE YIELD:** 2.65%

**PREPARED BY:** GUIDES-LLORENTE,HECTOR

### Rate information

The interest rate paid and annual percentage yield ("APY") on your account is disclosed on the accompanying *Rate Sheet*. You will be paid this rate until the maturity date of this account.

### Compounding and crediting

Your certificate will compound and credit interest in the following manner unless otherwise noted.

| Term of Certificate of Deposit: | Compounding and Crediting: |
| --- | --- |
| 1 month up to and including 2 months | Interest is calculated on a simple interest basis. Interest is credited to your account at maturity. |
| 3 months up to and including 11 months | Interest is calculated on a simple interest basis. Interest is credited to your account on a quarterly basis. |
| 12 months or more | Interest is compounded on a daily basis. Interest is credited to your account on a monthly basis (unless otherwise noted). |

### Effect of closing the account

If you close your account before interest is credited, you will receive the accrued interest.

### Time requirements

Your account will mature in the number of months specified on the accompanying *Rate Sheet* and on your certificate.

### Minimum balance requirements

Your certificate has the following minimum balance requirements unless otherwise noted.

*Liquid Certificates of Deposit:*

You must deposit a minimum of $2,500.00 to open this account. You must maintain a minimum balance of $2,500.00 in the account each day to obtain the disclosed annual percentage yield.

### NYCB - THE STRENGTH BEHIND THE BANKS YOU TRUST

CDs/IRAs (Rev. 11/29/2017)

PLAINTIFF_CONFIDENTIAL_000009

*All Other Certificates of Deposit:*

| Term of Certificate of Deposit: | Minimum Balance Requirements: |
|---|---|
| 1 month up to and including 6 months | You must deposit a minimum of $2,500.00 to open this account. You must maintain a minimum balance of $2,500.00 in the account each day to obtain the disclosed annual percentage yield. |
| 7 months or more | You must deposit a minimum of $500.00 to open this account. You must maintain a minimum balance of $500.00 in the account each day to obtain the disclosed annual percentage yield. |

## Balance computation method

We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

## Accrual of interest on noncash deposits

Interest begins to accrue on the business day you deposit noncash items (for example, checks).

## Fees

Please refer to our separate *Schedule of Fees and Services* or *Business Fees and Services* (as applicable) for charges that may apply to this account.

## Transaction limitations

You may not make withdrawals of principal from your account before maturity, unless we agree at the time you request the withdrawal. Principal withdrawn before maturity is included in the amount subject to early withdrawal penalty.

You may make no pre-authorized, data transmission, telephonic, or automatic transfers or withdrawals from your Certificate of Deposit other than intra-institutional transfers or as otherwise agreed upon with the Bank.

*Liquid Certificates of Deposit:*

Withdrawals - The penalty will be waived if the withdrawal is made after the first six days of the account term or the first six days following any partial withdrawal. Only in-branch withdrawals are permitted.

Deposits - You may not make deposits into your account until the maturity date.

*All Other Certificates of Deposit:*

| Term of Certificate of Deposit: | Deposit Limitations: |
|---|---|
| 1 month up to and including 12 months | You may make additional deposits into your account at any time during the term of the certificate. You may not make deposits into your account via ACH, mobile deposit, telephone transfers or at any ATM terminal. |
| 13 months or more | You may not make deposits into your account until the maturity date, unless we agree at the time you request the deposit (unless otherwise noted). |

## Early withdrawal penalties

We will impose a penalty if you withdraw any of the principal before the maturity date. The fee imposed will vary, depending on the term of your certificate, as follows:

| Term of Certificate of Deposit: | Fee Imposed: |
|---|---|
| 1 month up to and including 5 months | 30 days' simple interest on the amount withdrawn |

**NYCB - THE STRENGTH BEHIND THE BANKS YOU TRUST**

CDs/IRAs (Rev. 11/29/2017)

PLAINTIFF_CONFIDENTIAL_000010

| | |
|---|---|
| 6 months up to and including 11 months | 90 days' simple interest on the amount withdrawn |
| 12 months up to and including 35 months | 180 days' daily compound interest on the amount withdrawn |
| 36 months or more | 365 days' daily compound interest on the amount withdrawn |

In certain circumstances, such as the death or incompetence of an owner of this account, the law permits, or in some cases requires, the waiver of the early withdrawal penalty. See your plan disclosure if the account is part of an Individual Retirement Account or other tax qualified plan.

## Withdrawal of interest prior to maturity

The annual percentage yield assumes interest will remain on deposit until maturity. A withdrawal will reduce earnings.

## Renewal policies

This account will not renew automatically at maturity unless otherwise noted on the front of your certificate. If the certificate automatically renews, you will have 7 calendar days after the maturity date to withdraw funds without penalty. If you do not renew the certificate, your deposit will be placed in an interest-bearing, Post-Maturity savings account. Please refer to the accompanying *Rate Sheet* and the below *Post-Maturity* account disclosure for details about the Post-Maturity savings account.

### *Liquid Certificates of Deposit:*

This account will not renew automatically at maturity unless otherwise noted on the front of your certificate. If the certificate automatically renews, it will renew to a non-liquid CD with the same term as your Liquid CD and you will have 7 calendar days after the maturity date to withdraw funds without penalty.

## Other important information about your account

Please refer to the Account Disclosure booklet titled, *All About Your Accounts* or *All About Your Business Accounts* (as applicable), which was provided to you prior to opening your account. This disclosure booklet contains other important information on the terms and conditions of your account.

**3 Month IRA CD** – You must deposit a minimum of $2,500.00 to open this account. You must maintain a minimum balance of $500.00 in the account each day to obtain the disclosed annual percentage yield.

NYCB - THE STRENGTH BEHIND THE BANKS YOU TRUST

CDs/IRAs (Rev. 11/29/2017)

PLAINTIFF_CONFIDENTIAL_000011



## TRUTH IN SAVINGS – ACCOUNT DISCLOSURES

### POST-MATURITY

**Requirements to open and maintain the account**

This account will be used to receive funds from matured certificate of deposits ("CD") that did not contain an automatic renewal option, or for non-renewable CD's that you have not closed upon maturity.

**Rate Information**

The interest rate paid and annual percentage yield ("APY") on your account is disclosed on the accompanying *Rate Sheet*. At our discretion, we may change the interest rate and APY on your account at any time.

**Compounding and crediting**

Interest is both compounded and credited either monthly or quarterly depending on the compounding and crediting of the original certificate of deposit.

**Effect of closing the account**

If you close your account before interest is credited, you will receive the accrued interest.

**Minimum balance to avoid the imposition of a fee**

There is no minimum balance fee.

**Minimum balance to obtain the annual percentage yield disclosed**

There is no minimum balance required to obtain the annual percentage yield disclosed.

**Balance computation method**

We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

**Accrual of interest on non-cash deposits**

Interest begins to accrue on the business day you deposit noncash items (for example, checks).

**Transaction limitations**

Please refer to the Account Disclosure booklet titled, *All About Your Accounts* or *All About Your Business Accounts* (as applicable), which was provided to you prior to opening your account for transaction limitations.

**Fees**

Please refer to our separate *Schedule of Fees and Services* or *Business Fees and Services* (as applicable) for fees and service charges that may apply to this account.

**Other Important Information About Your Account**

Please refer to the Account Disclosure booklet titled, *All About Your Accounts* or *All About Your Business Accounts* (as applicable), which was provided to you prior to opening your account. This disclosure booklet contains other important information on the terms and conditions of your account.

### NYCB - THE STRENGTH BEHIND THE BANKS YOU TRUST

CDs/IRAs (Rev. 11/29/2017)

PLAINTIFF_CONFIDENTIAL_000012