# Exhibit B

# All About Your Accounts

**Consumer Deposit Account Agreements and Disclosures**





Equal Opportunity Lender
©2022 New York Community Bank, a division of Flagstar Bank, N.A.-Member FDIC

12/2022

# Table of Contents

Introduction ....................................................... 4

**Section I – General Account Features ....................... 4**

   Important Definitions ...................................... 4

   Important Information About Procedures for Opening a New Account ........................................ 4

   Minimum to Open and Maintain Accounts ................. 5

   Deposits ................................................... 5

   Remotely Created Checks ................................. 5

   Multiple Signatures ........................................ 6

   Direct Deposits ............................................ 6

   The Bank as Collecting Agent ............................ 6

   Interest ................................................... 6

   Interest Payments ........................................ 6

   Withdrawals .............................................. 7

      1.   Facsimile Signature ............................... 8

      2.   Facsimile/Telephone Instructions ................. 8

   Telephone Transfers ..................................... 8

   Right of Set-Off .......................................... 8

   Security Interest ......................................... 8

   Attorney Fees and Expenses ............................. 8

   Postdated Checks ........................................ 8

   Stale Checks ............................................. 9

   Lost or Stolen Checks .................................... 9

   Order of Items Paid/Debited From Your Account ....... 9

   Restrictive Legends ...................................... 10

   Multiple Payees .......................................... 10

   ACH & Wire Transfers .................................... 10

   Death or Incompetence .................................. 10

   Closing Your Account .................................... 10

   Certificate of Deposit Information ....................... 10

   Service Charges ......................................... 11

   Passbook Accounts ...................................... 11

   Statement Accounts ..................................... 11

   Transaction Limitations .................................. 12

   Overdraft Shield ......................................... 12

   Interest Reporting ....................................... 12

   Deposit Insurance ....................................... 13

   Governing Law/Jurisdiction .............................. 13

   Waiver .................................................... 13

   Liability .................................................. 14

   Waiver of Trial by Jury .................................. 14

   Severability .............................................. 14

   Limitation of Liability; No Warranties ................... 14

**Section II – Information About Bank Rules and Policies ......................................................... 14**

   Agreement ............................................... 14

   Notices From You ........................................ 14

   Change of Address ....................................... 15

   Returned Mail ............................................ 15

   Bank Hours ............................................... 15

   Stop Payments ........................................... 15

   Collateral and Transfer/Assignment of Accounts ..... 16

   Multiple Party Accounts New Jersey .................... 16

   Joint Account ............................................ 16

   Payable on Death (P.O.D.) Account ..................... 17

   Totten Trust Account .................................... 17

   Custodian Under the Uniform Transfers to Minors Act Account ........................................ 18

   Power of Attorney ....................................... 18

   Inactive and Abandoned Accounts ...................... 19

   Actions to Activate an Inactive or Dormant Account: 19

   Account Transfer ........................................ 19

   Changes in Terms ....................................... 19

   Conflicts ................................................. 19

   Notice of Negative Information .......................... 19

   Standard of Care ........................................ 20

   Recording and Monitoring ............................... 19

   Electronic Communications .............................. 19

   Illegal/Suspicious Activity ............................... 20

   Claims Against the Bank ................................. 20

   Legal Process ........................................... 20

   Endorsements ........................................... 21

   Statements and Account Errors ......................... 21

   Account Inquiries ........................................ 22

   Credit Information and Disclosure of Your Information .............................................. 22

   How to Get Additional Information ...................... 22

**Section III – Wire Transfer Orders Terms and Conditions ...................................................... 22**

Incoming Wire Transfer Orders ................................. 22

Outgoing Wire Transfer Orders ............................... 23

Fees ...................................................................... 23

Currency of Transfer ............................................. 23

Cut-Off Time for Acting on Your Transfer Order Request ................................................................. 23

Cancelling or Changing a Transfer Order ................. 23

Rejecting a Funds Transfer Request ....................... 23

Means of Funds Transfers ...................................... 23

Inconsistent Names and Account Numbers ............. 23

Delays, Non-Execution of Transfer Orders .............. 24

Security Procedures ............................................... 24

Notices of Your Order ............................................ 24

Claims .................................................................. 24

Other Agreements ................................................. 25

Governing Law ...................................................... 25

**Section IV – Electronic Funds Transfer Disclosure Statement/ATM Cardholder/VISA® Debit Card ......... 25**

Introduction .......................................................... 25

Definitions ............................................................ 25

Types of Transfers and Services Available ............... 26

Deactivation of Access Device for Non-Use ............ 26

Right to Receive Documentation of Transfers .......... 26

Pre-Authorized Transfers (including Social Security) 26

Your Liability for Authorized Transfers ..................... 26

Your Liability for Unauthorized Transfers ................. 26

Debit Card Exception to Liability for Unauthorized Transfers .............................................................. 27

Error Resolution Notice .......................................... 27

Disclosure of Account Information to Third Parties ... 27

New York Community Bank's Failure to Complete an Electronic Funds Transfer ....................................... 27

Stopping Payment of Pre-Authorized Debits ........... 28

Fees and Charges ................................................. 28

Future Changes and Cancellations .......................... 28

Account Agreement and Other Regulations ............. 29

ATM Cardholder/Visa® Debit card Agreement .......... 29

ATM User Safety Precautions .................................. 31

**Section V – Taxpayer Identification Number and Certification Information ........................................ 31**

Introduction .......................................................... 32

How to Obtain a TIN .............................................. 32

What is Backup Withholding? .................................. 32

Payees and Payments Exempt From Backup Withholding ........................................................... 32

Penalties ............................................................... 32

Specific Instructions .............................................. 33

What TIN Should You Give to the Bank? .................. 33

**Section VI – Consumer Funds Availability Policy ... 33**

Determining the Availability of a Deposit ................. 33

Same Day Availability ............................................ 34

Next Day Availability .............................................. 34

Funds Availability Schedule .................................... 34

Longer Delays May Apply ....................................... 34

Special Rules for a New Account ............................. 34

Holds on Other Funds (Check Cashing) ................... 35

Holds on Other Funds (Other Account) .................... 35

Items Not Accepted for Deposit or Payment ........... 35

Foreign Checks ..................................................... 35

Changes to Our Policy ........................................... 35

**Section VII – Substitute Checks and Your Rights ... 35**

What Is a Substitute Check? ................................... 35

What Are My Rights Regarding Substitute Checks? 35

How Do I Make a Claim for a Refund? ..................... 35

3

# Introduction

This booklet outlines the Terms and Conditions of your Accounts ("Accounts" and singularly, "your" or an "Account.") It is an informative guide that not only describes the rules and regulations governing your Accounts at New York Community Bank, a division of Flagstar Bank, N.A. and Flagstar Bank's divisions, but also acquaints you with many of our financial services.

The words we, us, our, and Bank refer to New York Community Bank, a division of Flagstar Bank, N.A. and Flagstar Bank's divisions; the words you, your, yours, and Customer refer to the depositor(s) opening an Account. Please familiarize yourself with the information provided, so you will be able to take maximum advantage of the many opportunities and programs available at the Bank.

All Products and Services may not be offered in all geographic locations. Certain features, rights, and/or responsibilities maintained in this Agreement may not be available to businesses.

We look forward to continuing to serve you with the high degree of personalized service to which we are committed.

# Section I – General Account Features

**Important Definitions**

Account Balance (Ledger)
The amount of money you have in your account, which will display on your bank statements.  The ledger balance is computed by subtracting the aggregate number of credits from the aggregate number of debits.  This does not necessarily mean the full ledger balance is available.  Please see Available Balance.  This balance will not include any overdraft balances (such as, but not limited to OD Shield), via the ATM, Online and Mobile Banking or Telephone Banking (VRU).  However, branch personnel can assist you with finding out what your available or used funds are in any overdraft services that you may have.

Available Balance
The balance of an account less any check holds (Uncollected Funds), Unavailable Funds, Insufficient Funds, and restrictions against the account (such as, but not limited to, an administrative hold for a safe deposit box , point-of-sale (POS) authorization hold (pending transaction posting), or any legal process hold).  This balance will not include any overdraft balances (such as, but not limited to OD Shield), via the ATM, Online and Mobile Banking or Telephone Banking (VRU).  However, branch personnel can assist you with finding out what your available or used funds are in any overdraft services that you may have.

Uncollected Funds

The amount of bank deposits, mainly in the form of checks, that have not yet been paid by the banks on which the checks are drawn.

Unavailable Funds
The amount of funds that may be held by the bank for various reasons (such as, but not limited to, safe deposit box holds, legal process/IRS Lien holds, check holds, etc.)

Insufficient Funds
If you don't have enough money available in your account to cover the checks you've written or electronic debits you've authorized, you have Insufficient/nonsufficient Funds (NSF).

Legal Entity
A corporation, limited liability company, or other entity that is created by the filing of a public document with a Secretary of State or similar office, a general partnership, and any similar entity formed under the laws of a foreign jurisdiction.

**Important Information About Procedures for Opening a New Account**
To help the Government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person, business, or organization who opens an Account. What this means to you: When you open an Account, we will ask your name, address, date of birth, Identification Number, and other information that will allow us to identify you, your business or organization. We may also ask to see your driver's license or other identifying documents. Failure to provide required documentation may prohibit the Bank from opening an Account with you.

By completing a deposit account opening application or signing up for additional services, you certify that the information you provide is true and accurate. You also authorize us to verify your identification information and/or obtain information about you from consumer or other reporting agencies. The opening of a deposit account or the obtaining of additional services is contingent upon our ability to adequately verify your identity and may include a review of your consumer credit or other reports.

In addition, if it is a Legal Entity account, we reserve the right to verify the identification information and/or obtain information about all beneficial owners (25% or more). The opening of a deposit account or obtaining of additional services is contingent upon our ability to adequately identify you and all beneficial owners (25% or more), if applicable.

4

**Minimum to Open and Maintain Accounts**

Each Bank Account requires a minimum opening deposit. In addition, certain Accounts require that a minimum balance be maintained in order for interest to be paid or to avoid maintenance charges. These terms and conditions for your Account may be provided to you under separate disclosures.

When you make your first deposit and at other times when we need it, you agree to give us the information we request to properly identify you.

**Deposits**

Once an Account is established, the Bank generally accepts an unlimited number of deposits, except in regard to Certificate of Deposit Accounts. Deposits may be made only when accompanied by a deposit slip in the form prescribed by the Bank.

Deposits may be made in person, by mail, by use of most of our Automated Teller Machine (ATM) systems or night depository, by wire transfer or by pre-authorized credits, such as Social Security benefits or payroll payments, or in any other manner permitted by the Bank.

Deposits of $1.00 or more will generally be accepted (minimum balance requirements for your specific Accounts are provided in separate disclosures). Cash deposits will be subject to the Bank Secrecy Act reporting provisions.

Note: During the term of a Certificate of Deposit, no additional deposits will be accepted to the Account, unless specified in the individual Certificate of Deposit disclosure. Additional deposits may be made on the Account maturity date, at which time they become part of the principal for the new term.

We are not bound by any restrictive or conditional endorsement on a check you cash or deposit, or any endorsement "without recourse" or words of similar intent or other instructions. If the Bank receives any item payable to your order with an endorsement missing, the Bank may, at its option, still deposit it in your Account. Endorsements must appear on the back of the check within the first one and a half inches from the left side when looking at it from the front.

We reserve the right to accept double endorsed items subject to satisfactory verification of prior endorsements and other requirements as may be required by law or stated in this booklet for, generally, item acceptance.

Items accepted for deposit on a collection basis (e.g., passbooks from other banks, bonds, foreign checks, etc.) will be credited to your Account on the day the funds actually are received by our Bank.

We have a right, for our own reasons, and at any time, to:

- Refuse to open an Account or accept a deposit, or
- Return all or some of a deposit, or
- Close an Account.

If we do close your Account, interest will stop in accordance with the specific product type. Refer to specific product information provided under separate disclosure.

If we credit your Account for an item (a check or other instrument) and the item is not collected by us for any reason, we will deduct the amount of the item from your Account. Any interest earned on the amount may be forfeited. If there is not enough money in the Account to cover the item, you agree to repay us the amount or that portion of the amount not covered.

All deposits you make are subject to verification by us. We reserve the right to review the cash, checks or other items deposited to confirm the amount of the deposit. At our option, we may adjust your Account records to reflect the actual amount deposited. We may adjust any errors we find such as a wrong amount reflected on your deposit ticket. We may adjust for errors (whether caused by the Bank or not) even after the transaction has been recorded for up to one year pursuant to Federal Reserve guidelines. We are not required to make any corrections to your account for discrepancies of less than $1.00.

**Remotely Created Checks**

Deposits - If you deposit a demand draft or remotely created check (an unsigned draft or a preauthorized draft) into your Account, you warrant and guarantee that the draft or remotely created check is authorized according to its terms (e.g., amount) by the person identified as the drawer. You agree to indemnify and hold the Bank harmless from all loss, expense (including attorneys' fees) and liability related to a claim that such draft or remotely created check was not authorized by the person on whose account it was drawn.

If you deposit remotely created checks with us, you agree that we may withhold all or a portion of the proceeds of such remotely created checks or other funds in any of your Accounts with us, and may require the deposit of additional funds, or require you to deposit funds to be held in a reserve account, in an amount and for such time (e.g. one year) that we believe may be needed to cover future charge backs, returned items, and/ or claims that such remotely created checks were unauthorized. You grant us a security interest in the reserve account. Unless we agree otherwise in writing with you, reserve funds shall not bear interest and only the Bank will have access to the reserve account. Our right to charge your Account for returned remotely created checks will not be limited by the balance or existence of any reserve fund. Our rights with respect to the reserve fund, as well as the security interest granted to us, shall survive the termination of this Agreement.

We may discontinue accepting remotely created checks from you at any time without cause or prior notice.

Withdrawals - If you provide your account number to a third party with instructions to charge your account by means of one or more demand drafts or remotely created checks, you authorize us to pay such checks in the amount presented, even though they do not contain your signature and may exceed the amounts you authorized to be charged. This provision shall not obligate us to honor remotely created checks. We may refuse to honor remotely created checks without cause or prior notice, even if we have honored similar items previously.

**Multiple Signatures**

We are not required to comply with any multiple-signature requirement, even if your signature card specified that multiple signatures are required or you have otherwise instructed us to do so. This requirement is for your internal control purposes only and is not binding on the Bank; Bank may disregard any instructions requiring more than one signature and we have no duty to enforce such internal requirements. This means that we may act on the oral or written instructions of any one signer on the account to make withdrawals, write checks, transfer funds, stop payments, obtain/provide ancillary services (e.g. electronic fund transfer services or wire transfers), and act on any other instructions concerning your Account, and because of its use of automated systems to process checks and other items, the Bank can't compare signatures or determine that a dual signature requirement is being violated.

We will not be liable to you if we pay out funds from your Account if the check, item, or other withdrawal or transfer instruction is signed or approved by any one of the persons authorized to sign on the Account, regardless of whether or not you require more than one signature.

**Direct Deposits**

If in connection with a direct deposit plan, we deposit any amount in an Account which should have been returned to the Federal Government for any reason, you authorize us to deduct the amount of your or our liability to the Federal Government from the Account or from any other Accounts you have with us, without prior notice and at any time, except as prohibited by law. You agree to promptly reimburse us for any shortfall in your Account(s). We may also use any other legal remedy to recover the amount of this liability.

**The Bank as Collecting Agent**

In receiving items for deposit or collection, the Bank acts only as your collecting agent and all such items are accepted under the following conditions:

- All items are credited subject to actual and final payment.
- We shall not be responsible for negligence, default or failure of third parties, or for losses in the mails.
- We shall have the right to charge back to your Account any items for which actual and final payment is not received.
- We shall have the right to charge back to your Account any items which are returned, at any time, due to forged, improper or missing endorsements or any other breach of warranty under the applicable provisions of the Uniform Commercial Code.

Items may be sent directly to the banks on which drawn, without waiving any of the above conditions.

The Bank cannot verify that money orders, cashier's checks or similar items are authentic and valid at the time presented to the Bank for cash or for deposit. If the Bank cashes or accepts for deposit, a money order, cashier's check or similar item and the Bank later learns that the item is fraudulent, counterfeit or invalid for any other reason, the Bank has the right to charge your Account for the amount of the item, even if the Bank previously made the funds available to you or if it causes your Account to be overdrawn, at any time.

**Interest**

The Bank will pay interest on your Account Balances at rates, intervals and on terms that may be changed at the Bank's discretion from time to time.

Interest Rate – Interest is always quoted as an Interest Rate. This refers to the simple interest an Account will earn initially. Variable rate Accounts have interest rates that can change periodically.

Annual Percentage Yield – The "Annual Percentage Yield" is the measure of how much interest an Account can be expected to earn if the Interest Rate remains the same for a full year or until maturity for Accounts with terms, the funds remain on deposit for this period, and all interest is left in your Account.

Interest Computation and Compounding –
"Compounding" means that interest earns interest if it is left in your Account.

Specific interest rates and computation methods for your Account may be provided under a separate disclosure.

**Interest Payments**

Once credited, interest may remain on deposit in your Account or may be withdrawn at any time, with the following exceptions:

- Generally, when a Certificate of Deposit has been renewed for a new rate and term, all interest earned prior to renewal becomes part of

6

the principal and is subject to the rules concerning early (premature) withdrawals.

- Withdrawals of interest from IRAs or other qualified plans may result in Internal Revenue Service tax penalties and reporting requirements.

**Withdrawals**

You must maintain a sufficient Available Balance in your Account to cover the withdrawals you make. If you overdraw your Account, the Bank may refuse to pay the item(s) that caused the overdraft.  We offer Overdraft Protection Services that may provide you with overdraft coverage.

The Bank can also refuse to permit a withdrawal from your Account if:

1. The proceeds of check(s) or other items deposited are not yet available (Funds availability will depend on the Bank's Funds Availability Policy and Schedule) or there are Insufficient Funds in your Account.
2. One or more authorized signers on an Account have asserted adverse claims to authority or a dispute exists between authorized signers, owners and/or principals of Customer, as to their respective authority or any of the prior parties.
3. You tell us in writing not to permit the withdrawal.
4. An Account is pledged as collateral for a debt.
5. The withdrawal would consist of money or items we have taken to pay a debt due the Bank, by way of set-off or otherwise.
6. We have been judicially ordered (by court order or other legal process) not to permit the withdrawal of all or part of the funds in an Account.
7. The requested withdrawal amount would exceed the amount permitted by your Account agreement or term provided to you under a separate disclosure or agreement.
8. You have failed to present to us the passbook, or any other document, credential, evidence or identification we require, or the law requires, in connection with the withdrawal. If the Bank does not feel that it has enough proof of who someone is, it may ask for as much proof as it needs. In certain cases, the Bank may ask for a surety bond from an insurance company that guarantees the right of the person to the funds.
9. You have reached your daily Automated Teller Machine (ATM) withdrawal limit (applicable only to ATM transactions) or debit card limitations.
10. A problem with our equipment prevents us from knowing your Account Balance.
11. You have filed Bankruptcy, and we are put on notice of such filing.
12. We are aware of a dispute relating to an Account, or we suspect fraud or irregularity, or we are holding funds because of a claim against the Bank.
13. Any other breach by you of your obligations under this Agreement.
14. The withdrawal is of the type that it is limited by Federal regulations and the withdrawal would exceed those limitations.
15. You use a form of check or item that is not acceptable to, or authorized by, the Bank.

The following events may be unlikely, but they are provided by law: the Bank may, at any time, require seven (7) days' advance notice that you intend to withdraw funds from your Money Market or Savings Account. We may refuse to permit a withdrawal in such cases, if we have not received the required notice.

The circumstances enumerated above are illustrative only and are not intended as an exhaustive list of circumstances under which the Bank may refuse withdrawals. The Bank reserves the right to refuse withdrawals under other justifiable or appropriate circumstances, to protect the Bank or Customer. In any event, the Bank shall be relieved of any and all liability for our failure or refusal to honor any item drawn on your Account or any other withdrawal instructions. In addition, if any person or entity asserts that a dispute exists, we are not required to determine whether that dispute has merit in order to refuse to honor the item(s) or withdrawal instruction(s).

The Bank may make payments to you in cash or by check, money order or other form, payable to your order or someone else's order. Cash withdrawals will be subject to the Bank Secrecy Act reporting provisions. Large cash withdrawal requests may be delayed if sufficient advance notice is not provided. You may direct the Bank to make payments out of your Checking Account by writing a check in the form prescribed by the Bank.

If you voluntarily give out your Account number to any third party, then that act shall be deemed your authorization to permit that third party to initiate debits and withdrawals from your Account and the Bank shall not be obligated to inquire further into the validity of your authorization for any future withdrawal by that third party.

We may allow another person to make withdrawals on your behalf if we are presented with satisfactory proof of the person's authority to make the withdrawal (example: power of attorney). Any such payment made by the Bank to or on the order of such a person prior to receiving your written notice revoking such authority is final payment and relieves the Bank from any further liability for the amount of such payment.

If any funds are distributed to you from an IRA or other qualified plans before certain conditions are met (i.e., age $59\frac{1}{2}$, five years in a Roth IRA), the distribution may have

substantial, unfavorable tax consequences for you. Certain unfavorable tax consequences are explained in the documents delivered to you when you opened your Account. Please consult with your tax advisor concerning all tax-related issues.

### 1. Facsimile Signature

If you use a facsimile signature, computer-generated signature, stamp signature, or any other reproduction of your signature (singly and collectively referred to as "Facsimile Signature"), or provide a signature card authorizing any such Facsimile Signature, you will be solely responsible for any withdrawal (e.g. checks) from your account that bears or appears to us to bear a Facsimile Signature that resembles or purports to be the signature of a person authorized to withdraw funds, regardless of your negligence or whether the signature was the same one previously used. We will not be liable to you if use of the Facsimile Signature Device (or similar device utilized to affix your signature) was unauthorized. You are responsible even if, for example, the size, color, or signature of the Facsimile Signature is different from that of any signature previously presented to us. We may pay the withdrawal and may charge your account for it. You agree to reimburse us (and we may charge any of your Accounts) for all claims, costs, losses and damages, including attorneys' fees, that result from our payment of a withdrawal bearing a Facsimile Signature that resembles or purports to bear your signature or a Facsimile Signature.

### 2. Facsimile/Telephone Instructions

Unless we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

### Telephone Transfers

A telephone transfer of funds from your Account to another Account maintained by you with us may be made, in accordance with our procedures, by the same persons and under the same conditions generally applicable to withdrawals made in writing. Account transfer restrictions may be described elsewhere.

### Right of Set-Off

With the exception of IRA Accounts or other qualified plans, or as otherwise prohibited by law: (i) if you are now indebted to us or if at any time you become indebted to us, in any manner or capacity (e.g., as maker, co-maker or guarantor of a note) we have the right to apply so much of the balance in your Account as may be necessary to satisfy the debt that you owe the Bank as borrowers, guarantors, or otherwise, and (ii) by signing the signature card, you pledge and assign to us and grant us a security interest in all your present and future deposits and Accounts (of any nature) with us as collateral for your obligations and indebtedness to us arising out of your Account or otherwise. The Bank will provide written notice

prior to or on the same business day with reason for the setoff. We may withdraw these funds even if the withdrawal results in an interest penalty or dishonor of checks presented for payment.

The Bank's right of set-off shall not apply if you have made arrangements with the Bank to have Social Security or supplemental income payments deposited directly to your Account to the extent of those payments, and Individual Retirement Accounts (IRAs or other qualified plans) or as otherwise prohibited by law.

You agree to hold the Bank harmless and indemnify the Bank from any claim or loss arising as a result of our exercise of our right of set-off. A claim or loss includes, without limitation, one arising from the dishonor of an item due to Insufficient Funds.

### Security Interest

In addition to the right of set-off described above, you hereby grant the Bank a security interest in your Account and in all other accounts you have with us to secure all loans, extensions of credit and any and all other indebtedness to the Bank which the Bank has made to you or may make to you in the future, as permitted by law.

### Attorney Fees and Expenses

You agree to pay all costs and expenses (including attorney's fees and expenses) the Bank incurs in connection with any Account litigation or attempts to collect overdrafts or any matter (e.g. service fees/charges) arising out of the operation or maintenance of your Account, including after the loss has been charged off (in which case we may sue you to recover any loss).

### Postdated Checks

For Accounts opened in New York and New Jersey: You must not date a check later than the date you write it or put a condition for payment on any check. If you do postdate a check and it is presented to the Bank for payment before its date, the Bank may, in its discretion, pay the check or return it unpaid.

For Accounts opened in Arizona and Ohio: You should not date a check later than the date you write it or put a condition for payment on any check. If you do postdate a check and intend that it not be paid until the date written on the check, you must also request us to not honor the check until the specified date by sending us a written statement to that effect to:

New York Community Bank, a division of Flagstar Bank, N.A.
Attn: Branch Administration
102 Duffy Avenue
Hicksville, NY 11801

8

The request must be correct in its entirety to be honored and must be delivered to the Bank within a reasonable time to enable the Bank to act on the request. The request must contain exact information (account number, payee, date written on the check, amount and check number) to enable us to process the request. If you do not submit a request to the Bank and a check is presented to the Bank for payment before its date, or if you submit a request, but the check is presented to the Bank before the Bank can take the necessary steps to honor the request, the Bank may, in its discretion, pay the check or may return it unpaid.

<u>For Accounts opened in Florida:</u> It is the duty of the person drawing the postdated check to also notify, in writing, the separate office or branch of the Bank upon which such check is drawn, giving a complete description thereof, including the name of the payee, the date, the check number and the amount of the check; otherwise, the Bank is not liable for paying such check.

**Stale Checks**
The Bank reserves the right not to pay a personal check more than six (6) months old and a business check more than twelve (12) months old but may do so at the Bank's sole discretion.

**Lost or Stolen Checks**
If you are negligent in safeguarding your checks we will not be responsible for any losses you incur due to an alteration or forgery if we have paid the check in good faith and in accordance with reasonable commercial standards. You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen.

**Order of Items Paid/Debited From Your Account**
The law permits us to pay transaction items (such as checks, drafts, and electronic transactions) drawn on your Account in any order. All real-time transactions (such as ATM, point-of-sale purchases and teller transactions) are debited from your Account at the time the transaction is initiated by you. Our policy is to pay items (other than checks) drawn on your Account according to the transaction type in high to low (descending) dollar order. That is, we pay the largest items first within a transaction type. If items from more than one transaction type are presented, after paying the first transaction type, we will proceed to the next transaction type, paying the highest item first. The order in which items are paid is important if there is not enough money in your Account to pay all of the items that are presented. Electronic transactions (e.g., ACH, online, telephone, check electronification, such as check converted to an ACH, etc.) are paid first in descending dollar order, followed by checks (see below), which are then followed by drafts, also in descending dollar order. Checks are paid in the order they are presented to us.

For example, if a customer has $100.00 in an Account and two electronic transactions are presented, one for $60.00 and the other for $10.00, and two checks are also presented, one for $50.00 and the other for $10.00, the following is an illustration as to how the inclearing items are paid:

| Item: | | Balance: |
|---|---|---|
| | | $100.00 |
| ElectronicTransaction | $60.00 | $40.00 |
| ElectronicTransaction | $10.00 | $30.00 |
| Check | $50.00 | $30.00 |
| Check | $10.00 | $20.00 |

In accordance with policy, the check for $50.00 would overdraw the Account if it was paid. If an item is not paid, the system will look at all items subsequently presented for payment (such as the $10.00 check above) or return.

If a transaction item overdraws your Account by $10.00 or less, the item will be paid.

For example, if a customer has $100.00 in an Account and two electronic transactions are presented, one for $80 and the other for $10.00, and a check for $20.00 is also presented, the following is an illustration as to how the in-clearing items are paid in this situation:

| Item: | | Balance: |
|---|---|---|
| | | $100.00 |
| Electronic Transaction | $80.00 | $20.00 |
| Electronic Transaction | $10.00 | $10.00 |
| Check | $20.00 | -$10.00 |

In accordance with policy, the check for $20.00 overdraws the Account by $10.00 or less and therefore the $20.00 check will be paid.

<u>Overdrawn Accounts.</u> If, as an exception, a debit is paid drawn against non-sufficient, uncollected or unavailable funds, where the overdraft is more than $10.00, you will be notified that your account is overdrawn with a request to make a deposit. If you do not make a deposit, after 30 days and there is insufficient funds to bring your account to a zero balance as described in the Right of Set-Off section, the account may be closed.

It is important that you ensure enough funds are available in the Account at all times to cover the items that you authorize to be presented for payment. For Point-of-sale purchases, the Bank will place a hold on funds in your Account (or any part of available funds from your associated overdraft product) equal to the authorized amount of any purchase. Any purchase or cash withdrawal may be subject to authorization by the Bank or the Visa® Authorization Center and no authorization will be given if the amount of all outstanding purchases and cash withdrawals will exceed your Available Balance or your applicable credit limit.

**Restrictive Legends**

We are not required to honor any restrictive legend on checks you write unless we have agreed in writing to the restriction. Examples of restrictive legends are "must be presented within 90 days" or "not valid for more than $1,000,000."

**Multiple Payees**

If you write a check made payable to two or more persons and you fail to indicate "and" or "or" between the names of the payees, then the Bank shall presume that to mean "or" and allow that check to be presented and cashed with only one signature.

**ACH & Wire Transfers**

You agree to be bound by Automated Clearing House association (ACH) rules, as they may be amended from time to time. These rules provide among other things, that payments made to you or originated by you are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A of the Uniform Commercial Code. If we do not receive such payment or are obligated to return such payment, we are entitled to a refund from you in the amount credited to your Account and the party originating such payment will not be considered to have paid the amount so credited. If we receive a credit to an Account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

ACH transactions are also covered by Regulation E. Please see Section IV for further rules.

Your Account is subject to Article 4A of the Uniform Commercial Code – Fund Transfers as adopted in the state in which you have your Account with us [with respect to Florida Accounts, Article 4A of the Uniform Commercial Code can be found in Chapter 670, Florida Statutes], unless otherwise agreed with the Bank.

**Death or Incompetence**

You agree to notify us promptly if any person with a right to withdraw funds from your Account(s) dies or becomes legally incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or incompetence (unless we are complying with a power of attorney you have provided that survives your incompetence), and (b) we have had a reasonable opportunity to act on that knowledge. We may pay or certify checks drawn on or before the date of death or legal incompetence for up to ten (10) days after your death or legal incompetence, or at our sole discretion for such other period of time, unless ordered to stop payment by someone claiming an interest in your Account.

**Closing Your Account**

You (Customer) may close an Account at any time by providing notice to the Bank and signing such forms as the Bank may require, provided that among other reasons, the funds on deposit are not being held as a result of legal action or uncollected deposited checks (other rules apply to certificate of deposit accounts).

We (Bank) may close your Account at any time, for any reason or no reason and may do so without advance notice (with the exception that other rules may apply to certificate of deposit accounts).

Examples of reasons that may result in the closing of an Account include but are not limited to: (i) receipt of information that you improperly handled a prior banking relationship; (ii) your failure to provide a Tax I.D. Number; (iii) improper handling of your Account; (iv) Account inactivity; (v) undeliverable statement or mail.

We (Bank) will return the Account Balance less any fees, claims, setoffs, or other amounts due Bank to the address on the Bank's records.

Closing your Account does not relieve you of any responsibility for any fees or other obligations incurred before closing.

After your Account is closed, we (Bank) have no obligation to accept deposits or pay any outstanding checks and, the Bank will have no liability for refusing to honor any check drawn on a closed account.

We have the right to advise consumer reporting agencies and other third party reporting agencies of accounts closed for misuse, such as kiting.

The closure of your account may also remove access devices associated with the account.

Refer to the Schedule of Fees for any charge in connection with the closing of an Account.

**Certificate of Deposit Information**

Principal may not be withdrawn from Certificate of Deposit Accounts before your Account matures unless the Bank consents to the withdrawal. Permission for withdrawal is in no way binding on the Bank in the future and the Bank reserves the right to refuse such withdrawals. If the Bank consents to the withdrawal of any or all of the principal amount on deposit, you may incur a penalty for the withdrawal.

Penalties are listed in the Account disclosure that you received under separate cover.

The amount of the penalty will be subtracted first from any interest earned and not withdrawn, then from the principal balance remaining in your Account, and then from the amount withdrawn, if necessary. However, the required

10

minimum Account Balance must be maintained. Otherwise, your Account will have to be closed and the early withdrawal penalty will be based upon the entire Account Balance. (Special rules apply in the event of death or legal incompetence of the Account owner, and for IRAs or other qualified plans.)

If you are a Legal Entity, you agree to notify the Bank of any changes to your beneficial ownership information, including control persons or percentage interests of owners.

We will send you a renewal or maturity notice prior to the maturity date of your Certificate of Deposit Account, as required by law.

Certificate of Deposit Accounts that mature on Saturdays, Sundays or legal holidays (non-banking days) will be available to you for withdrawal on the next business day. We will credit and pay to your Account any interest accrued between the maturity date and the next business day.

## Service Charges

Your account, whether active or inactive, is subject to various charges and fees as specified in the Bank's Schedule of Fees and Services. The Bank reserves the right to increase or impose additional fees and/or service charges in connection with your Account in the future, with advance notification if required by state or Federal laws or regulations. You will, on demand, reimburse us for all such costs and expenses in connection with our enforcement of any of your obligations under this Agreement or any other agreement with the Bank. We also have the right to charge your Account, or recover from you, for any costs imposed upon, or expenses assessed against, or incurred by us (including fees and expenses of in-house counsel and any outside counsel retained by the Bank) in connection with the handling of your Account or any service and you agree to pay all such costs and/or expenses.

## Passbook Accounts

We will note all your deposits and withdrawals in the records of the Bank. The Bank's records will be binding upon you if there is a discrepancy in the Account Balance. If you have been given a passbook with your Account, a record of deposits and withdrawals will be entered in the passbook. Furthermore, you may make no withdrawals from your Passbook Account without presentment of the passbook including preauthorized data transmission, telephone or automatic transfers, or withdrawal activity, unless otherwise permitted.

Lost Passbooks – You alone are responsible for keeping your passbook safe. You must notify the Bank in writing immediately if it is lost, stolen or if someone who is not entitled to the funds gets possession of it. We will require that you swear to the facts in an affidavit. All owners will

be required to complete the affidavit. We may further require that a reasonable amount of time elapse prior to issuing a new passbook or making payment to you. We also have the right to require a surety bond from an insurance company protecting us in the event someone else claims that we should not have paid an Account to you. We may also require you to agree to pay all of our expenses if we pay you and someone else proves we should not have.

## Statement Accounts

We will note all your deposits and withdrawals in the records of the Bank. The Bank's records will be binding upon you if there is a discrepancy in the Account Balance.

If you have a statement type Account, either checking or savings (including Money Market Deposit Accounts), the Bank will mail you a periodic statement, which will contain a record of all transactions during that period. If you have a statement account, you will receive a monthly statement only when a customer initiated transaction or Electronic Funds Transfer occurs; otherwise you will receive a quarterly statement.

If the Bank considers your account to be inactive or dormant, the Bank may choose not to provide periodic statements. Once the account meets the activity requirements set forth in the section entitled "Inactive and Abandoned Accounts" statements will resume as described.

In order to preserve your rights, you must examine the statement and any checks and notify your branch in writing of any forgery, errors, unauthorized transactions, unauthorized or missing signatures or endorsements, a material alteration, a missing or diverted deposit, or any other discrepancy promptly after the statement is delivered to you, otherwise it will be deemed to be correct. Refer to the section entitled Statements and Account Errors for additional rights or obligations. A 60-day notification will also apply if the error is in regard to an electronic transfer. See Section IV of this booklet.

If you choose to combine your account statements, they will be mailed monthly and include your chosen Primary Account and selected Linked Account(s). Combined Account statement cycles may change to match the Primary Account's cycle for the combined statement. Linked accounts that are in like ownership to the Primary Account may be included in the combined statement. Other eligible accounts having a joint owner who is not an owner of the Primary Account (a "third owner") may also be included in the combined statement. The primary owner of the Primary Account must be an owner across all linked accounts. The primary owner acknowledges and understands that information pertaining to any Primary or Linked Account may be accessed by a third owner not associated with the Primary or Linked Account. Combined statements will be mailed to the

name and address noted in the Bank's records for the primary owner of the Primary Account.

*Note:* If any owners of the selected combined statement accounts enroll in receiving statements electronically (eStatements), their statements will no longer be part of the combined statements. Those statements belonging to the enrolling owner will be sent electronically. All other statements will still be combined.

**Transaction Limitations**

You may make no pre-authorized, data transmission, telephonic or automatic transfers or withdrawals from your Passbook Savings Account or Certificate of Deposit other than intra-institutional transfers or otherwise agreed upon with the Bank.

**Overdraft Shield**

Overdraft Shield (referred to herein as "this Service"), is an overdraft service providing for the transfer of funds from your statement savings, money market or other checking account, designated by you as the account to be debited (the "Funding Account"), to your primary checking account (the "OD Checking Account") to permit the payment of items, as described below, without creating an overdraft, thereby protecting yourself against a returned check or rejected transaction. Transactions performed through the Telephone Banking System (VRU), online banking, and mobile banking are not covered by this Service.

Any time there are Insufficient or Uncollected Funds in your OD Checking Account to cover checks written, scheduled transfers, ACH transactions, and debit card transactions, we will transfer the funds to cover the amount of overdraft from the Funding Account to the OD Checking Account, and the item(s) will be paid. (For information on how items are paid, please refer to the section titled "Order of Items Paid/Debited From Your Account" of this booklet.) A separate application is required; if the account is a joint account, both parties must complete the application. When you complete the application for this Service, you acknowledge that you have received, read and are familiar with the terms of this Service, and agree to its terms and conditions.

By signing up for this Service, you authorize the Bank to draft or otherwise deduct from the Funding Account and transfer to the OD Checking Account the amount necessary to pay said items. The amount of such transfer is limited to the Available Balance of the Funding Account. If the Funding Account is closed, blocked for use, or has Insufficient Funds to cover the amount of the necessary transfer, Overdraft Shield will not be available and, if the OD Checking Account is closed or blocked for use, Overdraft Shield will not be available for it. Note that the Funding Account Balance may fall below the minimum balance required to earn interest and/or the minimum required to avoid a minimum balance fee. Please refer to

the Truth in Savings Disclosure given to you at the time the Funding Account was opened or any subsequent change in terms sent for the Funding Account.

Please refer to the Transaction Limitations section of this booklet for the transaction limitations on Statement Savings and Money Market Accounts; transfers from the Funding Account to the designated OD Checking Account are pre-authorized transfers.

NYCB may change this Service at any time, and will notify you if and as required by applicable law. NYCB reserves the right to terminate this Service at any time.

Either owner of the primary checking account may cancel this Service by requesting the cancellation in person at any branch or by delivering to the Bank a written notice of cancellation to the address below. Any cancellation will only be effective after we have received notice of such cancellation and had a reasonable time to act upon it.

New York Community Bank. a division or Flagstar Bank, N.A.
102 Duffy Avenue
Hicksville, NY 11801
Attn: Bank by Mail

**Interest Reporting**

For interest-bearing Accounts, interest will be reported for tax purposes in the name and Social Security or Employer Identification Number of the primary depositor (the first name on the Account). It is your responsibility to provide the Bank with the correct Social Security or Employer Identification Number for your Account(s) OR a properly executed Department of the Treasury, Internal Revenue Service Form W-8BEN, Certificate of Foreign Status. The form W-8 must include the date of birth and Foreign Tax Indentification number or a "reasonable" explaination as to why you do not have one. If you have not provided us with your correct Taxpayer Identification Number or Form W-8BEN, including date of birth and Foreign Tax Identification number or a "reasonable" explanation as to why you do not have one,  or other acceptable form upon which the Payor is permitted to rely to hold the Payee as a foreign person, you may be subject to a penalty imposed by the Internal Revenue Service (IRS).

IRS Regulations require withholding of a percentage of the interest credited on all Accounts on which the Bank does not have a Certified Social Security Number, Certified Employer Identification Number, Certification of Application for Tax Identification Number or Form W-8BEN,including date of birth and Foreign Tax Identification number or a "reasonable" explanation as to why you do not have one,  or other acceptable form upon which the Payer is permitted to rely to hold the Payee as a foreign person on file, or where the depositor is subject to backup withholding under the provisions of the Internal Revenue Code.

12

The Bank has the right to refuse to open an Account if you fail to provide us with a Certified Social Security Number, a Certified Employer Identification Number or a completed Form W-8BEN, including date of birth and Foreign Tax Identification number or a "reasonable" explanation as to why you do not have one, or other acceptable form upon which the Payer is permitted to rely to hold the Payee as a foreign person. See Section V Taxpayer Identification Number and Certification Information for full details.

**Deposit Insurance**
The Federal Deposit Insurance Corporation (the "FDIC") insures your deposit accounts and a variety of retirement accounts, primarily Traditional and Roth IRAs (Individual Retirement Accounts) or other qualified plans, at one insured institution in accordance with the rules and regulations of the FDIC for Deposit Insurance Coverage. Also included are self-directed Keogh Accounts and employer-sponsored "defined contribution plan" accounts that are self-directed, which are primarily 401(k) Accounts. In general, "self-directed" means the depositor chooses how and where the money is deposited.

Each depositor is insured by the FDIC up to the maximum amount allowed and subject to the FDIC's rules and regulations. The FDIC's standard maximum deposit insurance amount ("SMDIA") of coverage is $250,000 per depositor, per insured bank, for each account ownership category.

Please be advised that Flagstar Bank, N.A. is composed of banking divisions, each with unique names (i.e.: New York Community Bank, Queens County Savings Bank, Roslyn Savings Bank, Richmond County Savings Bank, Roosevelt Savings Bank, Garden State Community Bank, Ohio Savings Bank, Atlantic Bank and AmTrust Bank). As a result, if you maintain Accounts at more than one of the aforementioned divisions, your Accounts will be aggregated into one total dollar amount for FDIC insurance purposes, in accordance with the FDIC rules and regulations.

You can obtain additional details about how to maximize your FDIC deposit insurance coverage as well as general details about deposit insurance coverage by visiting any of our branch offices.

**Governing Law/Jurisdiction**
This agreement, all accounts and services provided to you, and any disputes relating to those accounts and services are governed by federal laws and regulation and to the extent not preempted by federal law or that may be inapplicable, by the governing state law where your account is located. The location of your account is determined as follows (regardless of whether you change your address in the future):

- If you open or opened your account in a branch, your account is governed by the law of the state where the branch is located, regardless of the state where you reside.
- If you open or opened your account remotely (e.g. not in person such as via the internet), your account is governed by New York State law.

Transactions in your account are also subject to applicable clearinghouse and Federal Reserve rules and regulations and the Bank Documents provided to Customer at the time of opening an Account.

All of the above (applicable federal or state laws, clearinghouse and Federal Reserve rules and regulations, and Bank documents) are hereby incorporated into this Account Agreement as the same now exist or may hereafter be amended, unless otherwise disclosed (e.g., Account disclosures or rule, fee schedule) or otherwise agreed with you. The Terms and Conditions shall inure to the benefit of and bind your successors and our successors and assigns, whether by merger, consolidation, or otherwise. We have the right to modify this contract at any time.

If you file any lawsuit or other legal proceeding against us that is connected or arises from in any way to your accounts or services, you agree to do so in an appropriate court in the state where your account is located, or otherwise agreed with you in a specific agreement. If we file any lawsuit or other legal proceeding that is connected in any way to your accounts or services, you consent to jurisdiction and venue in an appropriate court in the state where your account is located, or otherwise agreed with you in a specific agreement.

For Accounts opened remotely: Any action arising out of these Terms and Conditions or any dispute you have with the Bank, or any of its officers, directors, employees or agents, shall be litigated in, and only in, courts (Federal or State) located in the state of New York, unless we have specifically agreed otherwise.
For Accounts opened in a branch: Any action arising out of these Terms and Conditions or any dispute you have with the Bank, or any of its officers, directors, employees or agents, shall be litigated in, and only in, courts (Federal or State) located in the county of the branch in which you opened the Account, unless we have specifically agreed otherwise.

**Waiver**
Unless specifically set forth in this booklet, we will not be deemed to have waived any of our rights or remedies unless such waiver is in writing and signed by us. No delay or omission on our part in exercising any rights or remedies shall operate as a waiver of such rights or remedies or any other rights or remedies. A waiver on any one occasion shall not be construed as a bar or waiver of any rights or remedies on future occasions.

13

**Liability**

Unless otherwise provided by law, you agree that the Bank shall not be liable for any damages, of whatever nature, unless the Bank has acted in a manner that would constitute gross negligence or willful misconduct, and your loss or damages are the direct result of such gross negligence or willful misconduct. FURTHERMORE, YOU AGREE THAT IN NO EVENT WILL THE BANK BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL, PUNITIVE, OR EXEMPLARY DAMAGES, REGARDLESS OF THE FORM OF THE ACTION, AND EVEN IF THE BANK HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES.

The Bank's liability shall be limited to the face amount of an item if a claim relates to a failure of the Bank to stop payment of the item or the Bank's payment of an item bearing an unauthorized or forged drawer's signature, forged endorsement or an alteration.

**Waiver of Trial by Jury**

WE AND YOU HEREBY WAIVE RIGHT TO TRIAL BY JURY IN ANY LAWSUIT, ACTION, PROCEEDING, INCLUDING COUNTERCLAIMS, OF WHATEVER NATURE OR TYPE, INCLUDING ACTIONS IN CONTRACT OR TORT, ARISING OUT OF OR RELATING TO THESE TERMS AND CONDITIONS, YOUR RELATIONSHIP WITH US, OR ANY ACCOUNT, SERVICE OR PRODUCT USED BY YOU.

**Severability**

In the event that any Term and Condition or provision of this booklet is held unenforceable, the validity or enforceability of the remaining Terms, Conditions and provisions will not be affected, and the unenforceable Term, Condition or provision will be replaced with an enforceable Term, Condition or provision that comes closest to the intention underlying the unenforceable provision.

**Limitation of Liability; No Warranties**

EXCEPT AS SPECIFICALLY SET FORTH HEREIN OR WHERE THE LAW REQUIRES A DIFFERENT STANDARD, WE SHALL NOT BE RESPONSIBLE FOR ANY LOSS, DAMAGE OR INJURY OR FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, ARISING FROM OR RELATED TO THE EQUIPMENT, BROWSER AND/OR THE INSTALLATION OR MAINTENANCE THEREOF, ACCESS TO OR USE OF THE ONLINE AND MOBILE SERVICES, FAILURE OF ELECTRONIC OR MECHANICAL EQUIPMENT OR COMMUNICATION LINES, TELEPHONE OR OTHER INTERCONNECT PROBLEMS, BUGS, VIRUSES, ERRORS, CONFIGURATION PROBLEMS OR INCOMPATIBILITY OF COMPUTER HARDWARE OR SOFTWARE, FAILURE OR UNAVAILABILITY OF INTERNET, ACCESS PROBLEMS WITH INTERNET SERVICE PROVIDERS, PROBLEMS OR DELAYS WITH INTERMEDIATE COMPUTER OR COMMUNICATIONS NETWORKS OR FACILITIES, PROBLEMS WITH DATA TRANSMISSION FACILITIES OR ANY OTHER PROBLEMS YOU EXPERIENCE DUE TO CAUSES BEYOND OUR CONTROL. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN ANY APPLICABLE AGREEMENT, YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE ONLINE AND MOBILE SERVICES IS AT YOUR SOLE RISK AND THAT THE ONLINE AND MOBILE SERVICES AND ALL INFORMATION, PRODUCTS AND OTHER CONTENT (INCLUDING THIRD-PARTY INFORMATION, PRODUCTS AND CONTENT) INCLUDED IN OR ACCESSIBLE FROM THE SITES, ARE PROVIDED ON AN "AS IS" "WHERE-IS" AND "WHERE AVAILABLE" BASIS, AND ARE SUBJECT TO CHANGE AT ANY TIME WITHOUT NOTICE TO YOU. YOU ACKNOWLEDGE THAT WE MAKE NO WARRANTY THAT THE ONLINE AND MOBILE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE UNLESS OTHERWISE STATED ON THE SITE OR IN ANY APPLICABLE AGREEMENT. TO THE FULLEST EXTENT PERMITTED BY LAW, WE DISCLAIM ALL REPRESENTATIONS, WARRANTIES AND CONDITIONS OF ANY KIND (EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS) AS TO THE ONLINE AND MOBILE SERVICES AND ALL INFORMATION, PRODUCTS AND OTHER CONTENT (INCLUDING THIRD-PARTY INFORMATION, PRODUCTS AND CONTENT) INCLUDED IN OR ACCESSIBLE FROM THE SITES. NO LICENSE TO YOU IS IMPLIED IN THESE DISCLAIMERS.

## Section II – Information About Bank Rules and Policies

**Agreement**

By signing the signature card for your Account, or by simply maintaining your Account, you agree to be bound by the terms, conditions, policies and rules concerning your Account as set forth in this booklet or otherwise applied at the discretion of the Bank. We reserve the right to change our products and services offered at any time and to deny offering or continuing to offer products or services to any Customer who does not abide by the terms, conditions, policies and rules concerning the Account. To protect the Customer or the Bank, or for any legal reason we deem appropriate.

**Notices From You**

Any notice that you send to us should be in writing and signed with the same signature that we have on file for you. Such notices may be delivered in person or by mail

14

and should be sent to, unless otherwise specified in this booklet:

New York Community Bank, a division of Flagstar Bank, N.A
Attn: Branch Administration
102 Duffy Avenue
Hicksville, NY 11801

If the communication relates to a particular service or product having a separate disclosure or agreement, write to the address specified in the agreement for that service or product.

The Bank shall have a reasonable time to act on any notice or communication received. The Bank shall not be responsible for failure to receive any notice that is not sent to the proper address.

**Change of Address**
You must promptly notify the Bank, in writing, of any change in your mailing address. Mail will be sent to the most recent address appearing on your Account records (a written change of address request includes requests initiated through Online Banking).

**Returned Mail**
Please help us protect you from becoming a victim of Identity Theft. You must inform the Bank when making an Address Change with the Post Office. For your protection, the Bank will not honor a notification of mail forwarding from the Post Office. By informing the Bank of an Address Change, (either a Seasonal or Permanent Address Change), we can help you safeguard your personal information and potentially prevent you from becoming a victim of Identity Theft. We can even set an expiration date on Seasonal Address Changes so that when you return, your bank statements will be directed to the proper address. **If you fail to notify the Bank regarding a Change of Address or Forwarding instructions (either for Seasonal or Permanent Address Changes), the following will occur:** In accordance with the Terms and Conditions of the account, when the bank receives your first returned statement a return mail fee will be charged to your account. If you still do not change your address, a return mail fee will be charged after the second returned statement and again after the third statement.. For your protection, your account will be frozen, after the third return mail fee is assessed and all transaction activity will be declined until you update your mailing address information with the Bank. After the third returned statement, your statement delivery will be suppressed and no additional return mail fees will be assessed. Once you notify the Bank of your Change of Address, the Bank will update your address on the account(s) you indicate and your account(s) will then be reactivated. You will then begin to receive your account statement(s), and all other Bank information at your new, or temporary/seasonal address and normal banking activity will resume on your account(s).

**Bank Hours**
Branches are generally open for business from Monday through Friday at hours that are determined by the Bank and which may be changed at our discretion. Each branch may have its own schedule, which may include Saturdays and Sundays (non-business days). Schedules can be obtained at any branch. Federal banking holidays are not included.

Although we try to be open at times that are convenient for you, we may have to close some or all of our offices if required under law, or if there is a danger to the Bank or our customers, such as severe weather conditions, fire, riot, burglary or some other unanticipated emergency.

**Stop Payments**
Joint Accounts
Any one authorized signer may request a stop payment.

Placing a Stop Payment on Checks, Money Orders or Other Withdrawal Items:
You can order us to stop payment on your checks, money orders or other withdrawal items either orally or in writing. The customer has the option of placing an automated stop payment utilizing the telephone banking and online banking services, and these are considered written stop orders.

The stop order takes effect only when we have had a reasonable time to act on it and we record it on your Account records. An oral stop will stay in effect for 14 days and must be confirmed in writing or the order will expire. Written confirmation of a stop order must be correct in its entirety to be honored. A written stop order will stay in effect for six (6) months, unless renewed in writing. The stop order must contain exact information (Account number, payee, date, amount, and check number) to enable us to process the order.

Cancelling a Stop Payment on Checks, Money Orders or Other Withdrawal Items:

Upon receipt of your written authorization, the Bank will cancel a stop payment order you have placed. The Bank will not honor verbal cancellations of such stop payment orders.

Placing a Stop Payment on Bank Checks, Cashier's Checks and Certified Checks:
Generally, the Bank will not accept or honor stop payments on Bank, Cashier's or Certified Checks unless the item has been lost, stolen or destroyed and you follow the Bank's rules and procedures. In certain limited situations, the Bank will accept a stop payment order on a Bank, Cashier's or Certified Check. The stop may be placed by the buyer or drawer and will only be accepted under the following circumstances:

15

1. The party requesting the stop must provide us with sufficient information to enable us to identify and stop the item prior to payment.
2. The payee or drawer may be required to provide the Bank with a surety bond for double the amount of the check or affidavit of non-receipt.
3. The party requesting the stop must complete an affidavit provided by the Bank stating, among other things, that either the check was destroyed, is lost, was stolen, or is in the possession of someone who cannot be located or who cannot be served with legal process.

The Bank may also require you to file a police report and prosecute.

After 90 days from the date the stop request is entered on our records and provided no other party has made a claim to the proceeds of the check, we will reimburse the amount of the check to the drawer who placed the stop and have no further liability for the item.

The Bank will not honor any request (verbal or otherwise) to cancel a stop placed on a Bank Check, Cashier's Check or Certified Check.

For information on placing a stop payment on Pre-Authorized Debits, refer to Section IV – Electronic Funds Transfer, Stopping Payments of Pre-Authorized Debits, in this booklet.

**Collateral and Transfer/Assignment of Accounts**
You may not use any checking account or Statement Savings, Money Markets and IRAs as collateral for loans. Passbook Savings Accounts and Certificates of Deposit may be used as collateral for loans made by the Bank to you. You may not pledge, hypothecate or in any way assign or transfer any Account to another person or entity without the written consent of the Bank. We reserve the right, in our sole discretion, to refuse to consent to any such attempted pledge, hypothecation, assignment or transfer, which will be void, unenforceable and invalid as against the Bank, if we have not consented to it. We do not acknowledge any pledge, hypothecation or assignment of your Account unless the change in ownership and/or pledge, hypothecation or assignment is reflected in the account title in our records.

**Multiple Party Accounts New Jersey**
All Multiple Party Accounts ("joint", "in trust for" or "P.O.D." Accounts) opened after May 28, 1980 are subject to the provisions of the Multiple Party Deposit Account Act of the State of New Jersey, N.J.S.A. 17:16I et seq. (P.L. 1979, c.491). This notice has no bearing on the right of any party or trustee to make withdrawals from an Account, which is dealt with separately below.

The Bank disclaims any liability for payments made pursuant to this Act. Any Multiple Party Account may be paid, on request, to any one or more of the parties. The Bank does not determine net contributions. "Net contributions" under the Act is the total of all deposits, less all withdrawals that have been paid or applied to the use of each party. It also includes a prorata share of interest in the current balance.

The various provisions as to the right of survivorship are governed by the form of an Account you have chosen under the Multiple Party Deposit Account Act. During your lifetime, you may change the form of your Account or stop or vary payment under the Account's terms.

**Joint Account**
A joint party Account is an Account opened and maintained by two or more individuals with a right of survivorship among parties. Ownership of this Account may not be changed by a will.

Each party to this Account has a present right to payment from this Account. Each party owns his/her net contribution to the Account.

In the absence of proof of net contribution, and unless the parties have specifically otherwise agreed, each party will own an equal share of this Account.

Upon the death of a party to this Account:
1. Where there is only one surviving party, the entire Account Balance will belong to the survivor.
2. Where there are two or more surviving parties, each party will continue to own his/her proportionate share of the Account. The portion of the Account owned by the deceased party will be shared equally by the survivors.

Unless one of the Joint Account parties gives the Bank written instructions to the contrary, the Bank may:
1. Pay the entire Account or any part thereof, to any one Joint Account party.
2. Make payment on checks, withdrawal requests, conduct business or recognize all other matters affecting the Account, including deposits, signed by any one Joint Account party.
   **Note:** The Bank may require all owners of a Joint Account to sign authorizing a premature withdrawal of principal from a Certificate of Deposit Account.
3. Endorse any checks, drafts or other orders for the payment of money made out to any of the Joint owners, parties, or trustees. Once they are endorsed, we can deposit them in the respective Joint Account, Payable on Death Account, or Trust Account.
4. Each owner authorizes the Bank to honor checks or orders drawn by, and withdrawal requests or instructions received from, any owner during the lifetime of all owners, including applications for electronic banking services and any orders or

16

instructions initiated by any owner electronically, including through the use of the Bank's online banking services. Such orders or instructions given by the other owner(s) shall bind each owner.

5. The Bank may be required by service of legal process to provide information and/or produce Account records and documents on the Account, or to pay out funds held in the Joint Account, to satisfy a judgment entered against, or other valid debt incurred by, any owner of the Joint Account.

Any one Joint Account party may stop payment and authorize payment on any item to be stopped. Further, notice to any one joint party Account owner will constitute a notice to all such owners.

After the receipt of a Joint Account party's written order not to permit withdrawals from the Account, the Bank may require the written authorization of any or all parties to the Account before permitting any further payments or withdrawals from the Account.

The Bank may not pay on checks or orders or withdrawal requests signed by any of the surviving owners after the death of any owner. Upon notification of the death of any owner, the Bank may require specific documents (e.g., death certificate, Estate Tax Waiver) prior to releasing Account funds to the survivor(s). In certain jurisdictions, the Bank may release a portion of the Account Balance to the survivor(s) without a Tax Waiver.

Annual Tax statements (IRS Form 1099) are reported under the Social Security Number of the party whose name appears first in the Account title and such number must be provided to the Bank when the Account is opened.

In the event that any owner is now indebted, or at any time shall become indebted, to the Bank (please refer to the Right of Set-Off section of this booklet), the Bank shall have the right to apply so much of the balance in the Joint Account, as may be necessary to satisfy the debt, irrespective of which owner actually made deposits or credits to the Joint Account or otherwise became obligated to the Bank. The Bank may exercise its rights to chargeback this Joint Account or receive a refund against each owner for the entire amount of any item deposited to an Account, irrespective of which owner actually deposited the item.

Each owner is responsible, jointly and severally, for all fees and charges incurred on the Account and for all other liabilities by any owner to the Bank in connection with the Account.

Account Ownership - If the Bank opened an account in the names of more than two people and later determines that one or perhaps more of them have not signed or otherwise completed the required account opening documents, the Bank may in its sole discretion and for all purposes and circumstances (including determining ownership of the account following the death of any Bank recognized account owner) either treat the account as being owned solely by the persons who have signed the required account opening documents or treat the account as being owned by all persons in whose names the account was opened, even if they have not signed the required account opening documents. If we treat the account as owned by all persons whose names appear on the account (regardless of whether they have signed the required account opening documents), we may permit a person who has not signed the required account opening documents to take any and all actions related to the account, however, the Bank may but need not, require the person who has not signed the account opening documents to later complete and sign such documents.

**Payable on Death (P.O.D.) Account**
A P.O.D. Account is an Account opened by one or more individuals with a right of survivorship among the owners.

This Account belongs to the party/parties to this Account during their lifetime and belongs to the payee/payees upon the death of all parties. The payee/ payees have no present right of withdrawal:
   a) Where there are two or more parties, each party has right to payment from the Account. Each party owns his/her net contribution. In the absence of proof of net contribution, and unless the parties have specifically otherwise agreed, each party will own an equal share of the Account during their lifetimes. Upon the death of a party, the surviving party/parties will continue to own his/her proportionate share of the Account. The share owned by the deceased party will be shared equally by the surviving party/parties. Upon the death of the sole surviving party, the Account will belong to the P.O.D. payee/payees;
   b) Where there are two or more P.O.D. payee/payees, the Account will belong to the payee/payees who survive all parties. Unless otherwise specifically stated in the Account by the party/parties, each surviving P.O.D. payee will own an equal share of the Account.

**Note:** If the P.O.D. Account is held by joint parties, please refer to the Joint Account section above for additional rules concerning the Account.
Annual Tax statements (IRS Form 1099) are reported under the Social Security Number of the owner whose name appears first in the Account title, and such number must be provided to the Bank when the Account is opened.

**Totten Trust Account**
A Totten Trust Account is an Account opened by one or more individuals as trustee(s) with a right of survivorship

17

among the parties. Ownership of the Account cannot be changed by will.

This Account belongs to the trustee/trustees during their lifetime and belongs to the beneficiary/beneficiaries upon the death of all trustees. During the lifetime of the trustee(s), he/she/they maintain sole control over the funds on deposit. The persons named as beneficiaries have no power to withdraw funds from the Account while any trustee is alive.

a) Where there are two or more trustees, each trustee has a right to payment from the Account. Each trustee owns his/her net contribution. In the absence of proof of net contribution and unless the trustees have specifically agreed otherwise, each trustee will own an equal share of the Account during his/her lifetime. Upon the death of a trustee, the surviving trustee(s) will continue to own his/her proportionate share of the Account. The share owned by the deceased trustee will be shared equally by the surviving trustee/trustees. Upon the death of the sole surviving trustee, the Account will belong to the beneficiary/beneficiaries.

b) Where there are two or more beneficiaries, the Account belongs to the beneficiary/ beneficiaries who survive all the trustees. Unless otherwise specifically stated in the Account by the trustee/trustees, each surviving beneficiary will own an equal share of the Account.

**Note:** If the Trust Account is held by joint parties, please refer to the Joint Account section above for additional rules concerning the Account.

Annual Tax statements (IRS Form 1099) are reported under the Social Security Number of the trustee whose name appears first in the Account title and such number must be provided to the Bank when the Account is opened.

If you have a Joint Account, P.O.D. Account or Totten Trust Account, the Bank may make payment from the Account or may withdraw money from the Account, or may freeze the Account, including the entire balance if, for example:

i. the Bank receives a levy, attachment, restraining order, court order or any other valid legal process relating to one or more of the owners of the Account; or

ii. pursuant to any statute or common law right of set-off, the Bank has the right to do so to satisfy a debt owed to the Bank by one or more of the owners of the Account; or

iii. the Bank receives a request from a bankruptcy trustee of one of the owners, the receiver in an insolvency proceeding of one of the owners or other authorized insolvency representative of any of the owners of the Account.

The Bank is not required to determine how much any owner of the Account deposited into the Account (the net contribution) when it takes any of the above actions.

**Custodian Under the Uniform Transfers to Minors Act Account**

A Custodian Under the Uniform Transfers to Minors Act (UTMA) (formerly known as the Uniform Gift to Minors Act) Account may be opened by any adult donor who wants to make an irrevocable gift of money to a minor.

Control over the Account is given to an individual custodian who may also be the donor.

The Account is owned by the minor when he/she reaches the age of majority, depending upon the law of the state where the Account is opened. The custodian is empowered to hold, invest or reinvest such funds as he/she may deem advisable for the support, maintenance and education of the minor. The custodian cannot pledge the custodial account as collateral towards any personal loan to the Custodian. The Bank shall not be liable or responsible at any time for the acts or omissions of the custodian or the application of funds withdrawn from the Account by or at the direction of the custodian.

Annual Tax statements (IRS Form 1099) are reported under the minor's Social Security Number and such number, under law, must be provided to the Bank when the Account is opened.

**Power of Attorney**

A power of attorney is a legal designation allowing one person (known as an attorney in fact) to act in place of another. It is, in effect, an order signed by an Account owner, directed to the Bank, authorizing the Bank to honor the signature of the attorney in fact until the Bank has received actual notice of revocation, or termination by death, court order or otherwise. An Account owner may revoke the power of attorney at any time by providing us with a written, sworn instruction to do so.

The death of the Account owner automatically terminates the power of attorney. The funds in the Account are always those of the owner, become a part of his/her estate upon death (for individual Accounts), and will be administered in the same manner as Accounts not affected by a power of attorney.

You may appoint an attorney in fact by completing a Bank power of attorney form or by presenting a duly executed power of attorney obtained elsewhere for the Bank's review. The executed power of attorney must contain appropriate language whereby you agree to indemnify us against any loss or liability.

The Bank will follow the instructions of the attorney in fact unless we receive prior written notice of the revocation or

termination of the power of attorney at the office where your Account is located.

**Inactive and Abandoned Accounts**
Your Savings, Checking, or Certificates of Deposit accounts will be considered inactive by the Bank if there has been no activity (as listed below) for six (6) continuous months.

Your Account will be considered dormant by the Bank if there has been no activity for two (2) consecutive years for Checking Accounts and after three (3) years for all other Accounts.

**Actions to Activate an Inactive or Dormant Account (as defined by individual state and regulatory guidelines):**
1. A customer-generated activity, such as a deposit or withdrawal, is made to or from the Account. Automated Clearing House (ACH) debits such as an auto payment from an account or ACH credits such as payroll deposits, Social Security payments or Pension deposits to an account may not be deemed customer generated activity.
2. The Account passbook, if a Passbook Account is presented to the Bank for updating.
3. We receive a document indicating that someone who is legally entitled to the money is aware of the Account's existence. This notification must be signed and the Bank must be satisfied that the signature is genuine.

If an Account becomes inactive, you may be notified with a request to activate it. If you do not activate it, at the Bank's discretion, the Account may be closed and a check mailed to you. If the Bank does not close the Account and mail a check to you, having the Account remain inactive or dormant, the Account will be escheated to the state as abandoned property per state and regulatory guidelines.

If the Bank considers your Account to be inactive or dormant, the Bank may choose not to provide periodic statements. Once the Account meets the activity requirement set forth in this section, statements will resume as described.

If your Account has not been activated by a transaction and/or we have not received an appropriate letter for a period of time as specified in applicable state law or if you have not taken any other action permitted under applicable state law, your Account will be considered abandoned property and will be turned over to the appropriate State Agency. You will then be required to make a claim against the State Agency to recover any balances that were in your Account. We will charge your Account specified fees for processing your Account under the abandoned property laws. Once funds are turned over

to the appropriate State Agency, the Bank will have no further liability or responsibility with respect to the funds.

**Account Transfer**
You may not pledge, assign, or otherwise transfer an Account to someone else unless we give our written consent. An Account is not considered transferred if:
a) Title or beneficial interest in it passes in circumstances involving: death, bankruptcy, marriage, divorce, judicial attachment, incompetence or other legal means; or
b) if it is reissued by the Bank in another's name.

**Changes in Terms**
The Bank may change these rules and regulations, terms and conditions and revise, add, substitute, replace (in whole or a portion) new rules, regulations, terms or conditions from time to time. The Bank may also change the interest rates, the minimum Account Balance requirements, the service and maintenance charges and the banking hours from time to time. Each of the changes will be binding on you and your Account when we post a notice in the Bank or when we mail you written notice to your last known address of the change, if required by law and in the manner prescribed by law. Copies of revised policies will also be available at all our branches.

**Conflicts**
If there is a conflict between information stated in any Bank agreement or brochure (including this one) and something said by one of our employees, the Bank will adhere to the written information and declare it binding.

The Bank may refuse to follow any depositor instructions that we believe will expose us to potential liability under law or regulation. We may require adequate security to protect the Bank from any loss and expense incurred in following such instructions.

**Notice of Negative Information**
Federal law requires us to provide the following notice to customers before any negative information may be furnished to a nationwide consumer reporting agency.

Negative information includes information concerning delinquencies, overdrafts or any form of default. This notice does not mean that we will be reporting such information about you; only that we may report such information about customers that have not done what they are required to do under our agreement. After providing this notice, additional negative information may be submitted without providing another notice.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.

19

**Standard of Care**

The Bank uses automated systems to process checks and other items. Use of such systems allows the Bank to handle a large volume more efficiently and at lower costs to you. Such automated systems are calibrated to review checks formatted and printed by the Bank's third-party vendor. Checks printed by a source other than the Bank's third-party vendor may not be read accurately. You acknowledge that the Bank will not be liable to you for any misread checks emanating from checks purchased by you from an unauthorized third-party vendor.

Additionally, to the extent that the systems used by the Bank are consistent with general banking practice, you acknowledge that their use will constitute the exercise of ordinary care by the Bank. Accordingly, we will not be liable to you for forgeries or alterations that could not have been detected by the use of such systems.

If the Bank does visually review any check or other item, the Bank may disregard any restrictive instructions or notations, such as an instruction to permit withdrawals only upon more than one signature. The Bank may return the item unpaid if, in our opinion, it does not bear a signature matching any specimen signature the Bank has on file for your account. You agree, however, that the Bank will not be liable to you for honoring any checks or other item bearing a signature that, in our sole opinion, resembles the specimen signature on file with us.

The Bank may in some cases, including, instances where it suspects fraud on your account, attempt to contact you by telephone or text about certain checks or other items or debits presented for payment against your account. If the Bank is unable to contact you that same day, or decides to take some other steps in order to determine that you authorized these payments, the Bank may either pay the checks and other items or debits or return or reject them.

If you have mobile device(s) on file with the bank and have a bank-issued ATM/ Debit card you are automatically enrolled to receive SMS/Text suspicious transaction alerts. This feature enables you to receive suspicious activity alerts concerning your debit card(s) quicker for resolution. You have the right to opt-out of this service by contacting the bank by phone or mail.

**Recording and Monitoring**

You agree that the Bank may record or monitor any conversations or communications with us. We are, however, not obligated to do so and may choose not to in our sole discretion.

**Electronic Communications**

To the extent permitted by law any communication contemplated by this Agreement may be delivered by electronic means if you have agreed to electronic notices rather than via U.S. mail or other means.

**Illegal/Suspicious Activity**

You agree to not use your Account to conduct transactions related to unlawful or illegal activity. If we suspect an illegal transaction, we may block such transactions, and further we may close your account or terminate our banking relationship with you.

**Claims Against the Bank**

You authorize the Bank to charge any Account for any check, draft and other negotiable instrument, including substitute and remotely created checks, deposited to your Account or cashed, Automated Clearing House ("ACH") entries and all other types of external and book-entry funds transfers, (all of the preceding, collectively, item) if we are made aware that such is being or has been returned unpaid (or, for checks drawn on other Accounts with us, the check is dishonored by the Bank for any reason), without regard to whether such return or dishonor is timely, even after final payment of the item. We may charge any Account whether or not the check is returned to us, and whether or not we can return the item or a copy to you. This right shall extend to any check or other item deposited into your Account or cashed, that is finally paid and then is returned because a claim is made that the check or other item was altered, forged (either drawer's or payee's signature), unauthorized, has a missing signature or should not have been paid for any reason.

You authorize the Bank to charge any Account for the amount of any claim that is made, or lawsuit instituted, against the Bank (even if the claim is made after the expiration of the midnight deadline or is otherwise untimely) by another bank or financial institution, or any other person or entity, under the following circumstances: (i) the claim or lawsuit relates to the circumstances described in the preceding paragraph; (ii) an adverse claim is made to the funds in an Account, or a dispute develops with respect to such funds, by a third person (including a claim for refund of a direct deposit), or (iii) any other claim arising under applicable lay, including without limitation the Uniform Commercial Code or Regulation CC, is asserted against the Bank.

In lieu of charging your Account as stated in the above paragraphs, the Bank may hold an amount equal to the amount of the check or other item, or claim, from your Account pending a resolution of the claim, release of the Bank, or a final court decision.

The Bank may exchange information concerning such claims and lawsuits with third parties.

**Legal Process**

You authorize us to comply with any legal process served upon us that pertains to your Account, including, without

limitation, executions, restraining notices, subpoenas, levies, tax notices, garnishments, writs of attachment or other legal process (collectively, the "legal process"). We do not have to determine whether the legal process was validly issued or enforceable. We may, in our discretion and if permitted by law, notify you of the service of the legal process in writing or by telephone.

We may also assess a fee, as disclosed in the Schedule of Fees and Services. If we do not receive full reimbursement for our time in researching our Account records, costs of reproduction and photocopying and any and all other costs of handling the legal process, from the party who served it upon us, you will be responsible for reimbursing the Bank and we may charge your Account for such costs. These costs are in addition to the legal process fee.

You agree that you will indemnify, defend and hold the Bank harmless from and against all actions, claims, losses, liabilities and costs and expenses (including attorneys' fees and expenses) that result from, or arise in connection with, our compliance with any legal process received in connection with you or your account.

We are not required to pay interest on funds that are held or set aside to satisfy the payment of any judgment pursuant to the legal process served upon the Bank.

Proper service is defined by service of the legal process by ordinary mail, certified mail, overnight carrier, at any of our offices, or at the office where your Account is maintained.

**Endorsements**
When the Bank processes a check deposit for collection, it is required to place its endorsement stamp on the back of the check. Your endorsement must be placed on the back of the check in the area from 0.0 to 1.5 inches from the trailing edge of the check (the left side of the check looking at it from the front) to avoid obscuring other bank endorsements. You assume all responsibility and liability for any loss that the Bank or you may suffer if you place your endorsement such that it obscures other endorsements and that causes delays in the forward processing and/or return processing of the check. The Bank may refuse to accept a check for deposit if it is not properly endorsed in the correct place.

You will be liable to us for any losses, claims, damages, expenses and delays caused by any restrictive or conditional endorsement or other qualifying words on the back or front of a check that makes a bank's endorsement illegible or attempts to limit the negotiability of the check.

**Statements and Account Errors**
The following applies to all accounts with the exception of Certificates of Deposit where no electronic funds transfer (EFT) transactions are allowed.

You will be sent a statement whenever your Account has a customer-initiated transaction during that statement period. Otherwise, we will furnish you with a statement of Account at least quarterly for the agreed upon period. For Checking Accounts and Money Market Accounts we will enclose images of cancelled checks. For Certificates of Deposit opened online, and funded by EFT, an initial statement will be sent. After that time, no more EFTs are permitted and no further statements will be sent. We will send the statement to you at your last address shown on our records.

If the Bank considers your Account to be inactive or dormant, the Bank may choose not to provide periodic statements. Once the Account meets the activity requirement set forth in your Account Agreement or account Terms and Conditions, statement delivery will resume as described. (Refer to the section entitled "Inactive and Abandoned Accounts" for further information regarding inactive or dormant Accounts.) Instead of returning the actual cancelled checks with the statement of Account you agree to accept images of paid checks. Where images are provided, the statement of Account will specify the check number, dollar amount and date paid as to each paid check. You agree that this information will enable you to properly reconcile your Account. We will retain the original or copy of the check, if it was sent to us, for such time as may be required by law; otherwise you acknowledge that the original cancelled check may be destroyed after a reasonable period of time as determined by us. Some utilities, merchants, and other billers may convert your check into an Electronic Funds Transfer; since we do not receive your check, neither a cancelled check nor its image is available from us. We may also elect to receive electronic images from other financial institutions in lieu of original checks; if we receive an electronic image for payment, the cancelled check is not available; however, the image will be included in your statement.

We send all statements and notices by ordinary mail, postage prepaid (unless otherwise required by law), unless you and the Bank agree otherwise. All statements and notices (including any that are returned to the Bank as undeliverable) are considered to have been delivered to you on the date that we deposit them in the mail. We are not responsible, and you assume the risk for, any statement or notice that is lost in the mail and not received by you. See the section entitled "Change of Address" for your obligations to notify the Bank of any change in address or non-receipt of statements or notices.

The Bank will provide you with periodic statements showing any activity on your account. It is your responsibility to review your statement promptly to determine whether there are unauthorized transactions, fraudulent activity, forgeries, alterations, missing deposits, or any other errors (all such activity referred to as "errors") with regard to your account and report any

21

such errors to us. If you fail to notify us of errors **within 14 days** of the date your statement is mailed or otherwise made available to you, the Bank will have no liability for such errors nor be required to reimburse you for them, nor will the Bank have any liability for future errors that could have been avoided if you had promptly notified us.

If the error is in regard to an electronic transfer, see Section IV of this booklet.

For the purpose of the above paragraph, the Error includes, by way of example, but not limited to: (i) an unauthorized or missing drawer's signature; (ii) an alteration (such as a change in the name of the payee or amount); (iii) an unauthorized or missing endorsement; (iv) debiting of your Account based upon a check or item you have written for an incorrect amount; (v) failure to credit a deposit to your Account; or (vi) unauthorized transfer.

If you have provided the Bank with timely notice of the Error, under the paragraphs above, and the Bank refuses to reimburse you for the alleged loss, you must also commence any legal action or proceeding against the Bank within one year after the statement or items are made available to you if the Error consists of Customer's unauthorized signature on or any alteration on the item. If the Error consists, however, of Customer's unauthorized endorsement on the item, you must commence any legal action or proceeding against the Bank within three years after the cause of action accrues. Your failure to so act within these time periods bars any action against the Bank based on such unauthorized signature, alteration, and unauthorized endorsement Errors.

**Account Inquiries**

We may answer inquiries about our relationship and experience with you unless the inquiry is prohibited by applicable law.

You authorize us, in our sole discretion, to provide funds availability verification upon oral (including telephone) or written inquiry, made by a person whom the Bank, in good faith, believes to be the payee or other holder of a check that you have written, regarding sufficient funds to cover the check. This provision does not obligate the Bank to verify funds availability and we can refuse to verify such availability without cause and without giving you prior notice, even if we have honored similar requests on prior occasions, for the same person or other persons. We shall have no liability to you based upon any claim that the Bank did or did not provide such information.

**Credit Information and Disclosure of Your Information**

You agree that we may obtain and use consumer reports and other information verification reporting services and exchange credit information in connection with this Agreement or any service you obtain from the Bank or any new, updated or renewed service, product or extension of credit the Bank extends to you, or for any other legitimate

business purpose. In addition, in connection with this Agreement, and/or in connection with a request for Bank products and services, we may obtain a consumer report on you.

The Bank may do so at the time you open an Account, request the service, at any time while your Account is open, or the service is available, or after your Account or service is closed if you owe the Bank any amounts related to your Account or service and the Bank may use such information for any purpose, except as prohibited by law.

We may report information about your Accounts to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your consumer report. If you or another owner or authorized signer of your Account(s) or service(s) link your Account(s) or service(s) to another Account(s) or service(s) on which another person(s) is an owner, authorized signer or authorized user, or you authorize payment to or from your Account by, from or to a third party, you are deemed to give permission for disclosure of information regarding your Accounts and service(s) including, without limitation, transaction, balance and Account number information to such other person, their other authorized representatives, or to any other person who could lawfully obtain information about such person.

Except as otherwise prohibited by law, you agree that the Bank may share with Bank affiliates any information about you that you provide, or that the Bank obtains as a result of transactions or other activity for, among other things, the purpose of ordering products and services that we believe may be of interest to you.

In addition to the above, we may disclose information about you to the extent permitted by law.

**How to Get Additional Information**

If you have questions regarding information provided in this booklet or your Account relationship with the Bank, you may call us toll free at (877) 786-6560. For international callers, call us at (516) 247-7006.

You may also write to:

New York Community Bank, a division of Flagstar Bank, N.A.
Attn: Customer Contact Center
7570 Northcliff Avenue
Brooklyn, OH 44144

# Section III – Wire Transfer Orders Terms and Conditions

**Incoming Wire Transfer Orders**

We may receive instructions to pay funds to your account. The Bank will notify you that we received a wire transfer by listing them on your account statement. The Bank will not send a separate notice for each incoming wire transfer; however, we may do so when needed.

**Outgoing Wire Transfer Orders**

The following terms and conditions shall apply to each wire Funds Transfer Order ("Transfer Order") that you place with the Bank, regardless of whether you initiate such Transfer Order by using the Bank's standard form or any other Bank permitted form of request or instruction.

**Fees**

You are responsible for payment of (1) the Bank's standard wire transfer service fees in effect from time to time, and (2) any access or transmission charges, transfer commissions, currency conversion fees, cancellation or change fees, and all other charges incurred by the Bank in connection with a Transfer Order. The Bank is authorized to debit any of your accounts for the amount of the Transfer Order and all fees associated with Transfer Orders.

Cancellation of a Transfer Order involving any currency other than U.S. Dollars is subject to any rate exchange loss as determined by the Bank.

Refer to the current Schedule of Fees and Services for Consumer Accounts for applicable wire transfer fees.

**Currency of Transfer**

Funds transfers to beneficiaries within the United States may be made only in U.S. dollars, unless the Bank permits otherwise. Funds transfers to beneficiaries and beneficiaries' banks in other countries will be in U.S. dollars, unless the Bank permits otherwise.

In funds transfers involving foreign currencies, the Bank will convert the U.S. dollar payment to the local currency at the Bank's current exchange rate. The exchange rate does include a commission for the Bank for exchanging the currency. In international funds transfers involving U.S. dollars, the Bank does not guarantee that the beneficiaries of such transfers will be able to receive U.S. dollars. If your Transfer Order must be converted to the local currency, any intermediary bank and the beneficiary's bank may charge a fee for this exchange. You will be responsible for any such fee.

Regardless of the currency used, the actual amount that the beneficiary receives may be reduced by currency exchange and other charges imposed by the Bank, intermediary banks and a beneficiary's bank.

**Cut-Off Time for Acting on Your Transfer Order Request**

If your Transfer Order is received after the Bank's established cut-off hour (contact your local branch for time), it will be treated as though it was received on the next business day that funds transfers are processed. A Transfer Order is not accepted until the Bank executes it.

**Cancelling or Changing a Transfer Order**

You may cancel or change a Transfer Order only if the Bank receives instructions before the Bank has executed a funds transfer and only if the Bank has a reasonable time to act on your instructions. All communications requesting cancellation or changes to a Transfer Order must be in writing signed by you and must be delivered to the branch or department in the Bank to which the Transfer Order was delivered. If the Bank already has executed a Transfer Order, then it can be cancelled or changed only if the beneficiary's bank consents to such request. The Bank will not be liable to you for any losses resulting from the failure of the beneficiary bank to cancel or change your Transfer Order.

With respect to a cancellation request, the Bank will check with the beneficiary's bank to determine whether it will return transferred funds. If the funds are returned by the beneficiary's bank, the Bank will return the funds to you. The amount returned may be less than the amount originally transferred because of service, currency conversion and other charges of the Bank, any intermediary bank, or the beneficiary's bank. Refunds will be in U.S. dollars. If funds returned are in a foreign currency, then the U.S. dollar refund will be computed at the Bank's exchange rate on the date of the refund.

**Rejecting a Funds Transfer Request**

The Bank reserves the right to reject a Transfer Order for any reason, including, without limitation, any (a) incorrect, incomplete, ambiguous or missing information, (b) funds being subject to liens, security interests, holds, disputes or to legal process prohibiting transfer or withdrawal, or (c) suspected fraud or possible violation of applicable laws, rules or government regulations. The Bank will notify you of any rejection of a Transfer Order orally, electronically or in writing, as the Bank may decide in its sole discretion. The Bank shall not be liable to you for any damages that may result from a rejection, nor shall it be obligated to pay interest for any period before you receive notice of the rejection.

**Means of Funds Transfers**

The Bank generally uses electronic means to transfer funds. The Bank may, however, use any banking channel or other facility. The Bank may choose any conventional means that it deems suitable to transfer funds to a beneficiary and the Bank shall be entitled to select any intermediary bank, funds transfer system, or means of transmittal to send your Transfer Order, even if its selection differs from your instructions. Once the Bank transmits a Transfer Order to an intermediary bank, it is that intermediary bank's responsibility to ensure that the Transfer Order is completed.

**Inconsistent Names and Account Numbers**

You may instruct a beneficiary's bank to credit an account or hold funds for a beneficiary. The beneficiary bank is

responsible for following your instructions and letting the beneficiary know when the funds become available.

The Bank and any other party executing or receiving Bank's Transfer Order, including the beneficiary's bank, may rely on the number in the Transfer Order that identifies the beneficiary and on any numbers that identify the beneficiary's bank and intermediate financial institutions identified in the Transfer Order, even if such numbers do not correspond to the name of the beneficiary or the financial institution. The Bank and any other receiving financial institution have no obligation to determine whether a name and number identify the same person or institution. You acknowledge that payment of a Transfer Order you initiate may be made by the beneficiary's bank on the basis of an identifying or bank account number and that payment will be final even if it identifies a person different from the named beneficiary. You assume full responsibility for any inconsistency between the name and the identifying number of the beneficiary and any bank, and any losses resulting from an incorrect identifying number shall be your loss and not the Bank's.

**Delays, Non-Execution of Transfer Orders**

You agree that the Bank will not be responsible for any delay, failure to execute or misexecution of a Transfer Order, or of any cancellation or amendment thereof, that results from: (i) circumstances beyond the Bank's reasonable control, including without limitation any inaccuracy, interruption, delay in transmission, or failure in the means of transmission, whether caused by strikes, power failures, equipment malfunctions, war, civil unrest, act(s) of terrorism, Acts of God, or acts or omissions of any funds transfer system, any Federal Reserve Bank, any intermediary bank or any beneficiary bank of any Transfer Order, and no such entity or person shall be deemed to be our agent, (ii) the circumstances described in the section entitled "Rejecting a Funds Transfer Request" (a), (b), and (c), and (iii) investigating whether execution of a Transfer Order would be unlawful, illegal, or would contravene the requirements of any regulatory authority or third-party service provider or involve onerous costs or expenses. **THE BANK MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY ASPECT OF ANY TRANSFER ORDER.**

**Security Procedures**

In connection with Transfer Orders and communications requesting cancellation or amendment of Transfer Orders, the Bank will follow a security procedure established for your and the Bank's protection to verify that a transfer has been properly authorized. You understand and acknowledge that the security procedure is designed only to verify the source of the funds transfer instruction and not to detect errors in the content of that instruction. The security procedure that the Bank utilizes will depend on the means by which you provide

instructions to us. A Transfer Order may be initiated in person by any person who is an authorized signer on an account from which the Transfer Order is to be made; in such cases, no additional confirmation of authorization will be required. If a Transfer Order is not initiated in person, different security procedures may apply. By placing a Transfer Order, you agree to the Bank's use of the selected security procedure and you assume full responsibility for safeguarding information used in the verification procedures. The Bank shall be entitled to rely and act on instructions from any person who has been reasonably identified by the Bank in accordance with the Bank's security procedures. You agree to be bound by the resulting transfer, whether or not authorized by you, provided the Bank has accepted the Transfer Order in accordance with the Bank's established security procedures.

**Notices of Your Order**

The Bank will ordinarily notify you about executed Transfer Orders by listing them on your account statement or, at the Bank's option, a customer advice or notice.

**Claims**

To be effective against the Bank, any claim by you that a Transfer Order was delayed, executed without authorization or in error for any reason must be in writing and must be received by the Bank's branch or department where the Transfer Order was initiated within 30 calendar days for domestic wires and 180 calendar days for foreign wires, from the date the Bank mails or otherwise provides you with any notice or statement that reflects execution of the Transfer Order. If you fail to notify the Bank within the time periods specified above, the Bank will not be liable for any claim regarding the Transfer Order, including but not limited to loss of interest due to an unauthorized or erroneous Transfer Order. In the event that it is determined your Transfer Order is delayed or erroneously executed as a result of the Bank's error, the Bank's sole obligation to you shall be to pay or refund such amounts as may be required under applicable law. Any claim for interest payable by the Bank shall be at a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York.

In any event, you agree to notify the Bank of any claim concerning a Transfer Order within one year from the date the Bank mails or otherwise provides you with any notice or statement that a Transfer Order has been executed; if you fail to do so, your claim will be barred under applicable law.

**YOU AGREE THAT IN NO EVENT SHALL THE BANK BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL, INCIDENTAL OR EXEMPLARY DAMAGES, IN CONNECTION WITH ANY TRANSFER ORDER REGARDLESS OF THE FORM OF THE ACTION, AND EVEN IF THE BANK HAS BEEN**

24

INFORMED OF THE POSSIBILITY OF SUCH DAMAGES.

**Other Agreements**
You agree to be bound by the rules of all funds transfer systems and communications systems in which the Bank participates, including but not limited to Fedwire, CHIPS and S.W.I.F.T., through which Transfer Orders may be effected.

**Governing Law**

Transactions in your account are subject to applicable clearinghouse and Federal Reserve rules and regulations and the Bank Documents provided to Customer at the time of opening an Account. All of the above (applicable federal or state laws, clearinghouse and Federal Reserve rules and regulations, and Bank documents) are hereby incorporated into this Account Agreement as the same now exist or may hereafter be amended, unless otherwise disclosed (e.g., Account disclosures or rule, fee schedule) or otherwise agreed with you. The Terms and Conditions shall inure to the benefit of and bind your successors and our successors and assigns, whether by merger, consolidation, or otherwise. We have the right to modify this contract at any time. If you file any lawsuit or other legal proceeding against us that is connected or arises from in any way to your accounts or services, you agree to do so in an appropriate court in the state where your account is located, or otherwise agreed with you in a specific agreement. If we file any lawsuit or other legal proceeding that is connected in any way to your accounts or services, you consent to jurisdiction and venue in an appropriate court in the state where your account is located, or otherwise agreed with you in a specific agreement.

# Section IV – Electronic Funds Transfer Disclosure Statement/ATM Cardholder/VISA® Debit Card

**Introduction**
As a consumer who uses Electronic Funds Transfer services, you have certain rights and responsibilities. These rights and responsibilities are defined by the Electronic Fund Transfers Act ("EFTA") and Regulation E of the Federal Reserve Board. Accordingly, the liability limitations and Error Resolution as discussed in this section are not applicable to non-consumer Accounts. This Electronic Funds Transfer Disclosure Statement ("EFT Disclosure Statement") applies to Consumer Accounts with respect to transactions subject to the EFTA and Regulation E (for example: ATM/Visa® debit card, Online Banking, ACH transactions, telephone banking). If the Electronic Funds Transfer transactions made by you are not from an Account established primarily for personal, family or household purposes, or if the type of transaction is not governed by the EFTA, the rights described below are not applicable to you.

**Definitions**
Terms which are not defined in this EFT Disclosure Statement shall have the meanings assigned in the appropriate corresponding agreement or disclosure provided by the Bank.
a) "Account" means a checking, savings or other consumer asset Account held either directly or indirectly by the Bank and established primarily for personal, family or household purposes.
b) "Access Device" means a Card, code, or other means of access to a consumer's Account, or any combination thereof, that may be used by the consumer to initiate electronic fund transfers.
c) "Electronic Funds Transfer" and "Transfer" mean any transfer of funds that is initiated through an electronic terminal, telephone, computer, or magnetic tape for the purposes of ordering, instructing, authorizing the Bank to debit or credit your Account, including, but not limited to, Automated Teller Machine, online banking, telephone banking, Point-of-Sale, Debit Card (Visa® debit card) (whether or not an electronic terminal is used), Check Electronification, and Pre-Authorized Transfers or Payments (i.e., Automated Clearing House (ACH) transactions).
d) "Pre-Authorized Debits" are direct withdrawals from your Account(s) authorized in advance to a particular person, company or government agency made at substantially regular intervals.
e) "Pre-Authorized Credits" are direct deposits to your Account(s) from a particular person, company or government agency made at least once every 60 days, which you have arranged in advance (e.g., Social Security Payments).
f) "You", "your" and "cardholder" mean each person who has been given access by the Bank to make deposits, transfers, withdrawals or payments to or from an Account via Electronic Funds Transfer.
g) "Business Day" means Monday through Friday. Federal holidays are not included, nor are days when the Bank is closed due to emergency conditions.
h) "ATM Card" means a plastic card issued to you by the Bank which can be used to perform the transactions described in this Agreement and any additional cards or renewals.
i) "Debit Card" means your VISA® debit card issued by the Bank which can be used to perform the transactions designated in this Agreement and any additional cards or renewals.
j) "Card" is used to refer to both ATM Cards and Visa® debit card.
k) "PIN" means the 4-digit personal identification number assigned by the Bank, or selected by you, which may be used with the Card to perform ATM

25

and POS (Point-of-Sale) transactions and with such other transfers as required by the Bank.

l)   "Shared Network" means any networks the Bank currently belongs to or joins in the future that will accept the Card.

**Types of Transfers and Services Available**
Certain transfers and/or services may not be available for certain account types.

a)   Using the Card: You may use the Card to initiate various transfers of funds and obtain other services. These transfers and services are described in the the   Bank's ATM Cardholder/Visa® Debit card Agreement, which is contained in this booklet.

b)   Using Your Check:   Check Electronification: Additionally, your check can result in an Electronic Funds Transfer. This can happen in several ways. For example: You can purchase goods or pay for services and authorize a merchant or service provider to convert your check into an Electronic Funds Transfer. At the time you offer a check to a merchant or service provider, you may be asked to authorize the merchant or service provider to electronically collect a charge in the event the check is returned for Insufficient Funds. Paying such a fee electronically is an Electronic Funds Transfer. Your authorization to make these types of Electronic Funds. Transfers may be expressed in writing or implied through the posting of a sign.

c)   Using the Telephone or Online Banking: You may access your Account by telephone 24 hours (daily) by calling us toll free at (877) 786-6560. For international callers, call us at (516) 247-7006.

Use the above phone numbers, personal computer, or mobile banking to:

•   Transfer from/to your Checking and/or Statement Savings Accounts.

•   Obtain information about Account Balances, checks that have cleared, deposits and withdrawals.

**Deactivation of Access Device for Non-Use**

•   ATM Card and Visa® debit card – If you do not use your ATM Card or Visa® debit card (excluding HSAs) for a period of one year, the Card will be deactivated and will no longer be valid.  In addition, if you use a tokenized method of payment (i.e. Apple Pay, Samsung Pay, Google Pay, etc.) through an electronic medium, your access will be removed once your card is deactivated.

•   Online Banking User ID – If you do not use your Online Banking, Mobile Banking and Bill Pay for a period of one year, your online banking profile will be deactivated.

•   Telephone Banking (VRU) – If you do not use the Telephone Banking System (VRU) for a period of one year, your telephone banking access will be deactivated.

**Right to Receive Documentation of Transfers**
Receipts: You may get a receipt at the time you make any transfers to or from your Account using one of our ATMs or merchants' Point-of-Sale terminals. You can also print receipts pertaining to your Online Banking transactions through your Internet browser. If you perform more than one transfer at a time, your receipt may contain information about more than one transaction.
Periodic Statements: If you have a Statement Account, we will send you a statement showing all activity in your Account each month, unless there are no Electronic Funds Transfers (EFT) in a particular month. In any case, you will receive a statement at least quarterly. If you have a passbook savings account and you perform an EFT, you will receive a statement for each month in which an EFT occurs, and at least quarterly.
Passbook Accounts Where the Only Possible Transfers Are Pre-Authorized Credits: Upon presentation of your passbook, we will record any electronic deposits that were made to your Account since the last time you brought in your passbook.

**Pre-Authorized Transfers (including Social Security)**
If you have arranged to have Pre-authorized Transfers made to/from your Account, you can call the Bank to find out if the deposit or withdrawal was made by calling us toll free at (877) 786-6560. For international callers, call us at (516) 247-7006.

**Your Liability for Authorized Transfers**
All Account owners are fully responsible for all transactions processed by or permitted by you or by any other cardholder of the Account.

**Your Liability for Unauthorized Transfers**
Tell the Bank AT ONCE if you believe your Card, PIN or Password has been lost or stolen or if you believe that an Electronic Funds Transfer has been made without your permission using the information from your check. Telephoning is the best way to keep your possible losses down. You could lose all the money in your Account, plus your maximum overdraft line of credit.
If you notify the Bank within two (2) business days after you learn of the loss or theft of your Card, PIN or Password, $50 is the maximum you can lose if someone uses your Card, PIN or Password without your permission. If you do NOT notify the Bank within two (2) business days after you learn of the loss or theft of your Card, PIN or Password and the Bank can prove that it could have stopped someone from using your Card, PIN or Password if you had told the Bank, you can lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by Card, code or other means, tell the Bank AT ONCE. If you do not notify the Bank within sixty (60) days after the statement was mailed to you, you may not get back any monies you have lost

26

after the sixty (60) days if we can prove that we could have stopped someone from taking the money had you had told us in time.

If a good reason (such as extended travel or a stay in the hospital) kept you from telling us, we may extend the time period. If you believe your Card or PIN/Password has been lost or stolen contact the Bank at the telephone number and address listed in the Error Resolution Notice section.
You should also call the number or write to the address listed therein if you believe a transfer has been made using information from your check without your permission.

**Debit Card Exception to Liability for Unauthorized Transfers**
For NYCB Visa® debit card transactions only, unless you have been grossly negligent or have engaged in fraud, you will not be liable for any unauthorized transactions processed with your NYCB Visa® debit card. This additional limit on liability does not apply to ATM transactions, to transactions using your PIN that are not processed by Visa®, or to commercial cards.

**Error Resolution Notice**
In Case of Errors or Questions About Your Electronic Transfers write to us or call us at the address and telephone numbers listed in this section as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will credit your Account within ten (10) business days (five (5) business days for NYCB Visa® debit card Point-of-Sale transactions*) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your Account.

For errors involving new Accounts, Point-of-Sale, or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. For new Accounts, we may take up to twenty (20) business days to credit your Account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

*The Bank may withhold providing provisional credit, to the extent allowed under applicable laws or regulations, if the Bank determines that the circumstances or account history warrants the delay.

If you believe there is an error or omission on your statement or receipt or if you need more information about a transfer listed on the statement or receipt, you may call us toll free at (877) 786-6560. For international callers, call us at (516) 247-7006.
You may also write to:
New York Community Bank, a division of Flagstar Bank, N.A.
Attn: Card Services Department, NYCB Plaza
102 Duffy Ave
Hicksville, NY 11801

**Disclosure of Account Information to Third Parties**
As detailed more fully in our Privacy Policy, we may disclose information about your
Account or transactions to third parties in the following circumstances:
i. When it is necessary to complete transactions or resolve errors involving your Account; or
ii. To verify the existence and condition of your Account to third parties, such as a credit bureau or merchant; or
iii. To comply with legal process, such as orders or subpoenas from government agencies or courts; or
iv. In connection with any authorization messages transmitted in Point-of-Sale (POS) transactions; or
v. If you give the Bank written permission; or
vi. Under such circumstances not prohibited by law, where we determine that disclosure is necessary or appropriate.

**The Bank's Failure to Complete an Electronic Funds Transfer**
You agree to maintain sufficient collected funds in your Account to cover any authorized transfers or payments. If you do not have sufficient or uncollected funds in your Account the Bank may not be able to process the electronic transfer.

27

The Bank will make every effort to assure that your deposits, transfers and withdrawals are made quickly and correctly. If you request that we automatically transfer funds on a specific date, we will make an attempt to electronically transfer the funds on that date. If sufficient funds are not available, the system will only continue to attempt a transfer one time each day for four business days, unless the Bank has further directions from you.

If the Bank does not complete a transfer to or from your Account on time or in the correct amount, according to our agreement with you, the Bank will be liable for your actual losses or damages (as provided by law) if the Bank directly caused them. However, there are some exceptions. The Bank will NOT be liable, for instance, if:

- The Bank does not receive sufficient information to complete the transaction.
- The funds in your Account are uncollected, subject to legal process or other encumbrance restricting the transaction.
- Your Account does not contain enough available funds.
- The amount would exceed the credit limit available for your Account.
- Your Account is frozen because a joint owner of the Account notified the Bank to do so.
- Your Account has been closed.
- Some other problem prevents the Bank from completing the transaction the way you requested, and the Bank is able to correct the problem and does complete the transaction later. The delay causes you no losses or damages which you can prove in court.
- Your Card or PIN was reported lost or stolen.
- The ATM you are making the withdrawal at does not have enough cash.
- The ATM is temporarily out of service or closed for maintenance.
- The ATM or the Bank's computer system was not working properly and you knew that when you started the transaction.
- Circumstances beyond the Bank's control (such as fire, flood, labor dispute, power or computer failure) prevent the Bank from completing the transaction, despite reasonable precautions the Bank has taken.
- Your Card or PIN privileges have been cancelled.
- The Bank does not complete the transaction because it is protecting the security of your Accounts or its system.

**Stopping Payment of Pre-Authorized Debits**
1.  Right to Stop Payment and How to Do It
If you agreed in advance to make regular payments out of your Account, you can stop any of these payments by calling the Bank or writing to the Bank in time for the Bank to receive your request three (3) business days or more before the payment is scheduled to be made. If you call,

we will also require you to put your request in writing and get it to the Bank within fourteen (14) days after you call or it shall cease to be binding. There will be a service charge for each stop payment order as specified in the Schedule of Fees and Services.
To request a stop payment, telephone the Bank toll free at (877) 786-6560. For international callers, call us at (516) 247-7006.
You may also write to:

New York Community Bank, a division of Flagstar Bank, N.A.
Attn: Customer Contact Center
7570 Northcliff Avenue
Brooklyn, OH 44144

2.  Liability for Failure to Stop Payment
If you order the Bank to stop a Pre-authorized Transfer from your Account three (3) business days or more before the transfer is scheduled, and the Bank does not do so, the Bank will be liable for your direct losses or damages you can prove.

3.  Notice of Varying Amounts
Where a Pre-authorized Transfer from your Account varies from the previous transfer made by the same authorization, the Bank or the person you are going to pay will send you a written notice ten (10) days before the scheduled payment, explaining when it will be made and how much it will be. You may choose instead to be notified only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits you set.

**Fees and Charges**
When you use an ATM not owned by us, you may be charged a fee by the ATM operator, as well as by us, or any network used (and you may be charged a fee for a balance inquiry even if you do not complete a funds transfer). Point-of-Sale transactions may be processed as either a Visa® debit card transaction or a transaction on the Accel®/PLUS® networks. It is the merchant's choice on how Point-of-Sale transactions conducted at their terminals are processed.  We generally do not charge a fee for Point-of-Sale transactions, except in the case of transactions conducted outside the United States.

Please refer to the Bank's separate Schedule of Fees and Services for further information regarding fees and charges.

**Future Changes and Cancellations**
The Bank has the right to change this ATM/Visa® debit card Agreement, and will notify you in writing at least twenty-one (21) days before the effective date of any change that will:
- Increase any fees or charges or your liability; or
- Reduce the Electronic Funds Transfer services available to you; or

28

- Place stricter limits on the frequency of transactions; or
- Decrease the daily maximum amount of cash you can
  withdraw in a day.

No advance notice is required for changes that are necessary for security reasons.

## Account Agreement and Other Regulations

The Accounts you make transfers to or from are governed by the conditions described in this EFT Disclosure Statement, as well as all other agreements and disclosures you signed or received when you opened the Account(s), together with all subsequent additions and amendments to such agreements and disclosures.

## ATM Cardholder/Visa® Debit card Agreement

A. Introduction

This ATM Cardholder/Visa® Debit card Agreement ("ATM/Debit card Agreement") and the Electronic Funds Transfer (EFT) Disclosure Statement govern the relationship between the "Bank" and each person to whom the Bank issues an ATM Card or Visa® debit card (each such person referred to as "you", "your", or "cardholder" who is the same person as the Customer in the Personal Deposit Account Agreements and Disclosures). Your retention of, signature on, use of or control of a Card constitutes your agreement to comply with this ATM/ Debit card Agreement as amended from time to time.

This section addresses terms and conditions in addition to the EFT Disclosure Statement in this booklet.

B. Information Relating to both ATM and Visa® Debit card

1. Card Functions

You may use your Card and PIN for:
  a. Balance inquiries
  b. Cash withdrawals
  c. Deposits (at one of our ATMs)
  d. Funds transfers between your Accounts
  e. Purchases at Point-of-Sale ("POS") locations that accept the Card

Some of these functions may not be available at all ATMs or POS terminals.

2. Limit on Dollar Amount and Frequency Each Day

  a) You may make only three (3) cash withdrawals from automated teller machine terminals every 24 hours using your ATM/Visa® debit card. You can use our point-of-sale transfer service for ten (10) transactions every 24 hours using your ATM/Visa® debit card.
  b) For ATM and Visa® debit cards (with the exception of H.S.A. Visa® debit cards – refer to letter (c))

- Using your ATM Card or Visa® debit card, you may withdraw up to an aggregate of $505.00 from our terminals every 24 hours.
- Using your ATM Card, you may purchase up to an aggregate of $505.00 for POS transactions every 24 hours.
- Using your Visa® debit cards, you may purchase up to an aggregate of $1,500.00 for POS transactions every 24 hours.

  c) For H.S.A. Visa® debit cards

- Using your H.S.A. Visa® debit card, you may withdraw up to an aggregate of $505.00 from our terminals every 24 hours.
- Using your H.S.A. Visa® debit card, you may purchase up to an aggregate of $3,000.00 for POS transactions every 24 hours.

ATMs or POS terminals or their operators may have other limits on the amounts or frequency of transactions.

3. Documentation of Transactions

All deposits made at an ATM are accepted subject to our verification. All ATM deposits will be counted by at least two employees. If the amount you have indicated for deposit is different than the amount we verify, the deposit to your Account will be adjusted to the verified amount. All checks deposited at the ATM are subject to the Bank's Funds Availability Policy. Double endorsed checks will not be accepted at our ATMs. We retain the right to charge any of your Accounts with us for the amount of any check returned to us unpaid.

4. Card and PIN Security

To access Account information through an ATM service, you must first choose a password or a secret, confidential code called a PIN (personal identification number), via the Telephone Banking System (VRU).

If you wish to change your PIN, you may do so by accessing the Telephone Banking System (VRU) or at any of the Bank-owned ATM terminals.

You agree and shall instruct each cardholder not to select any portion of your Social Security Number, birth date or other combination that an unauthorized individual might be able to guess by looking through your wallet or personal belongings. Under no circumstances should you keep your PIN or password in your wallet. If you should give your PIN or password to someone else for any reason, you are authorizing all transfers made by that person from your bank Account. If someone is authorized to use your Account and you want to end that person's privileges, you must notify the Bank in writing at the address listed in the Error Resolution Notice section of the EFT Disclosure Statement in this booklet. You are required to sign the back of the Card as soon as the Card is delivered and before it is used. You agree to establish and maintain procedures to ensure the confidentiality of the PINs and security procedures and the security of the

29

Card. In addition, you agree to immediately notify us when a card user's rights are terminated.

### 5. Consecutive PIN Failures
After three consecutive PIN failures, the Card will be deactivated. You must contact the Bank to reactivate the Card.

### 6. Card Capture
If you try to use a Card which has been reported lost or stolen, the Card may be captured (i.e., retained). If that happens, the Bank will not be liable to you for your failure to complete the attempted transaction, or your loss of the Card or its use.

### 7. ATM Unavailability
Should an ATM be unavailable at any time due to malfunction, repair, servicing, or any other reason, the Bank will not be liable for your failure to complete a transaction at such a machine.

### 8. Card Ownership, Termination
Cards are the property of the Bank and are made available, along with the ATMs, as a service to the Bank's customers. If the Bank requests return of any Cards issued to you, you are required to return it immediately. The Bank has the right to cancel your Card and privileges or this Agreement and at any time without advance notice to you.

### 9. Overdrafts
You agree not to use your Card when the Available Balance in your Account, including any available line of credit associated with it, is insufficient to pay the amount of the withdrawal, transfer or purchase. See Important Definitions for the definition of "available balance."

### 10. Right to Stop Payment
You are not permitted to stop payment on any transfer, purchase or withdrawal made with your Card and the Bank will have no obligation to honor any such stop payment request by you, except as provided in the EFT Disclosure Statement.

### 11. Liability and Notification for Unauthorized Use of Your Card
If you subsequently find a Card you reported lost or stolen, you agree not to use it, but to request a new one. The Bank requires a lost Card affidavit to be signed for all Cards reported lost or stolen.

### 12. Illegal Activities
A Visa® debit card may not be used for unlawful transactions. We have the right to refuse a transaction that we reasonably believe involves illegal activities.

### 13. Other Agreements
All terms, conditions and agreements which govern your Account(s) (whether set forth in your Account Rules, any related rules and regulations or otherwise) also apply to the ATM/Visa® debit card, except where this ATM/Visa® debit card Agreement provides differently.

### 14. Amendments
The Bank may change the terms of this ATM/Debit card Agreement at any time. The Bank will give you written notice at least twenty-one (21) days before an amendment becomes effective if it will result in increased fees or liability to you or stricter limitations on the transactions you can make; if, however, an immediate change is necessary the Bank may make amendments without prior notice. If such a change is made permanent and disclosure would not jeopardize the security of the Account or system, the Bank will provide written notice to you on or with the next regularly scheduled periodic statement or within 30 days of making the change permanent.

### 15. Pre-Transaction Notices (at other ATMs) and Governing Law
If you utilize your Card at an ATM at another institution in the States of New York or New Jersey that participates in the same Shared Network to which the Bank belongs, you will be informed of any fee charged by the operator for usage as follows:

a)  By posted notice in the ATM area, which will state that a fee will be imposed and the amount of the fee.
b)  A notice on the ATM screen or ATM-generated slip that discloses the type of fee and the amount and that you may cancel the transaction without being charged a fee.

The same or similar disclosures may be made available as required by Federal or individual state law or regulation in areas outside the States of New York or New Jersey. This ATM/Debit card Agreement and your use of a Card will be governed by the laws of the state in which your account is established (please refer to "Laws, Rules and Regulations" under Section II), to the extent not superseded by the laws of the State of New York or Federal law.

### 16. Foreign Transactions
The exchange rate between the Transaction Currency and the Billing Currency used for processing International Transactions is a rate selected by Visa® from the range of rates available in wholesale currency markets for the applicable Central Processing Date, which rate may vary from the rate Visa® itself receives or the government-mandated rate in effect for the applicable Central Processing Date in each instance, plus or minus any adjustment determined by the issuer. All international transactions will be assessed various fees for the

transactions performed. Please refer to the Schedule of Fees and Services for applicable fees.

C. Information Relating Only to the Visa® debit card

1.Visa® debit card Functions

Your Visa® debit card, in addition to being able to perform all ATM Card functions, can also be used to purchase goods and services at merchant locations where Visa® Cards are accepted. The sales slip will be your receipt for the transaction.

2. Authorization to Debit or Credit Account

Each time your Visa® debit card is used you authorize the Bank to debit or credit your Account (whichever is appropriate) for the total amount shown on any sales draft, withdrawal order or credit voucher originated by use of the Visa® debit card, whether or not signed by you, and the Bank is permitted to handle such sales drafts, orders and credit vouchers. The Bank will place a hold on funds in your Account (or any part of available funds from your associated overdraft product) equal to the authorized amount of any purchase. Any purchase or cash withdrawal may be subject to authorization by the Bank or the Visa® Authorization Center and no authorization will be given if the amount of all outstanding purchases and cash withdrawals will exceed your Available Balance or your applicable credit limit.

3. Refunds on Purchase

Cash refunds will not be made to you on purchases made with a Visa® debit card. If a merchant who honors a Card gives you credit for merchandise returns or adjustments, the merchant will do so by sending the Bank a credit voucher which the Bank will apply as a credit to your Account. Any claim or defense with respect to property or services purchased with your Visa® debit card must be handled by you directly with the merchant or other business establishment which accepts the Visa® debit card and any such claim or defense which you assert will not relieve you of your obligation to pay the total amount of the sales draft plus appropriate charges the Bank may be authorized to impose.

4. Disclosure of Personal Data

The Bank may provide the cardholder's personal data to Visa® U.S.A., its Members, or their respective contractors for the purpose of providing emergency cash and emergency card replacement services. By use of your Visa® debit card or signature on the Card, you consent to the release of this information. The term "Members" is defined in the Visa® U.S.A. Operating Regulations/Visa® International Operating Regulations.

**ATM User Safety Precautions**

To help ensure your personal safety and the security of your financial transactions while using an Automated Teller Machine (ATM) or night deposit facility, consider the following safety precautions.

- Use the Card wisely; keep records of all your financial transactions. Review your banking statement as soon as possible.
- The activities of our ATM facilities are being recorded by one or more surveillance cameras.
- Don't use ATM facilities unless there is adequate lighting both inside and outside.
- Be alert to the area in and around the ATM, especially after dark. Be cautious if other people are standing near the area. Consider using a different location if you feel it is unsafe.
- You should close the entry door completely upon entering and exiting the ATM facility.
- Do not permit any unknown persons to enter the facility with you after regular banking hours.
- Don't let others see the ATM screen or keypad as you enter information.
- Make sure you have completed your transaction and properly exit from the ATM terminal before allowing the next person to use the ATM.
- Place all cash securely upon your person before exiting the ATM facility.
- Always take the ATM receipt with you, don't leave personal notes or papers in the ATM area.
- Never write your Personal Identification Number (PIN) or code on the Card.
- Never give your PIN or code to anyone.
- Don't help someone learn how to use the ATM using your Card.
- Exercise caution when making an ATM withdrawal, particularly from a machine that is located in a non-bank environment, such as a grocery store, deli or shopping mall. Some of these machines may be fraudulent and can steal your personal information.
- When using a drive-up ATM, make sure all of your car doors are locked and that only the drivers-side window is open. Be alert to anyone approaching your car.
- If the ATM card reader appears different or affixed with tape or glue, do not use the machine. This could be a fraudulent reader used to capture your card information.
- Where emergency assistance is required due to criminal activity or medical emergency, call 911 at the nearest public telephone.
- Complaints concerning security at the Bank's ATM or night deposit facilities should be directed to the Bank's Security Department by calling us toll free at (877) 786-6560.

- 

# Section V – Taxpayer Identification Number and Certification Information

**Introduction**

If you are subject to U.S. Information Return Reporting or IRS Backup Withholding rules, Section 6109 of the Internal Revenue Code requires you to furnish your correct Taxpayer Identification Number (TIN) to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, or contributions you made to an Individual Retirement Account (IRA) or other qualified plan. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. You must provide your TIN whether or not you are required to file a tax return.

We use your Bank Account signature card to furnish your correct TIN to the IRS, and, when applicable, (1) to certify that the TIN you are furnishing is correct, (2) to certify that you are not subject to backup withholding, and (3) to certify you are a U.S. person (including a U.S. resident alien). Furnishing your correct TIN and making the appropriate certifications will prevent your earnings from being subject to a backup withholding of taxable interest, dividend, and certain other payments.

If you are a nonresident alien, a foreign entity or an exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules, you should indicate this on the signature card to avoid possible erroneous backup withholding. You must provide the Bank with a completed Certificate of Foreign Status, Form W-8BEN, or other acceptable form upon which the Payor is permitted to rely to hold the Payee as a foreign person, at the time you open your Account and every third year thereafter. The Bank reserves the right to require you to complete a new Form W-8BEN, or other approved form, every year.

**How to Obtain a TIN**

If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for a Social Security Number (for individuals), from your local Social Security Administration office, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities) from your local IRS office.

**What is Backup Withholding?**

Persons making certain payments to you are required to withhold and pay to the IRS payments under certain conditions, at a percentage rate designated by the IRS in accordance with their guidelines.

This is called backup withholding. Payments that could be subject to backup withholding include interest and dividends, but do not include real estate transaction payments.

If you give the Bank your correct TIN, make the appropriate certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding.

Payments you receive will be subject to backup withholding if:

1.  You do not furnish your TIN to the Bank; or
2.  IRS notifies the Bank that you furnished an incorrect TIN; or
3.  You are notified by IRS that you are subject to backup withholding because you failed to report all your interest and dividends on your tax return (for interest and dividend accounts only); or
4.  You fail to certify to the Bank that you are not subject to backup withholding under 3 above (for interest and dividend accounts only); or
5.  You fail to certify your TIN. This applies only to interest and dividend accounts opened after 1983.

Certain payees and payments are exempt from backup withholding and information reporting. See Payees and Payments Exempt From Backup Withholding and Exempt Payees and Payments under Specific Instructions for additional information.

For the current IRS backup withholding rate, please visit the IRS Website at www.IRS.gov.

**Payees and Payments Exempt From Backup Withholding**

For a list of Payees and Payments exempt from backup withholding, and for which no information reporting of interest or dividends is required, please visit the IRS Website at www.IRS.gov.

Payments that are not subject to information reporting are also not subject to backup withholding. For details, see Internal Revenue Code sections 6041, 6041(a), 6042, 6044, 6045, 6049, 6050A, and 6050N, and the regulations under such sections.

**Penalties**

FAILURE TO FURNISH TIN

If you fail to furnish your correct TIN to the Bank, you are subject to a penalty for each such failure unless your failure is due to reasonable cause and not to willful neglect.

CIVIL PENALTY FOR FALSE INFORMATION WITH RESPECT TO WITHHOLDING

If you make a false statement with no reasonable basis that results in no imposition of backup withholding, you are subject to a penalty.

CRIMINAL PENALTY FOR FALSIFYING INFORMATION

Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Specific Instructions**

NAME

If you are an individual, generally provide the name shown on your Social Security Card. However, if you have changed your last name, for instance, due to marriage, without informing the Social Security Administration of the name change, please enter your first name and both the last name shown on your Social Security Card and your new last name.

If you are a sole proprietor, you must furnish your individual name and either your SSN or EIN. If you enter your EIN, you must also enter your business name on the signature card. Enter the name(s) as shown on your Social Security Card and/or as it was used to apply for your EIN on Form SS-4.

CERTIFICATION

Interest and Dividend Accounts Opened After 1983 – you must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the Bank, you must cross out the certification language before signing the signature card.

Other Payments – you are required to furnish your correct TIN, but you are not required to sign the certification unless you have been notified of an incorrect TIN.

IRA Contributions or Other Qualified Plans – you are required to furnish your correct TIN, but you are not required to sign the certification.

Exempt Payees and Payments – if you are exempt from backup withholding, you should indicate this on the signature card to avoid possible erroneous backup withholding.

If you are a nonresident alien or foreign entity not subject to backup withholding, you must provide the Bank with a completed IRS Form W-8BEN, or other acceptable form upon which the Payor is permitted to rely to hold the Payee as a foreign person, at the time you open your Account and every third year thereafter. The Bank reserves the right to require you to complete a new Form W-8BEN, or other acceptable form, every year.

**What TIN Should You Give to the Bank?**

| For This Type of Account: | Give the Name and Social Security Number of: |
|---|---|
| Individual | The Individual |
| Two or more individuals (Joint Account) | Each party named on the Account |
| Custodian Account of a minor (Uniform Transfers to Minors Act) | The minor |

| | |
|---|---|
| A revocable Totten Trust (grantor is also trustee) A revocable Totten Trust (grantor is also trustee) | The grantor trustee for this type of Account The grantor trustee name and social security number |
| A Trust Account that is not a legal or valid trust under state law | The actual owner's name and social security number |
| A valid trust, estate, or pension trust | Legal Entity's name and Employer Identification Number (if the pension trust only covers the owner and employee, the social security number of the employer) |
| Association, educational, charitable, religious, club or other tax-exempt organization | The organization's name and employer identification number |
| A broker or registered nominee | The broker or nominee's name and employer identification number |

**Note:** Additional Account disclosures and updates to correct Account disclosures will be provided separately as required.

# Section VI – Consumer Funds Availability Policy

This funds availability policy reflects the policy of Flagstar Bank, N.A. and its divisions: the Queens County Savings Bank, Roslyn Savings Bank, Richmond County Savings Bank, Roosevelt Savings Bank, Garden State Community Bank, AmTrust Bank, Atlantic Bank, Ohio Savings Bank and New York Community Bank. Our policy is to delay the availability of funds from your cash and check deposits. During the delay, you may not withdraw the funds in cash and we will not use the funds to pay checks that you have written.

**Note**: Our policies do not apply to checks drawn on banks outside the United States, its territories and possessions.

**Determining the Availability of a Deposit**

The length of the delay is counted in business days from the day of your deposit. Every day is a business day except Saturdays, Sundays, and federal holidays. If you make a deposit, or the Bank receives your deposit, before closing (12:00 p.m. EASTERN TIME at an ATM) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a

33

deposit, or the Bank receives your deposit, after closing (12:00 p.m. EASTERN TIME at an ATM) or on a Saturday, Sunday or federal holiday, we will consider that the deposit was made on the next business day we are open. The length of the delay varies depending on the type of deposit and is explained below.

**Same Day Availability**
Funds from electronic direct deposits to your Account (such as Social Security benefits and payroll payments), wire transfers and cash will be available on the day we receive the deposit.

**Next Day Availability**
Funds from the following deposits are available on the first business day after the day of your deposit:
- Federal Reserve Bank checks, Federal Home Loan Bank checks, U.S. Treasury checks, and U.S. Postal Money Orders, if these items are payable to you
- Checks drawn on Flagstar Bank or New York Community Bank
- State and local government checks that are payable to you
- Cashier's, certified, and teller's checks that are payable to you
- Traveler's checks that are payable to you

**The first $225 of a calendar day's total deposits. This $225 is in addition to any funds for which you receive next business day availability as described above.**

**Funds Availability Schedule**

| Type Of Funds Deposited | When Funds Are Available | When Funds Are Available if a Deposit Is Made on a **Monday** |
|---|---|---|
| All checks other than those disclosed elsewhere in this Consumer Funds Availability Policy | $225 at 9:00 a.m. EASTERN TIME on the first business day after the day of your deposit. | Tuesday |
| | Funds up to $5,525 will be available at 9:00 a.m. EASTERN TIME on the second business day after the day of your deposit. | Wednesday |
| | Funds in excess of $5,525 will be available at 9:00 a.m. EASTERN TIME on the seventh business day after the day of your deposit | Following Wednesday |

**Example**
Suppose you deposit an $800 check on a Monday before closing (12:00 p.m. EASTERN TIME at an ATM), you can withdraw or debit the first $225 on Tuesday, and the remaining $575 will be available for cash withdrawal/debit on Wednesday.

**Longer Delays May Apply**
Funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $5,525 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of communications or computer equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available, as required by applicable law. They will generally be available no later than the seventh business day after the day of your deposit.

You should ask a Customer Service Representative if you need to be sure about when a particular deposit will be available for withdrawal.

**Special Rules for a New Account**
If you are a new customer, the following special rules will apply during the first thirty (30) days your account is open.
- Funds from cash, wire transfers to your account and electronic direct deposits to your account will be available of the day we receive the deposits.
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and Federal, State and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you.
- The excess over $5,525 will be available on the ninth business day after the day of your deposit.
- Funds from all other check deposits will be available on the ninth business day after the day of your deposit.

34

**Holds on Other Funds (Check Cashing)**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

**Holds on Other Funds (Other Account)**

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**Items Not Accepted for Deposit or Payment**

Occasionally, a check is given to the Bank which we decide not to accept for deposit or payment because we doubt the collectability of the funds. When this happens, we will return the check to you or send out the check for collection. This is most often done with improperly endorsed checks. In either case, we will notify you promptly.

**Foreign Checks**

Checks drawn on banks outside the United States are normally sent out for collection. We will make the funds available to you after we have received payment for the check. See a Customer Service Representative if your check is drawn on any bank outside of the U.S. Refer to the Fee Schedule for applicable fees. In addition, the bank on which the foreign check is drawn will convert the funds to U.S. dollars at the then applicable exchange rate and may deduct its fees.

**Changes to Our Policy**

If any of the above policies or procedures are changed, a description of the change will be sent to you at least 30 (thirty) days before implementing the change. However, if the change expedites the availability of funds, we may disclose such change up to 30 (thirty) days after implementation of the change.

*Please Note:* Our Funds Availability Policy will not affect our right to charge back your account, or otherwise obtain a refund from you, even after we've made your funds available for withdrawal as that does not necessarily mean that the items have been paid; this is because it may take quite some time for issues (e.g., counterfeits) to be discovered. Our Funds Availability Schedule will not affect the method and manner of interest calculation on interest-bearing Accounts.

# Section VII – Substitute Checks and Your Rights

**What Is a Substitute Check?**

To make check processing faster, federal law permits banks to replace original checks with substitute checks. These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What Are My Rights Regarding Substitute Checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal.

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within ten (10) business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than forty-five (45) calendar days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How Do I Make a Claim for a Refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us toll free at (877) 786-6560. For international callers, call us at (516) 247-7006. You may also write to:

New York Community Bank, a division of Flagstar Bank, N.A.
Attn: Risk Mgmt., NYCB Plaza
102 Duffy Ave.
Hicksville, New York 11801

You must contact us within forty (40) calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. If you tell us orally, we may require that you send us your claim in writing within ten (10) business days.

Your claim must include:
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check and/or the following information to help us identify the substitute check: (identifying information, for example the check number, the name of the person to whom you wrote the check, the amount of the check).

36

**Flagstar Bank, 102 Duffy Avenue, Hicksville, NY 11801**
**(888) 248-6423**
**Terms and Conditions of Your Account**

**1.      Important Information About Procedures for Opening a New Account.** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**2.      Agreement.** This Agreement, your account(s), service(s) provided to you, and any dispute(s) relating to those account(s) and service(s) are governed by applicable federal and state laws, and when not superseded by federal law, the law of the state where your account is located. The state where your account is located is determined by the following:

(a)  If you applied for your account in person at one of our bank branches, your account is located in the state where the branch is located, regardless of the state where you reside;

(b)  If you applied for the account by mail, digitally, or through any other means other than in person at one of our branches and the address you listed on your application is in a state where we had a branch at the time of your application, your account is located in that state. For joint accounts, the address of the first listed account owner is used to determine the state your account is located in;

(c)  In all other cases, your account is located in New York.

In addition to federal and state laws, this Agreement and your account(s) and service(s) are subject to other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing rules (except to the extent the Agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

1.  summarize some laws that apply to common transactions;

2.  establish rules to cover transactions or events which the law does not regulate;

3.  establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

4.  give you disclosures of some of our policies to which you may be entitled or in which you may be interested. If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

If you file any lawsuit or other legal proceeding against us that is connected to or arises in any way from your accounts or services including but not limited to any action arising out of these Terms and Conditions or any dispute you have with us, or any of our officers, directors, employees or agents, you agree to do so in an appropriate court in the state where your account is located or otherwise agreed with you in a specific agreement. If we file any lawsuit or legal proceeding that is connected in any way to your accounts or services, you consent to jurisdiction and venue in an appropriate court in the state where your account is located or otherwise agreed with you in a specific agreement.

English is the controlling language of our relationship with you. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may translate some forms, disclosures, and advertisements into another language. If there is a discrepancy between our English-language and translated materials, the English version prevails over the translation.

As used in this document the words "we", "our", "us", "Bank" and "Flagstar" mean Flagstar Bank and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. The headings in this document are for convenience or reference only and will not govern interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Please familiarize yourself with the information provided, so you will be able to take maximum advantage of the many opportunities and programs available at the Bank. We look forward to continuing to serve you with the high degree of personalized service to which we are committed.

These additional terms are defined below:

"Agreement" means Terms and Conditions, Bounce Protection Enrollment Form, Bounce Protection Overdraft Program, ATM and Debit Card Overdraft Protection Enrollment, Electronic Funds Transfer, Substitute Check and Your Rights, Funds Availability Disclosure, Common Features – Fee Schedule, Privacy Notice and Truth-In-Savings Disclosure.

"Business Day" means Monday through Friday, excluding federal holidays, unless defined elsewhere in the Disclosure Guide. Please review other sections of the Disclosure Guide carefully because Business Day may be defined differently in other sections.

"Calendar Day" means all days in a month including weekends and holidays. Calendar Days are referred to as "day" or "days".

"Balance" means the total amount of funds in your account from Posted transactions. The Balance may include funds that are not yet available for withdrawal under our Funds Availability Disclosure or funds that are "held" for any number of reasons, including for pending transactions.

"Available Balance" means funds in your account that are available for withdrawal. In general, it is your Balance minus any outstanding holds on your Balance. Outstanding holds may include, without limitation: (1) all or part of any check deposit without same-day availability, as noted in the Funds Availability Disclosure; (2) a hold on funds in your Balance resulting from a court order, other legal requirement (for example, levy, garnishment, etc.), or notification of a deposit being returned; and (3) Temporary Debit Authorization Holds. The following are not reflected or included in your Balance or your Available Balance: any checks you have written or ACH transactions you have made or authorized that have not yet Posted to your account; your Bounce Protection limit; and funds from any accounts you have linked to your account for overdraft protection (for example, a Linked Account and/or an overdraft line of credit).

"ATM" means an automated teller machine.

"Item" means any order, instruction or authorization to pay, transfer or withdraw funds or money from your account including, but not limited to, checks, substitute checks, preauthorized drafts, withdrawal tickets, transfers, electronic debits, imaged debits, wire transfers, ATM debits, ACH debits, bill pay debits, photocopy debits, bank generated debits, and debit card point of sale transactions (except as indicated in the Deposits and Night Drop sections of the Terms and Conditions of Your Account and the Funds Availability Disclosure).

"Post" means a debit, deposit, or other credit made to your account during our processing at the end of each Business Day. For example, a debit to your account from a signature-based point-of-sale debit card transaction is not "Posted" until it is paid from your account (this is sometimes referred to as "settled" or a "settlement"). Deposits are "Posted" to your account after we accept and process the deposit, although the deposited funds may not yet be available for withdrawal under our Funds Availability Disclosure.

"Temporary Debit Authorization Hold" means a hold on funds in your account resulting from a merchant's request to authorize a signature-based point-of-sale debit card transaction. Temporary Debit Authorization Holds are not Posted transactions. The amount of a Temporary Debit Authorization Hold will reduce your Available Balance.

"Linked Account" means another account on which you are an owner, such as a savings, money market or checking account, which you requested we link to your checking account for overdraft protection purposes. Certificates of Deposit, Health Savings Accounts, Individual Retirement Account Savings accounts, and Vacation/Holiday Club accounts cannot be a "Linked Account."

"Minor" means an individual under 18 years of age.

"Fee Schedule" means the document titled Common Features-Fee Schedule.

**3.      Liability.** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this Agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the Item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and other joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**4.      Deposits.** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to any of your account(s) the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit whether or not we can return the item or a copy to you.

Rev 2/24

You agree we may charge back to any of your account(s)for the amount of any claim that is made, or lawsuit instituted, against us (even if the claim is made after the expiration of the midnight deadline or is otherwise untimely) by another bank or financial institution, or any other person or entity, under the following circumstances: (i) the claim or lawsuit relates to the circumstances described in the preceding paragraph; (ii) an adverse claim is made to the funds in an account, or a dispute develops with respect to such funds, by a third person (including a claim for refund of a direct deposit), or (iii) any other claim arising under applicable lay, including without limitation the Uniform Commercial Code or Regulation CC, is asserted against us.

In lieu of charging back to your account as stated in the above paragraphs, we may hold an amount equal to the amount of the check or other item, or claim, from any of your account(s)pending a resolution of the claim, release of us, or a final court decision.

You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. We will treat and record all transactions received after our "daily cutoff time" on a Business Day or received on a day we are not open for business, as if initiated on the next Business Day. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements or indorse in our presence. Cash deposits will be subject to the Bank Secrecy Act reporting provisions.

DEPOSIT RECEIPTS AND ERROR CORRECTION - When we accept your deposits, consisting of checks, image replacement documents or other negotiable items, we may provisionally credit your account for the amount declared on your deposit receipt and later verify the accuracy of that amount. If later we determine that an amount declared on a deposit receipt was incorrect, we may debit or credit your account for the difference between the amount declared and the actual amount deposited for up to one year as allowed by Federal Reserve guidelines. We may make any such adjustment without prior notice to you and any adjustments will be reflected on the applicable account statement. We are not required to make any corrections to your account for discrepancies of less than $1.00.

**5.        Withdrawals.** GENERALLY - Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals, may withdraw or transfer all or any part of the Available Balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us. We reserve the right to refuse withdrawals under other justifiable or appropriate circumstances, to protect us or you. In any event, you agree we are relieved of any and all liability for our failure or refusal to honor any item drawn on your account or any other withdrawal instructions. In addition, if any person or entity asserts that a dispute exists, we are not required to determine whether that dispute has merit in order to refuse to honor the item(s) or withdrawal instruction(s). We may attempt to contact you by telephone, e-mail, or text message about certain checks or other Item(s) or debits presented for payment against your account.

POSTDATED CHECKS - A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received a written notice of the postdating in time to have a reasonable opportunity to act at:

Flagstar Bank, N.A., Attn: Branch Administration, 102 Duffy Avenue, Hicksville, NY 11801

Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the account number, check number, date, amount and payee of the Item. If you do not submit a written request to this address and a check is presented to us for payment before its date, or if you submit a request, but the check is presented to us before we can take the necessary steps to honor the request, we may, at our discretion, pay the check or may return it unpaid.

CHECKS AND WITHDRAWAL RULES - If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. Checks printed by a source other than our third-party vendor may not be read accurately. You acknowledge that we will not be liable to you for any misread checks resulting from checks purchased by you from an unauthorized third-party vendor.

We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We may refuse any withdrawal or transfer request if our computer system is not available, if we have any concern over the authority or identity of the persons involved in transaction or are suspicious of the transaction. In addition, we may place limitations on the account until your identity is verified. Even if we honor a nonconforming request, we are not required to do so later. When we accept your checks or other negotiable Items, we may debit your account for the written amount rather than the numeric amount, though we reserve the right not to do so in every case.

If we are presented with an Item drawn against your account that would be a "substitute check", as defined by law, but for an error or defect in the Item introduced in the substitute check creation process, you agree that we may pay such Item. Payment of forged or fraudulent Items that could not be detected by a prudent person is not failure to exercise ordinary care. We are not liable for wrongful dishonor of suspect Items or for errors made in dishonoring Items.

See the Funds Availability Disclosure for information about when you can withdraw funds you deposit. For those accounts to which our Funds Availability Disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item.

MULTIPLE SIGNATURES - We are not required to comply with any multiple-signature requirement, even if your signature card specified that multiple signatures are required, or you have otherwise instructed us to do so. This requirement is for your internal control purposes only and is not binding on us; we may disregard any instructions requiring more than one signature and we have no duty to enforce such internal requirements. This means that we may act on the oral or written instructions of any one signer on the account to make withdrawals, write checks, transfer funds, stop payments, obtain/provide ancillary services (e.g. electronic fund transfer services or wire transfers), and act on any other instructions concerning your account, and because of our use of automated systems to process checks and other

items, we cannot compare signatures or determine a dual signature requirement is being violated. We will not be liable to you if we pay out funds from your account if the Item is signed or authorized by any one of the persons authorized to sign on the account, regardless of whether or not you require more than one signature.

ELECTRONIC CHECK CONVERSION, AND SIMILAR TRANSACTIONS - An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions, the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on it.

NOTICE OF WITHDRAWAL – We reserve the right to require no less than 7 days' notice in writing before each withdrawal from a savings or money market account. (The law allows us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. The penalty amount will be stated in a separate disclosure or confirmation for the time account.

**6.        Ownership Of Account And Beneficiary Designation.** These rules apply to this account irrespective of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as to how they determine to whom we pay the account funds. Unless stated otherwise below, we do not maintain a separate record of each joint owner's net contributions to the account (as "net contributions" may be defined by applicable law), or of each joint owner's interest in, contributions to, withdrawals from, pro rata share of interest in the current balance, or other use of the account. We may act on instructions from any joint owner (or any joint owner's agent, attorney in-fact, or other representative) without another joint owner's consent. This includes, but is not limited to, instructions to withdraw or transfer funds, make payments, close accounts, or any set off processed according to Section 17 Setoff of this agreement. You agree not to use it this account for business purposes.

INDIVIDUAL ACCOUNT is an account in the name of one person.

JOINT ACCOUNT - WITH SURVIVORSHIP (AND NOT AS TENANTS IN COMMON) is an account in the name of two or more persons. Each of which intend that when they die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If there are two or more survivors, each survivor will own the balance in the account as joint tenants with survivorship and not as tenants in common.

INDIVIDUAL OR JOINT PAY-ON-DEATH ACCOUNT OR REVOCABLE TRUST (SUCH AS A TOTTEN TRUST) is an account that is payable on the account owner's death (or the death of the last surviving co-owner) to one or more beneficiaries named by the owners of the account. If two or more account owners create an account, they own the account jointly with survivorship. A beneficiary cannot withdraw the account's funds unless (i) all of the account's owners die, and (ii)the beneficiary is then living.

If two or more beneficiaries are named and survive the death of all the account's owners, such beneficiaries will own the account's funds in equal shares, without right of survivorship. Any such beneficiary may request his/her share of the account balance at any time if all account owners are deceased. In order for a transfer to a beneficiary to take place, we may require specific documents (e.g., death certificate, Estate Tax Waiver) prior to releasing account funds to the survivor(s).

Rev 2/24

Any account owner may (i) change beneficiaries at any time by providing us with prior written notice, (ii)change account types, and (iii)withdraw all or part of the account funds at any time.

**7.    Stop Payments.** You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. To be effective, your stop payment order must precisely identify the number, date and amount of the check and/or ACH, and the payee. You may stop payment on any check and/or ACH drawn on your account whether you sign the Item or not. Our stop-payment cutoff time is one hour after the opening of the next Business Day after the Business Day on which we receive the check and/or ACH.

Stop Payment Orders for Checks will remain in effect until the earlier of (1) until you withdraw the stop payment order, (2) until payment of the Item has been stopped or (3) for six months after the date accepted and will automatically expire after that period unless renewed in writing. Stop Payment Orders for ACH Preauthorized Payments will remain in effect until the earlier of (1) until you withdraw the stop payment order, (2) the return of the debit entry, or (3) where a stop payment order is applied to more than one debit entry under a specific authorization involving a specific originator, the return of all such debit entries. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

We will cancel a stop payment order you have placed only with your written authorization. We will not honor verbal cancellations of stop payment orders.

PLACING A STOP PAYMENT ON BANK CHECKS, CASHIER'S CHECKS AND CERTIFIED CHECKS - Generally, we will not accept or honor stop payments on Bank, Cashier's or Certified Checks unless the item has been lost, stolen or destroyed and you follow our rules and procedures. In certain limited situations, we will accept a stop payment order on a Bank, Cashier's or Certified Check. The stop may be placed by the buyer or drawer and will only be accepted if the party requesting the stop provides us with sufficient information to enable us to identify and stop the item prior to payment. In certain instances, the payee or drawer must provide us with a surety bond for the check or affidavit of non-receipt, when applicable, and the party requesting the stop must complete an affidavit provided by us stating, among other things, that either the check was destroyed, is lost, was stolen, or is in the possession of someone who cannot be located or who cannot be served with legal process. We may also require you to file a police report and prosecute.

Ninety days after the date the stop request is entered on our records, provided no other party has made a claim to the proceeds of the check, we will reimburse the amount of the check to the drawer who placed the stop and have no further liability for the item. We will not honor any request (verbal or otherwise) to cancel a stop placed on a Bank Check, Cashier's Check or Certified Check.

**8.    Telephone Transfers.** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. All our deposit account holders have automatic authorization to use the 24-Hour Telephone Banking System for inquiries on account balances and other select functions. A request must be submitted for the allowance of transfers between accounts with like ownership. You are solely responsible for the selection and confidentiality of your security code used with the 24-Hour Telephone Banking System.

Written notification is mailed to the account holder each time a change is made to the security code. If you feel your security code has been compromised in any way, contact one of our representatives at (888) 248-6423. You further understand that you must report to us any unauthorized transfer to or from the account, in accordance with time requirements as set forth in this document and the Electronic Funds Transfer Disclosure. We have no responsibility to contact you prior to executing a transfer beyond the detailed description on your monthly account statement. We shall not be liable for any damages, including consequential damages, should a transfer not occur and items are subsequently returned or paid, whether for inadvertence, negligence or oversight. Transfer authority will begin within five (5) Business Days after receipt of your properly completed application and will remain in full force and effect until revoked in writing. We shall be given reasonable opportunity to act upon termination instructions. Other account transfer restrictions may be described elsewhere.

**9.    Amendments and Termination.**
AMENDMENTS- We may change this Agreement at any time without prior notice unless prohibited by law. Changes may include deleting or modifying existing terms or rates or the addition of a new term or fee not otherwise contemplated when you opened your account. If required by law, we will give you advance notice. Such notice will be in writing or by any other method permitted by law or to which you have agreed. If your account remains open after the effective date of any change, you agree to the new term(s). This means if you wish to reject a change, you must close your accounts before the effective date of change. There is no penalty or fee for closing an account in order to reject a change in terms.

TERMINATION - We reserve the right to close your account at any time and for any reason, without advance notice. Examples of reasons that may result in the closing of an account include but are not limited to: (i) receipt of information that you improperly handled a prior banking relationship; (ii) your failure to provide a Tax I.D. Number; (iii) improper handling of your account; (iv) account inactivity, or; (v) undeliverable statement or mail. We may also close your account following three consecutive months in which your account has no Balance (has no funds). If we close your account, funds and accrued interest less any fees, claims, setoffs, or other amounts due will be returned to you personally or by mail to the address on our records. We have the right to advise consumer reporting agencies and other third-party reporting agencies of accounts closed for misuse, such as kiting. The closure of your account may also remove access devices associated with the account.

You may close your account at any time by providing notice to us and signing such forms as we may require, provided that among other reasons, the funds on deposit are not being held as a result of legal action or uncollected deposited checks. When you close your account, you are responsible for ensuring there are no outstanding Items to be paid from the account and that all automatic transfers to and from the account are cancelled. Items presented for payment or deposit after your account is closed may be dishonored and returned. If Items are presented after your account is closed that we cannot dishonor or return, you authorize us to reopen your account to process the transaction; you remain responsible to us for any Items that are processed in such manner. We are not liable for any loss or damage that results from dishonoring any Items after your account has been closed or from reopening your account under the conditions listed here. Closing your account does not relieve you of any responsibility for any fees or other obligations incurred before closing. Refer to the Fee Schedule for any charge in connection with the closing of an account.

**10.    Notices.** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other Item, you must give us sufficient information to be able to identify the check or Item, including the precise check or Item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Unless prohibited by applicable law, written notice may be provided to you in electronic form, subject to your consent and compliance with other applicable provisions of the Electronic Signatures in Global and National Commerce Act (E-Sign Act) (15 U.S.C. 7001 et seq.). Written notice we give you electronically is effective when it is sent to the cellular phone number or email address we have on file or populated to your online banking profile. Notice to any of you is notice to all of you.

**11.    Statements.** The statement for the account will identify the merchant, financial institution or electronic terminal at which Electronic Funds Transfers were made, but sales, cash withdrawals, credit vouchers or other slips you sign or receive cannot be returned with the statement. You will retain the copy of such slips furnished at the time of the transaction in order to verify the statement.

YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES, ALTERATIONS AND FORGERIES - You must examine your statement of account with reasonable promptness. If you discover (or reasonably should have discovered) any unauthorized transactions, fraudulent activity, forgeries, alterations, missing deposits, or any other errors (all such activity referred to as "Errors"), you must promptly notify us of the relevant facts. Error includes, by way of example, but not limited to: (i) an unauthorized or missing drawer's signature; (ii) an alteration (such as a change in the name of the payee or amount); (iii) an unauthorized or missing endorsement; (iv) debiting of your account based upon a check or item you have written for an incorrect amount; (v) failure to credit a deposit to your account; or (vi) unauthorized transfer. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer. You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 60 days from when the statement is first sent or made available to you. We are not responsible, and you assume the risk for, any statement or notice that is lost in the mail and not received by you. See the section entitled "Change of Address" for your obligations to notify us of any change in address or non-receipt of statements or notices.

You further agree that if you fail to report any Errors within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any Items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

If you have provided us with timely notice of the Error, under the paragraphs above, and we refuse to reimburse you for the alleged loss, you must also commence any legal action or proceeding against us within one year after the statement or items are made available to you if the Error consists of your unauthorized signature on or any alteration on the item. If the Error

consists, however, of your unauthorized endorsement on the item, you must commence any legal action or proceeding against us within three years after the cause of action accrues. Your failure to so act within these time periods bars any action against us based on such unauthorized signature, alteration, and unauthorized endorsement Errors.

ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers notice and the sections titled Unauthorized Transfers and Error Resolution Notice.

**12.       Account Transfer.** This account may not be transferred, pledged, assign without our prior written consent. An account is not considered transferred if ownership of the account changes due to circumstances relating to: death, bankruptcy, marriage, divorce, judicial attachment, incompetence or other legal means; or if it is reissued by us in another's name.

**13.       Statement Delivery.** We will note all your deposits and withdrawals in our records. Our records will be binding upon you if there is a discrepancy in the account Balance. We will provide a periodic statement, which will contain a record of all transactions during that period. We will mail or electronically deliver a monthly statement when an Electronic Funds Transfer occurs; otherwise we will deliver a quarterly statement.

COMBINED STATEMENTS - You may choose to combine your account statements for accounts where you are the primary owner, at our discretion. The statement cycle of the combined account may be changed to match the primary account cycle.  Combined statements will be mailed to the name and address noted in our records for the primary owner of the primary account. Eligible accounts having a joint owner who is not an owner of the primary account (a "third owner") may also be included in the combined statement. You acknowledge and understand information pertaining to the primary or combined account may be accessed by a third owner not associated with the primary or combined account.

You agree that when you or another owner or authorized signer of your account(s) or service(s) link your account(s) or service(s) to another account(s) or service(s) on which another person(s) is an owner, authorized signer or authorized user, or you authorize payment to or from your account by, from or to a third party, you are deemed to give permission for disclosure of information regarding your accounts and service(s) including, without limitation, transaction, balance and account number information to such other person, their other authorized representatives, or to any other person who could lawfully obtain information about such person.

Note: Accounts enrolled in electronic statement delivery by any account owner are not eligible to be combined.

**14.       Direct Deposits.** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from any of your account(s), without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**15.       Temporary Account Agreement.** If the account documentation indicates this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**16.       Overdrafts and Non-Sufficient Funds**. This section only applies to accounts not enrolled in Bounce Protection. If you choose to enroll in Bounce Protection, the provisions of the Bounce Protection Overdraft Program Terms and Conditions will replace this section of the Terms and Conditions of Your Account. If you subsequently choose to remove Bounce Protection from your account, the provisions of this section will be reinstated. See Bounce Protection Overdraft Program Terms and Conditions for details applicable to accounts enrolled in Bounce Protection. If an Item exceeding your Available Balance is presented for payment, we may, at our discretion, pay the Item (this would be considered an overdraft transaction) or return or decline the Item at the point of sale (this would be considered a non-sufficient funds transaction). Your account is overdrawn when your Available Balance is less than zero. If your Available Balance continues to be negative by any amount for 60 consecutive days, we will close your account and may assess a Charge-Off Fee. We do not assess a fee for overdraft or non-sufficient funds transactions posted to accounts not enrolled in Bounce Protection.

Subject to the Exception for Small Amounts, Exception for Authorized Positive Transactions, and Exception for Intraday Deposits detailed below, Items that, if paid, would cause your account to exceed your Available Balance will be returned unpaid. You understand that we may, at our discretion, honor Items presented that overdraw your account or continue to overdraw your account. The fact that we may honor Items presented that overdraw the account does not obligate us to do so later. You can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. Please note that we rely on how the merchant codes a debit-card transaction to determine whether it is a "one-time" or "recurring" transaction and will not perform an independent review.

EXCEPTION FOR SMALL AMOUNTS - We will not return an item unpaid or charge you an Overdraft Charge if your account is overdrawn $10.00 or less after we finish the process of Posting all debits and credits to your account on a Business Day.

EXCEPTIONS FOR AUTHORIZED POSITIVE TRANSACTIONS - We will not charge you an Overdraft Charge for ATM or one-time debit card transactions when the Available Balance in your account is greater than or equal to the ATM or one-time debit card transaction at the time it is authorized (Temporary Debit Authorization Hold is placed).

EXCEPTION FOR INTRADAY DEPOSITS - We do not assess Overdraft Charges until after 9 p.m. ET on each Business Day, which allows us to complete the process of Posting all debits and credits received by 9 p.m. ET. This is important to you because it allows you to avoid an Overdraft Charge or non-sufficient funds transaction by making a Qualifying Overdraft Deposit (defined below) by 9 p.m. ET on the same business day.

To be a "Qualifying Overdraft Deposit", the deposit must be: (1) of funds with same-day availability under our Funds Availability Disclosure; (2) in an amount set forth in the next paragraph; (3) made to the overdrawn account; and (4) if the deposit will include cash or check, made at any of our branches up to the daily closing time of the branch on that Business Day, or at a full-service ATM located on the premises of one of our branches by 9 p.m. ET. A

"full-service" ATM is an ATM that accepts deposits in addition to dispensing cash.

If Items exceeding your Available Balance were paid, the Qualifying Overdraft Deposit must be in an amount that, when all debits and credits to your account for that Business Day have been Posted, results in your Available Balance being overdrawn by no more than $10.00.

A deposit made after 9 p.m. ET on a Business Day or made on a day that is not a Business Day is deemed to be made on our next Business Day.

This means we may determine whether your Available Balance is sufficient to pay an Item at any point between (1) the time the Item is presented to us or we receive notice regarding the Item and (2) the time the Item is paid or returned. We are not required to make this determination more than once. Generally, a subsequent determination cannot be made for ATM and one-time debit-card transactions. Please note that we rely on how your merchant codes a debit-card transaction to determine whether it is a "one-time" or a "recurring" transaction and will not perform an independent review.

EXAMPLE: Suppose that your account has an Available Balance of $100 and an ACH debit for $200 is presented to us for payment at 9 a.m. ET Monday. The ACH debit would initially be scheduled to be returned unpaid because it exceeds your Available Balance. Suppose you then deposit $90 cash by 9 p.m. ET. The deposit would result in an Available Balance of $190.  We would then apply the rejected ACH.  Because your Available Balance would be sufficient to pay the transaction under the Exception for Small Amounts, the ACH debit would be paid resulting in a $-10 Available Balance. No Overdraft Charge would be assessed.

You can also avoid overdraft and non-sufficient funds transactions by setting up a Linked Account.

If you would like information on adding a Linked Account to avoid overdraft and non-sufficient funds transactions, call (888) 248-6423 or visit one of our branches.

ADDITIONAL FEES - A Charge-Off Fee may apply. Please refer to the Fee Schedule for applicable fee amounts, parameters and exclusions.

**17.       Temporary Debit Authorization Holds.** This section only applies to accounts not enrolled in Bounce Protection. If you choose to enroll in Bounce Protection, the provisions of the Bounce Protection Overdraft Program Terms and Conditions will replace this section of the Terms and Conditions of Your Account. If you subsequently choose to remove Bounce Protection from your account, the provisions of this section will be reinstated.  See Bounce Protection Overdraft Program Terms and Conditions for details applicable to accounts enrolled in Bounce Protection.

Purchases made  using your Flagstar Bank debit card or ATM card are subtracted from your designated Flagstar Bank account. PIN based transactions generally are settled the same day. Signature based transactions, on the other hand, may take longer to settle. A Temporary Debit Authorization Hold is frequently placed on funds in your account when you use your debit card over a credit-card network (generally when you do not enter a PIN). The merchant where you use your debit card requests the Temporary Debit Authorization Hold, and later sends the debit card transaction to us for payment. The merchant controls the amount of the Temporary Debit Authorization Hold, not us. The Temporary Debit Authorization Hold will not necessarily be for the same amount as the transaction eventually presented to us for payment and Posted to your account. The amount of the Temporary Debit Authorization Hold may be more than the actual amount of your purchase. Some common transactions

Rev 2/24

where this occurs involve purchase of gasoline, hotel rooms, or meals at restaurants.

A Temporary Debit Authorization Hold reduces your Available Balance until the Temporary Debit Authorization Hold is released. This is important to you because if an Item exceeding your then-existing Available Balance is presented to us for payment, we may decline or return the item unpaid. We may decline or return the item unpaid even if the amount of the Temporary Debit Authorization Hold is more or less than the amount of the Item giving rise to such Hold. Most Temporary Debit Authorization Holds are released in one of two ways: either (a) when the transaction is presented to us for payment, the Temporary Debit Authorization Hold is released, the amount is returned to your Available Balance, and the transaction is then immediately Posted to your account; or (b) if the transaction is not presented to us for payment after 48 hours of the Temporary Debit Authorization Hold being requested, we will automatically release the Temporary Debit Authorization Hold and the funds will be returned to your Available Balance. Under the second scenario, keep in mind the transaction may still be presented to us for payment and Posted to your account despite the release of the Temporary Debit Authorization Hold.

Remember that we may decline or return an Item exceeding your Available Balance unpaid at the time the Item is presented for payment, unless an exception applies.  For instance, an Item exceeding your Available Balance would not be returned unpaid if the Exception for Authorized Positive Transactions, Exception for Small Amounts, or Exception for Intra-Day Deposits (described above in Section 16) applies.

EXAMPLE:

▪ Your account has an Available Balance of $100 at the beginning of Day 1.

▪ On Day 1, you swipe your debit card at a merchant to buy $50 worth of groceries (Transaction A), the merchant requests a Temporary Debit Authorization Hold for $50 and we place the requested hold.

  • This reduces your Available Balance to $50.

▪ On Day 2, a check you wrote for $75 is presented to us for payment (Transaction B). Even though the check exceeds your Available Balance, we return the check unpaid and will not assess a fee for the non-sufficient transaction.

  • Your Available Balance remains at $50.

▪ Later, on Day 2, a check you wrote for $60 is presented to us for payment (Transaction C). Because the check did not exceed your Available Balance by more than the Exception for Small Amounts (see above), we pay it and will not assess a fee for the overdraft transaction.

  • This reduces your Available Balance to -$10.

▪ On Day 3, the Temporary Debit Card Authorization Hold for the grocery purchase is released and the funds are returned to your Available Balance.

  • This increases your Available Balance to $40.

▪ Later, on Day 3, you withdraw $30 at an ATM (Transaction D).

  • This reduces your Available Balance to $10.

▪ On Day 4, the merchant from Transaction A submits your $50 debit-card transaction to us for payment. Because your Available Balance was at least $50 when we authorized the transaction and the Temporary Debit Authorization Hold was placed on Day 1 (see Exception for Authorized Positive Transactions above), we will pay Transaction A, and we will not assess a fee for the non-sufficient funds transaction.

  • This reduces your Available Balance to $-30.

| Timing | Transaction Description | Transaction Amount | Available Balance |
|---|---|---|---|
| Day 1 | Starting Balance | | $100.00 |
| Day 1 | Temporary Debit Authorization Hold- Grocery Merchant (Transaction A) | -$50.00 | $50.00 |
| Day 2 | Check (Transaction B) | -$75.00 | -$25.00 |
| Day 2 | Check – (Transaction B) – returned unpaid | -$75.00 | -$50.00 |
| Day 2 | Check – (Transaction C) | -$60.00 | -$10.00 |
| Day 3 | Temporary Debit Authorization Hold Released after 48 hours – (Transaction A) | $50.00 | $40.00 |
| Day 3 | ATM Withdrawal (Transaction D) | -$30.00 | $10.00 |
| Day 4 | Grocery Merchant (Transaction A) | -$50.00 | -$30.00 |

18.     **Setoff.** We may (without prior notice and when permitted by law) set off the funds in any of your account(s) against any due and payable debt any of you owe us now or in the future. This right of setoff does not apply to this account if prohibited by law.

If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date. If a debt is owned by a beneficiary to this account, we may reduce that beneficiary's share of the account balance by the amount owed at any time if all account owners are deceased.

We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

For Indiana residents only: all joint depositors specifically agree that the provisions of Indiana Code 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each joint depositor, shall not apply to any charge to an account under this section, and we shall have the right to deduct from any such account the amount of any due and payable debt to us from any joint depositor up to and including the entire balance of any such account without regard to the contribution to the account.

For New Jersey residents only: You agree we will not be liable for payments made pursuant to the Multiple Party Deposit Account Act of the State of New Jersey, N.J.S.A. 17:16I et seq. (P.L. 1979, c.491) ("The Act"). Any Multiple Party Account ("joint", "in trust for" or "P.O.D." Accounts) may be paid, on request, to any one or more of the parties.

19.     **Authorized Signer.** You or any other owner of the account may appoint an authorized signer to the account. One way that an authorized signer can be appointed is through a power of attorney. A power of attorney (or other designation of an authorized signer) must be acceptable to us in our discretion, and we may refuse to honor a power of attorney unless prohibited by law. We may require the authorized signer to present the original power of attorney (not a copy) and may require the authorized signer to confirm that the power of attorney has not been revoked or terminated.

You do not give up any rights to the account by appointing an authorized signer. The authorized signer may not affect your rights or any beneficiary's rights, except as may occur by transacting on the account.

You are responsible for any transaction of an authorized signer. We undertake no obligation to monitor transactions to determine that they are on your behalf. We may pay any funds on deposit in the account to an authorized signer or at an authorized signer's request.

You may remove an authorized signer that you appointed at any time. However, we may continue to recognize the authority of the authorized signer (for example, by honoring the authorized signer's transactions) until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act upon it. In addition, the authorization is automatically terminated upon death of the individual who appointed the authorized signer.

We may refuse to accept the designation of an authorized signer.

20.     **Disputes.** Sometimes we are brought into the middle of a dispute between account holders or authorized signers over an account or a dispute between account holders or authorized signers claiming to be owners of, or the person entitled to control or withdraw funds from, a deposit account. When we know or suspect that this is happening, we may choose any of the following courses of action:

• We may ignore instructions (such as an instruction by one account holder or authorized signer not to honor items or other withdrawal orders by another account holder or authorized signer) for the account unless all account holders or authorized signers sign the withdrawal, deposit, check or instructions;

• We may freeze the account and withhold payment from all of you until we receive written proof (in a form and substance satisfactory to us) of your right and authority over the account and its funds;

• We may require that all account holders or authorized signers sign any instruction, check, item or other withdrawal order even though the signature card for the account does not require all those signatures to authorize a withdrawal. If your account is a power of attorney account, we may require approval of the principal, or if a trust account, we may require approval of other trustees or the beneficiary(ies);

• We may return checks or other items, marked *"Refer to Maker"* (or similar language), or we may *"restrict"* the account, until satisfactory evidence has been received by us confirming your right or authority over the account or that the dispute has been resolved, or we may close the account and issue a single cashier's check for the account balance jointly payable to all account holders, and we may mail or deliver that check to any one of the account holders;

• We may request instructions from a court of competent jurisdiction at your expense regarding the ownership or control of the account;

• At our discretion and without liability to us, we may or may not continue to honor checks, withdrawals or other instructions given to us by any individual(s) with actual, implied or apparent authority on our records to access the account;

• We may deposit the account balance with the clerk of a court in connection with an interpleader action we bring or in response to a court action naming us as a party. The court would then decide who is entitled to the funds. If we make an interpleader deposit with the court, the court may be asked to award us our costs, including attorney's fees (including in-house attorney fees), which may be payable out of the deposit;

• We may close your account; or

- We may take any other action we believe to be reasonable under the circumstances even if the action is not listed here.

The existence of the rights set forth above shall not impose an obligation on us to assert such rights or to deny a transaction.

**21. Restrictive Legends or Indorsements.** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement.

**22. Posting Order of Items & Credits.** The order in which Items are paid is important if there is not enough money in your account to pay all of the Items that are presented. The posting order can affect the number of Items exceeding your Available Balance resulting in overdraft transactions or non-sufficient funds transactions and the amount of the fees you may have to pay. The order we pay your Items may create multiple overdraft and/or nonsufficient funds transactions in a Business Day and you will be charged the applicable fees for overdraft transactions, unless otherwise noted in the Terms and Conditions of Your Account. We encourage you to make careful records and practice good account management. Record every transaction and keep a running total of your Available Balance and Balance and leave extra funds available for potential charges. This will help you to avoid creating Items without sufficient funds and potentially incurring the resulting fees. To assist you in managing your account, we are providing you with the following information regarding how we process those Items and credits.

Our policy is to process all Items and credits in the order they are received, subject to the following conditions. When Items or credits are received at the same time within the same file, credits will be processed first. Wire transfers, phone transfers, online banking transfers, in branch transactions, ATM transactions, debit card transactions, ACH transactions, bill pay transactions, and Items we are required to pay, such as returned deposited items, are processed next (but not necessarily in that order) as they occur on their effective date for the Business Day on which they are processed. Checks and similar Items are processed in batches and in the order in which they are received, for the Business Day on which they are processed. We reserve the right to change the order of payment without notice to you if we suspect fraud or possible illegal activity affecting your account.

**23. Facsimile Signatures.** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor Items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders or Items, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. We will not be liable to you if use of the Facsimile Signature Device (or similar device utilized to affix your signature) was unauthorized. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**24. Stale-Dated Checks.** We are not obligated to, but may at our option, pay a check, other than a certified check, presented for payment more than six months after its date. If you do not want us to pay a stale-dated check, you must place a stop-payment order on the check in the manner we have described elsewhere.

**25. Indorsements.** We may accept for deposit any Item payable to you or your order, even if it is not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine. To ensure that your check is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1 1/2" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable. As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1 1/2" of that edge.

You will be liable to us for any losses, claims, damages, expenses and delays caused by any restrictive or conditional endorsement or other qualifying words on the back or front of a check that makes a bank's endorsement illegible or attempts to limit the negotiability of the check.

**26. Unclaimed Property.** Your property may be transferred to the appropriate state if no activity occurs in the account or if you have not taken any other action permitted under applicable state law, within the time period specified by, and under the procedures established by state law. Generally, the funds in your account are considered unclaimed if you have not had any activity or communication with us regarding your account over a period of years. If your funds are surrendered to the state, you may be able to reclaim them, but your claim must be presented to the state. Once your funds are surrendered, we no longer have any liability or responsibility with respect to the funds. We may assess a fee for escheated accounts, where permitted by state law.

Ask us if you want further information about the period of time or type of activity that will prevent your account from being unclaimed.

**27. Death or Incompetence.** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, other Items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) Business Days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**28. UTMA Accounts.** Under the Uniform Transfers to Minors Act ("UTMA"), the funds in the account are owned by the Minor child who has unconditional use of the account when he or she reaches the age of majority, depending upon the law of the state where the Account is opened, unless otherwise agreed or required by UTMA. Before that time, the account may be accessed only by the custodian (or successor custodian), and the funds must be used for the benefit of the Minor. The custodian cannot pledge the custodial account as collateral towards any personal loan to the Custodian. We, however, have no duty or agreement whatsoever to monitor or insure that the acts of the custodian (or successor custodian) are for the child's benefit. We are not responsible to monitor age or eligibility for an UTMA account, even though our records may include the Minor's date of birth. It is the custodian's responsibility to properly distribute the funds in the account upon the Minor's death or attainment of the age of majority. The Bank shall not be liable or responsible at any time for the acts or omissions of the custodian or the application of funds withdrawn from the Account by or at the direction of the custodian. For this type of account, the child's tax identification number is used for the Backup Withholding Certification. Annual Tax statements (IRS Form 1099) are reported under the minor's Social Security Number and such number, under law, must be provided to the Bank when the Account is opened.

**29. Fiduciary Accounts.** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**30. Credit Verification.** By completing a deposit account opening application or signing up for additional services, you certify that the information you provide is true and accurate. You agree that we may verify identification information, credit, and employment history by any necessary means, including preparation of a credit report by a credit reporting agency. We may do so at the time you apply for and/or open an account, request a service, at any time while your account is open, or the service is available, or after your account or service is closed if you owe us any amounts related to your account or service and we may use such information for any purpose, except as prohibited by law.

**31. Withholding of Income Tax.** Unless you are exempt under federal law, we are required to withhold a portion of your taxable interest and certain other payments (this is referred to as backup withholding) if: (1) you fail to supply us, under penalties of perjury, with your correct taxpayer identification number (TIN); (2) you fail to provide us with the required certified information; (3) the IRS instructs us to withhold; or (4) the IRS notifies you that you are subject to backup withholding. You must provide your TIN whether or not you are required to file a tax return. You also must certify that you are not subject to backup withholding.

We may report interest and other payments to you to the Internal Revenue Service (IRS), along with your TIN.

We may refuse to open, and we may close, any account for which you do not provide a certified TIN, even if you are exempt from backup withholding and information reporting. To avoid possible erroneous backup withholding, an exempt payee should furnish its TIN and indicate on the signature card that it is exempt.

Non-resident aliens and foreign entities that are not subject to information reporting must certify their exempt status by completing an appropriate IRS certification form (e.g., W-8 BEN, W-8 BEN-E, etc.) and by providing any other information and/or certifications requested by the Bank in order to verify their foreign status. Non-resident aliens and foreign entities may be required to certify their exempt status every three years (or earlier upon request) to avoid backup withholding.

In addition, certain foreign entities may be required to provide additional information under the Foreign Account Tax Compliance Act (FATCA), and under FATCA the Bank may be required to withhold on certain payments.

You may be subject to civil and criminal penalties if you fail to provide us with a correct TIN or falsify information with respect to withholding. For additional information on interest reporting and withholding, contact your tax advisor or the IRS.

**32.      Changing Account Products.** We may change your account to another product offered by us at any time by giving you notice that your account will be changed to another product on a specified date. If your account is a time account, the changes to your account terms will not occur before the next maturity date of your account. If you do not close your account before the date specified in the notice, we may change your account to that other product on the date specified in the notice.

**33.      Legal Actions Affecting Your Account.** Legal actions include a writ of attachment, execution, garnishment, tax withholding order, levy, restraining order, subpoena, warrant, injunction, government agency request for information, search warrant, forfeiture or other similar order. We may accept and comply with legal process that we reasonable believe to be valid that is served in person, by mail, by facsimile transmission, or by other means. You may have rights to contest such process on your own behalf under applicable law; the Bank has no obligation to ascertain or assert such rights.  Any such legal process is subject to the Bank's security interest and the right of setoff. The Bank will not notify you of a grand jury subpoena affecting you or your account. Any fees or expenses the Bank incurs in responding to any such legal process may be charged against any account you maintain with the Bank. We may, but are not required to, send a notice to you of the legal process.  The Bank will not pay interest on any funds that are held pursuant to legal process.  You understand and agree that the Bank will not be liable for dishonoring checks, drafts, or other items because of insufficient funds in your account due to a hold or freeze placed on your account or resulting from levies, garnishments, lien claims, or other legal processes.  If the legal process directs us to release information about one or more, but not all, accounts reported on a combined statement, we may release the combined statement.  If the legal process directs us to release information only from a certain timeframe, we may release the entire statement or other record that contains information within the requested timeframe even if it includes information outside the directed timeframe. If the legal process requests information about one or more, but not all, account owners or co-signers, we may release information about all of the co-signers on the account and all accounts owned by such persons. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**34.      Account Inquiries.** We may answer inquiries about our relationship and experience with you unless the inquiry is prohibited by applicable law. You authorize us, in our sole discretion, to provide funds availability verification upon oral (including telephone) or written inquiry, made by a person whom we, in good faith, believe to be the payee or other holder of a check that you have written, regarding sufficient funds to cover the check. This provision does not obligate us to verify funds availability and we can refuse to verify such availability without cause and without giving you prior notice, even if we have honored similar requests on prior occasions, for the same person or other persons. We shall have no liability to you based upon any claim that we did or did not provide such information.

**35.      Check Processing.** The use of the term "items" in this section is limited to those Items that are received by us with magnetic ink character recognition ("MICR") information capable of being processed through the use of our automated systems. Our automated systems are calibrated to review checks formatted and printed by our third-party vendor by relying solely on the information encoded in magnetic ink along the bottom of the items. Using an automated process helps us keep costs down for you and all account holders. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

If we do visually review any check or other item, we may disregard any restrictive instructions or notations, such as an instruction to permit withdrawals only upon more than one signature. We may return the item unpaid if, in our opinion, it does not bear a signature matching any specimen signature we have on file for your account. You agree, however, that we will not be liable to you for honoring any checks or other item bearing a signature that, in our sole opinion, resembles the specimen signature on file with us.

**36.      Check Cashing.** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or Item written on your account. We may also require reasonable identification to cash such a check, draft or Item. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**37.      Security.** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which* looks like and functions like an authorized check. If you furnish your account number or electronic access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized. Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some* of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

**38.      Remotely Created Checks.** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection:

1.      you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check;

2.      you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask;

3.      if a check is returned you owe us the amount of the check, regardless of when the check is returned which shall be payable to us immediately and without demand;

4.      you are liable if you are giving routing and account numbers;

5.      if you deposit a remotely created check, you give warranties to the bank and subsequent financial institutions; and

6.      you agree to indemnify and hold us harmless from all loss, expense (including attorneys' fees) and liability related to a claim that such draft or remotely created check was not authorized by the person on whose account it was drawn.

We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance. We may refuse to honor remotely created checks without cause or prior notice, even if we have honored similar items previously.

**39.      Telephonic Instructions.** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**40.      Monitoring and Recording Telephone Calls and Consent to Receive Communications.** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation. To provide you with the best possible service in our ongoing business relationship for your account, we may need to contact you about your account from time to time by telephone, text messaging or email.

You authorize us to contact you regarding any of your accounts with us using any telephone numbers or email addresses you have previously provided to us or you may subsequently provide to us as authorized by applicable law and regulations. This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device. If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

Your authorization does not provide us permission to contact you through the use of text messaging, pre-recorded or artificial voice messages or automated dialing devices for telemarketing purposes, unless documented elsewhere.

**41.      Claim of Loss.** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your

account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**42.    Address or Name Change.** You are responsible for promptly notifying us of any change in your mailing address or your name.

Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders (a written change of address request includes requests initiated through Online Banking). Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us and unless properly notified of the address change any notice we provide will be valid if sent to your most recent address. Address changes on accounts will be authorized if Flagstar Bank receives notification from either an account owner or the United States post office. If provided elsewhere, we may impose a service fee if we attempt to locate you.

You must inform us when making an Address Change with the Post Office. By informing us of an Address Change, (either a Seasonal or Permanent Address Change), we can help you safeguard your personal information and potentially prevent you from becoming a victim of Identity Theft. We can even set an expiration date on Seasonal Address Changes so that when you return, your bank statements will be directed to the proper address. If you fail to notify us regarding a Change of Address or Forwarding instructions (either for Seasonal or Permanent Address Changes), the following will occur: In accordance with the Terms and Conditions of the account, when we receive your first returned statement a return mail fee will be charged to your account. If you still do not change your address, a return mail fee will be charged after the second returned statement and again after the third statement. For your protection, your account will be frozen, after the third return mail fee is assessed and all transaction activity will be declined until you update your mailing address information with us. After the third returned statement, your statement delivery will be suppressed and no additional return mail fees will be assessed. Once you notify us of your Change of Address, we will update your address on the account(s) you indicate and your account(s) will then be reactivated. You will then begin to receive your account statement(s), and all other notices at your new, or temporary/seasonal address and normal banking activity will resume on your account(s).

**43.    Resolving Account Disputes.** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable

for any Items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**44.    Waiver of Notices.** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**45.    Subaccount Organization.** For regulatory accounting purposes, we may organize your checking account as two subaccounts. When applicable, the following details will define the organization of the two subaccounts. One of these accounts is a transaction subaccount (e.g., a checking subaccount). You will transact business on this subaccount. The other is a nontransaction subaccount (e.g., a savings account). You cannot directly access the nontransaction subaccount, but you agree that we may automatically, and without a specific request from you, initiate individual transfers of funds between subaccounts from time to time at no cost to you. This account organization will not change the amount of federal deposit insurance available to you, your Available Balance, the information on your periodic statements, or the interest calculation, if this is an interest-bearing account. You will not see any difference between the way your checking account operates and the way a traditionally organized checking account operates, but this organization makes us more efficient and helps to keep costs down.

**46.    ACH and Wire Transfers.** This Agreement is subject to Article 4A of the *Uniform Commercial Code - Fund Transfers* as adopted in the state in which you have your account with us. We may accept on your behalf payments to your account which have been transmitted through one or more Automated Clearing Houses ("ACH") and which are not subject to the Electronic Funds Transfer Act and your rights and obligations with respect to such payments shall be construed in accordance with and governed by the laws as adopted in the state in which you have your account with us. You agree to be bound by the National Automated Clearing House Association rules, as they may be amended from time to time, which are applicable to ACH transactions involving your account. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give next day notice of the payment order or credit and we will not do so. However, we will continue to notify you of the receipt of payments in the periodic statements we provide to you. If we receive a wire or ACH credit or debit to an account you have with us and the item is suspected of being in violation of sanctions imposed by the Office of Foreign Assets Control of the U.S. Department of Treasury, we may delay the Posting beyond the effective date due to the review of the transaction. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the *Uniform Commercial Code*. If we do not receive such payment or are obligated to return such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If you originate a fund transfer for which Fedwire or ACH is used, and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it

identifies a financial institution, person or account other than the one named.

**47.    Funds Transfers, Generally.** A funds transfer is the transaction or series of transactions that begin with the originator's payment order, made for the purpose of making payment to the beneficiary of the order. A funds transfer is completed by the acceptance by the beneficiary's bank of a payment order for the benefit of the beneficiary of the originator's order. You may give us a payment order orally, electronically, or in writing, but your order cannot state any condition to payment to the beneficiary other than the time of payment. Credit entries may be made by ACH.

**48.    Linked Account (Deposit Overdraft Protection).** If you request that we link your checking account to a Linked Account, you agree that we may transfer funds from the Linked Account to your checking account automatically when an Item exceeding your checking account's Available Balance is presented for payment. We will not assess a Linked Account fee. The Linked Account will generally transfer only enough money to return your checking account's Available Balance to zero. However, if the Linked Account's Available Balance is not sufficient to return your checking account's Available Balance to zero but the Item can still be paid by also using another overdraft-protection option (for example, Bounce Protection, another linked-account arrangement, or an overdraft line of credit), then your Linked Account's remaining Available Balance will be transferred and the remaining amount of the Item will be covered by the other overdraft protection option in the order it was associated with your account.

We have no duty to link accounts on your behalf. In our sole discretion, we may limit the types and number of accounts that may be linked and impose restrictions on linking any specific account you may have. You agree that information regarding your linked accounts may be made available to any other owner on any of the accounts that are linked. We reserve the right to limit the types and number of transactions that may be paid from the Linked Account. The linking of your accounts in this manner may be canceled upon your written request or at our discretion.

If your Linked Account earns interest, you should decide whether the amount of Overdraft Charges on your checking account you anticipate you will avoid under the linked-account arrangement will be greater than the amount of interest you will forgo by having funds transferred from the Linked Account. You may request our Truth-in-Savings Disclosures for the type of account you propose to use as a Linked Account to obtain information regarding how interest is determined on the Linked Account and any minimum balance or other requirements to earn interest on the Linked Account.

**49.    Night Drop.** If you utilize one of our outside depositories, you agree to be bound by the terms for the night depository service contained herein and all applicable fees and service charges. Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs in the space designated for signatures on the signature card are authorized to perform night depository transactions. This authorization will continue until you give us written notice to the contrary. All items placed in a night depository must be secured in sealed or locked in a tamper-evident container. You must include in the sealed or locked container an itemized deposit slip documenting the container's contents and retain a copy of the deposit slip for your records. Items deposited in the night depository may only contain cash and checks, drafts, or other similar items that would be presented to a teller for deposit. We will remove and open the containers and credit the contents to your designated account no later than the end of the next Business Day after they are placed in the night depository. Nothing

Rev 2/24

in this disclosure is intended to determine the extent, if any, to which the items are insured once they are deposited. Prior to the items placed in the night depository becoming deposited, our responsibility will be limited to the exercise of reasonable care, and unless otherwise required by law we will not insure such items, and our not insuring them will not constitute failure to exercise reasonable care. We will not under any circumstances be liable for consequential damages. If there are any discrepancies between the amounts shown on your deposit slip and the actual contents of the container, we will promptly notify you in writing of the discrepancies. You will only be entitled to credit for the actual contents, as determined by a bank officer or employee who is present to witness and record the contents of the containers, when opened, regardless of what is stated on the deposit slips. We are only responsible for provable losses that are directly sustained by you and only to the extent that such losses were caused by our gross negligence or willful misconduct. Unless otherwise required by law, you agree that we are not liable for any loss or damage, neither direct or consequential, that results (i) from a delay in accepting a deposit, applying a payment or otherwise processing a deposited transaction; (ii) from the operation, mechanical failure, or general condition of the night depository, the keys for it or any other equipment in connection with the night depository service; (iii) to property placed in the night depository in breach of this disclosure or left outside of the night depository; or (iv) from delay in processing a deposited transaction while we are waiting for your instructions. You agree that any action taken by us in offering the night depository service to you in accordance with this disclosure constitutes an act of courtesy and convenience; and therefore, we shall have no responsibility or liability in the event that your deposit does not comply with the terms of this disclosure and/or the contents of your deposit fail to conform to the accompanying deposit ticket. The bank records to any deposit in the night depository shall be conclusive as between you and the bank with respect to the fact of the deposit or claimed deposits. You assume full responsibility for and risk of any shortage resulting from such discrepancy. We may temporarily suspend use of the night depository, without any resulting liability, by posting a sign to that effect at or near the night depository in the event of an emergency or to make alterations or repairs.

**50.      Notice of Negative Information.** We may report information about your accounts to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your consumer report. Federal law requires us to provide the following notice to customers before any negative information may be furnished to a nationwide consumer reporting agency. Negative information includes information concerning delinquencies, overdrafts or any form of default. This notice does not mean that we will be reporting such information about you, only that we may report such information about customers that have not done what they are required to do under this Agreement. After providing this notice, additional negative information may be submitted without providing another notice. If you believe the information we reported is in error, you may dispute the information by contacting us at 102 Duffy Avenue, Hicksville, NY 11801.

**51.      Limitation Of Liability**. Unless otherwise provided by law, you agree we will not be liable for any damages, of whatever nature, unless we have acted in a manner that would constitute gross negligence or willful misconduct, and your loss or damages are the direct result of such gross negligence or willful misconduct. You agree that in no event will we be liable for indirect, special, consequential, punitive, or exemplary damages,

regardless of the form of the action, and even if we have been informed of the possibility of such damages.

Our liability will be limited to the face amount of an Item if a claim relates to our failure to stop payment of the Item or our payment of an Item bearing an unauthorized or forged drawer's signature, forged endorsement or an alteration.

**52.      Waiver Of Trial By Jury**. We and you hereby waive right to trial by jury in any lawsuit, action, proceeding, including counterclaims, of whatever nature or type, including actions in contract or tort, arising out of or relating to these terms and conditions, your relationship with us, or any account, service or product used by you.

**53.      Severability**. In the event that any Term, Condition or provision of this agreement is held unenforceable, the validity or enforceability of the remaining Terms, Conditions and provisions will not be affected, and the unenforceable Term, Condition or provision will be replaced with an enforceable Term, Condition or provision that comes closest to the intention underlying the unenforceable provision.

**54.      No Waiver**. Unless specifically set forth in this booklet, we will not be deemed to have waived any of our rights or remedies unless such waiver is in writing and signed by us. No delay or omission on our part in exercising any rights or remedies shall operate as a waiver of such rights or remedies or any other rights or remedies. A waiver on any one occasion shall not be construed as a bar or waiver of any rights or remedies on future occasions.

**55.      Dispute Resolution by Binding Arbitration.** This arbitration provision is optional. If you do not wish to accept it, you must follow the instructions in subsection (11) below to reject arbitration. Unless you timely reject arbitration, this arbitration provision is binding on you and us.

*1.*      CLAIMS SUBJECT TO ARBITRATION - Except as specified in subsection (2) below, any dispute or claim between you and us must be arbitrated if either party elects arbitration of that dispute or claim. This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to:

a.      claims arising out of or relating to any aspect of the relationship between you and us, whether based in contract, tort, fraud, misrepresentation, or any other statutory or common-law legal theory;

b.      claims that arose before this or any prior Agreement (including, but not limited to, claims relating to advertising or disclosures for any of our products or services);

c.      claims for mental or emotional distress or injury not arising out of bodily injury;

d.      claims asserted in a court of general jurisdiction against you or us, including counterclaims, cross-claims, or third-party claims, that you or we elect to arbitrate in the answer or other responsive pleading;

e.      claims relating to the retention, protection, use, or transfer of information about you or any of your accounts for any of our products or services;

f.      claims relating to communications with you, regardless of sender, concerning any of our products or services, including emails and automatically dialed calls and text messages; and

g.      claims that may arise after the termination of this Agreement.

h.      In this arbitration provision only, references to "we," "us," and "our" mean Flagstar Bank and its parents, subsidiaries, affiliates, predecessors, successors, and assigns, as well as each of those entities' agents and employees. In addition, references to "you" and "your" mean the account owners, all authorized or unauthorized users or beneficiaries of

the account, each of those person's assignees, heirs, trustees, agents, or other representatives, and if the account owner is a business, the account owner's parents, subsidiaries, affiliates, predecessors, successors, assigns, and each of those entities' agents and employees. This arbitration provision does not preclude you or us from bringing issues to the attention of federal, state, or local agencies. Such agencies can, if the law allows, seek relief against you or us on the other's behalf. Nor does this arbitration provision preclude either you or us from exercising self-help remedies (including setoff), and exercising such a remedy is not a waiver of the right to invoke arbitration of any dispute. You and we each waive the right to a trial by jury or to participate in a class action whenever either you or we elect arbitration. This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of this Agreement.

*2.*      CLAIMS NOT SUBJECT TO ARBITRATION - You and we agree that the following disputes or claims cannot be arbitrated:

a.      claims arising from bodily injury or death;

b.      claims seeking only individualized relief asserted by you or us in small claims court, so long as the action remains in that court and is not removed or appealed to a court of general jurisdiction, in which case either party may elect arbitration;

c.      claims relating to residential mortgages or an extension of credit under a separate agreement or note (such as a separate loan agreement, promissory note, or bank card agreement), which shall be governed by the dispute-resolution procedures set forth in that separate agreement or note; and

d.      disputes over the scope and enforceability of this Dispute Resolution by Binding Arbitration section, whether a dispute or claim can or must be brought in arbitration, or whether subsections (4) or (8) have been violated.

*3.*      PRE-ARBITRATION NOTICE OF DISPUTES AND INFORMAL RESOLUTION - Before either you or we commence arbitration, the claimant must first send to the other a written Notice of Dispute ("Notice"). The Notice to us should be sent to: Flagstar Bank, N.A., Attn: Deposit Account Arbitration, P.O. Box 9085, Hicksville, NY 11802-9085 ("Notice Address"). The Notice to you will be sent to your address on file with your account. The Notice must include: (a) the claimant's name, address, and phone number; (b) the account number(s) at issue; (c) a description of the nature and basis of the claim or dispute; and (d) the specific relief sought. In addition, the Notice must be personally signed by you (if you are the claimant) or by a bank representative (if we are the claimant). Moreover, to safeguard your account, if you have retained an attorney to submit your Notice, you must also provide your signed written authorization for us to discuss your account and share your confidential account records with anyone but you, including your attorney ("Attorney Authorization").

Whoever sends the Notice must give the other party 60 days after receipt of a fully complete Notice (including your Attorney Authorization, if required) to investigate the claim. During that period, either you or we may request an individualized discussion (by telephone or videoconference) regarding settlement ("Informal Settlement Conference"). The parties must work together in good faith to select a mutually agreeable time during business hours for the Informal Settlement Conference (which can be after the 60-day period). If we request the Informal Settlement Conference, we will suggest at least two times during the following 30 days for your consideration. You and a bank representative must personally participate in

Rev 2/24

the Informal Settlement Conference, unless otherwise agreed in writing. Your and our lawyers (if any) also can participate.

Any applicable statute of limitations or contractual limitations periods will be tolled during the "Informal Resolution Period," which is the period between the date that a fully complete Notice (and Attorney Authorization, if required) is received by the other party and the later of (i) 60 days later or (ii) the date an Informal Settlement Conference is completed, if timely requested.

4.	COMMENCING ARBITRATION - An arbitration proceeding cannot be commenced until after the Informal Resolution Period has ended. A court will have authority to enforce this subsection, including the power to enjoin the filing or prosecution of arbitrations without first providing a fully complete Notice and participating in a timely requested Informal Settlement Conference. The court also may enjoin the assessment or collection of arbitration fees incurred as a result of such arbitrations. Further, unless prohibited by applicable law, the arbitration provider shall not accept nor administer any arbitration nor assess any fees unless the claimant has complied with the Notice and Informal Settlement Conference requirements of subsection (3).

5.	ARBITRATION PROCEDURE - The arbitration will be governed by the Consumer Arbitration Rules ("AAA Rules") of the American Arbitration Association ("AAA"), as modified by this arbitration provision, and will be administered by the AAA. (If the AAA is unavailable or unwilling to administer arbitrations consistent with this arbitration provision, another arbitration provider shall be selected by agreement of the parties or, if there is not agreement, by the court.) The AAA Rules are available online at www.adr.org or by writing to the Notice Address. As in court, you and we agree that any counsel representing someone in arbitration certifies that they will comply with the requirements of Federal Rule of Civil Procedure 11(b), including a certification that the claim or the relief sought is neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under that rule, the AAA Rules, or applicable federal or state law against all appropriate represented parties and counsel. The arbitrator may consider rulings in arbitrations involving other customers, but an arbitrator's ruling is not binding in proceedings involving other customers. Except as provided in subsection (8) below, the arbitrator shall apply the same substantive law that a court would apply and can award the same individualized remedies (including punitive and statutory damages and statutory attorney's fees and costs) that a court could award under applicable law and this Agreement. Unless you and we agree otherwise, any arbitration hearings will take place in the county of your address on file with your account. If your claim is for $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic or videoconference hearing, or by an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based.

6.	MINIMUM RECOVERY - During the arbitration, the amount of any settlement offer shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you are entitled. If you are the claimant, you had complied with this subsection and subsections (3) and (4), and the arbitrator awards you an amount of money that exceeds the value of our last written settlement to you before the appointment of

the arbitrator, then we will pay you $1,000 in lieu of any smaller award (the "Minimum Recovery"). In determining whether you are entitled to the Minimum Recovery, the arbitrator shall not consider amounts offered or awarded for attorneys' fees or costs. Any disputes as to recovery of the Minimum Recovery shall be resolved by the arbitrator and must be raised within 14 days of the arbitrator's ruling on the merits.

7.	ARBITRATION FEES - We will pay all AAA filing, administration, case-management, hearing, and arbitrator fees ("AAA Fees") if we initiate an arbitration. The AAA Rules will govern the allocation of AAA Fees if you initiate an arbitration. But if your claims are valued at $10,000 or less, we will pay all AAA Fees, so long as you have fully complied with the requirements of subsections (3) and (4). In such cases, we will pay the filing fee directly to the AAA upon receiving a written request at the Notice Address that you have commenced arbitration or, if the AAA makes you pay the filing fee, we will send that amount to the AAA and request that the AAA reimburse you. If, however, the arbitrator finds that you violated the standards set forth in Federal Rule of Civil Procedure 11(b), then the payment of all AAA Fees will be governed by the AAA Rules. In such case, you agree to reimburse us for all monies previously disbursed that are otherwise your obligation to pay under the AAA Rules.

8.	REQUIREMENT OF INDIVIDUAL ARBITRATION - The arbitrator may award relief (including monetary, declaratory, or injunctive relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND WE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless both you and we agree otherwise, the arbitrator may not consolidate the claims of more than one person (except for the claims of co- or joint account owners pertaining to that account), and may not otherwise preside over any form of a representative, class, or private attorney general proceeding. If, after exhaustion of all appeals, any of these prohibitions on non-individualized relief, non-individualized proceedings, or consolidation are found to be unenforceable with respect to a particular claim or with respect to a particular request for relief (such as a request for injunctive relief), then that claim or request for relief shall be severed and decided by a court after all other claims and requests for relief are arbitrated.

9.	ADDITIONAL PROCEDURES FOR COMPLEX DISPUTES - If you are a business and the relief sought by either you or us in an arbitration exceeds $75,000 in value (not counting amounts sought for punitive or treble damages or for attorneys' fees or costs), then the AAA's Commercial Arbitration Rules rather than the Consumer Arbitration Rules shall apply, and the Commercial Rules will govern the allocation of AAA Fees instead of subsection (7). If you are a consumer and the relief sought by either you or us in an arbitration exceeds $1,000,000 in value (not counting amounts sought for punitive, treble, or emotional harm damages or for attorneys' fees or costs), then the same switch to the Commercial Arbitration Rules shall apply if both you and we agree. In addition, in such cases, regardless of whether you are a business or consumer customer, either party may appeal the final award to a three-arbitrator panel pursuant to the AAA's Optional Appellate Rules by providing written notice within 30 days of the award. The appellant shall pay all fees and costs for the appeal unless the panel determines that the appellant is the prevailing party, in which case the panel shall have the discretion in its final award to reallocate the fees and costs as justice or otherwise applicable law requires. If there is a cross-appeal, the

costs shall be borne equally by both sides, subject to reallocation by the panel in its final award as justice or otherwise applicable law requires.

10.	FUTURE CHANGES TO ARBITRATION PROVISION - Notwithstanding any provision in this Agreement to the contrary, you and we agree that if we make any future change to this arbitration provision (other than a change to the Notice Address), you may reject that change by sending us written notice, personally signed by you and containing the account numbers for which you wish to reject the changes, within 30 days of the first notice change to the Notice Address provided above. By rejecting that future change, you are agreeing that you will arbitrate any dispute or claim between you and us in accordance with the language of this provision, as amended by any changes that you did not timely reject.

11.	RIGHT TO REJECT ARBITRATION PROVISION - If you do not wish to arbitrate, you may reject this arbitration provision by sending a rejection notice to the Notice Address above ("Rejection Notice"). To be valid, a Rejection Notice personally must: (a) include your name, account number(s), and a statement personally signed by you that you are rejecting the arbitration provision in this Agreement; and (b) be received by us within 30 days after the opening of your account. If an arbitration provision has been added for the first time to the agreement for an existing account, your Rejection Notice must be postmarked on or before the effective date of that amendment to that agreement. If your Rejection Notice complies with these requirements, this arbitration provision will not apply to you with respect to any claims that you or we commence in litigation or arbitration after we receive your Rejection Notice. Rejecting this arbitration provision will not affect your other rights or responsibilities under this Agreement. Nor will it affect any other arbitration agreements between you and us, such as arbitration provisions in other contracts between you and us.

12.	MILITARY LENDING ACT - If you are a covered member of the armed forces or the dependent of a covered member within the meaning of the Military Lending Act and your Agreement with us involves an extension of consumer credit under that Act, then you are not required to arbitrate disputes.

13.	FORUM SELECTION - Unless you and we agree otherwise, to the greatest extent permitted by law, the state and federal courts in New York will have exclusive jurisdiction over any disputes (except for disputes brought in small claims court) that are not subject to arbitration or over any action involving the applicability or enforceability of the section entitled Dispute Resolution by Binding Arbitration or any of its parts. You and we consent to the jurisdiction and venue of those courts and waive any objections as to personal jurisdiction or venue or any right to seek to transfer or change venue to another court.

### Bounce Protection Overdraft Program Terms and Conditions

When you choose to enroll in Bounce Protection, the terms and conditions described in this Bounce Protection Overdraft Program are part of the Terms and Conditions of Your Account. Words and phrases defined in the Terms and Conditions of Your Account have the same meaning when used in this document. This Bounce Protection Overdraft Program Terms and Conditions only applies to your account while it is enrolled in Bounce Protection. Please read this carefully.

These additional terms are defined below:

"Good Standing" for purposes of Bounce Protection means you (1) deposit enough money to bring your account to a positive Balance (including the payment of all bank fees and charges) by the end of a Business Day and the Balance remains positive until the next Business Day at least once every 30

Rev 2/24

calendar days; (2) avoid excessive overdrafts; and (3) have no legal orders, levies or liens against your account.

"New Customers" for purposes of Bounce Protection means you have been an owner of a checking account with us for 60 calendar days or less.

If you would like to enroll in Bounce Protection, we require you to provide your affirmative consent via written notice, or by similarly authenticated electronic means, at our discretion. If you want to remove Bounce Protection from your account, you may contact us at any time by calling (888) 248-6423 or visiting one of our branches. This document contains information about Bounce Protection and how you may avoid paying Overdraft Charges, such as by having a Linked Account or an overdraft line of credit.

**What is Bounce Protection?** Bounce Protection is a service for our customers under which we may, in our discretion, pay an Item exceeding your Available Balance presented against your account and charge you an Overdraft Charge, instead of declining the Item or returning the Item unpaid and not charging you a fee for non-sufficient funds transactions. However, we will pay the Item only if your account is in Good Standing. We will not pay Items that would cause the overdraft in your account to exceed your Bounce Protection limit.

Bounce Protection is not a line of credit. At our discretion, to avoid overdrawing or causing your account to become further overdrawn, we may return (i.e., not honor, or reject) or decline (i.e., not approve) any Item that is presented for payment exceeding your Available Balance even if the amount of the Item does not exceed the unused portion of your Bounce Protection limit, your account is in Good Standing, or we have previously paid one or more similar Items under Bounce Protection. You should not write a check or authorize a transaction on your account at a time when the Available Balance in your account is not sufficient to cover the check or other transaction, and you should not rely on Bounce Protection to cover the check or other transaction. Items that, if paid, would cause the overdraft in your account to exceed your Bounce Protection limit will be returned unpaid. While we may not pay an Item that would cause the amount of the overdraft in your account to exceed your Bounce Protection limit, we may assess bank fees (such as Overdraft Charges) on your account in excess of your Bounce Protection limit. If we do not pay the Item, the transaction will be considered a non-sufficient funds transaction.

When you choose to enroll in Bounce Protection, you agree that we may, at our discretion, pay Item(s) rather than returning them unpaid, even though paying the Item(s) creates an overdraft in your account. You agree that, in certain circumstances, we may charge fees when we pay an Item that causes your account to become overdrawn. We may assess an Overdraft Charge against your account if we pay an Item: (1) despite your account being overdrawn, or (2) that would cause or contribute to an overdraft of your account. However, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if either: (a) you have not enrolled in ATM and Debit Card Overdraft Protection; or (b) the Exception for Authorized Positive Transactions, Exception for Small Amounts, or Exception for Intra-Day Deposits (described below) applies. Checks and other Items are not necessarily posted to your account in the same order the checks were written, or the other Items occurred.

The amount of each Item paid exceeding the Available Balance in your account plus the amount of any Overdraft Charge assessed for the Item will be deducted from your Balance. If we return the Item unpaid rather than paying it, we will not assess a fee. The amount of any overdraft in your account after we complete the process of Posting to your account on a

Business Day (including any Overdraft Charges Posted to your account on that Business Day) will be subtracted from your Bounce Protection limit before the beginning of the next Business Day. No interest will be charged on the overdraft balance in your account.

**What charges are associated with Bounce Protection?** To help you manage your account, the total Overdraft Charges assessed during the current statement period and year- to-date will be shown on your account's periodic statement. We do not assess fees for returned Items (non-sufficient funds transactions). We will post all the fees and charges described below in this section as debits to your account. Please note, there are exceptions for Authorized Positive Transactions, Small Amounts and Intraday Deposits where we will not charge you an Overdraft Charge as described below.

OVERDRAFT CHARGE – Subject to the exceptions and limitations, we will assess an Overdraft Charge of $**10.00** to your account for each Item we pay exceeding the Available Balance in your account. Also, if you have given your specific consent for us to do so, we may authorize and pay ATM transfers or withdrawals and everyday debit card purchases when they exceed the Available Balance in your account, and we will assess an Overdraft Charge for each such ATM or debit card transaction. Whether an Overdraft Charge will be assessed is subject to the exception for Authorized Positive transactions, small amounts and intraday deposits, described in more detail below.

CHARGE-OFF FEE - If your Balance continues to be negative by any amount for 60 consecutive days, we will close your account and will assess a Charge-Off Fee to your account in the amount of $**30.00**.

**Can I incur more than one Overdraft Charge in a single day?** We may assess more than one Overdraft Charge to your account each day, depending on the number of checks and other Items presented on your account that day. For example, if we pay three Items under Bounce Protection in one day, we will assess three Overdraft Charges of $10.00 each.

**Are there any limits or exceptions to when you assess an Overdraft Charge?** Certain overdraft transactions will not result in an Overdraft Charge, as described in the Daily Limit on Charges, Exception for Authorized Positive Transactions, Exception for Small Amounts, and Exception for Intraday Deposits headings below.

DAILY LIMIT ON CHARGES - We will not charge you more than three Overdraft Charges per day (a maximum of $30.00 per day) subject to the Exception for Authorized Positive Transactions, Exception for Small Amounts, or Exception for Intraday Deposits described below.

EXCEPTION FOR AUTHORIZED POSITIVE TRANSACTIONS - We will not charge you an Overdraft Charge for ATM or one-time debit card transactions when the Available Balance in your account is greater than or equal to the ATM or one-time debit card transaction at the time authorization is provided and Temporary Debit Authorization Hold is placed.

EXCEPTION FOR SMALL AMOUNTS - We will not charge you an Overdraft Charge: on any Item presented for payment in the amount of $10.00 or less; or if your account is overdrawn $10.00 or less after we finish the process of Posting all debits and credits to your account on a Business Day.

EXCEPTION FOR INTRADAY DEPOSITS - We do not assess Overdraft Charges until 9 p.m. ET on each Business Day, which allows us to complete the process of Posting all debits and credits received by 9 p.m. ET. This is important to you because it allows you to avoid an Overdraft Charge or non-sufficient funds transaction by making a Qualifying Overdraft Deposit (defined below) by 9 p.m. ET the same Business Day.

To be a "Qualifying Overdraft Deposit", the deposit must be:

1.  of funds with same-day availability under our Funds Availability Disclosure;
2.  in an amount set forth in the next paragraph;
3.  made to the overdrawn account;
4.  and if the deposit will include cash or check, made at any of our branches up to the daily closing time of the branch on that Business Day, or at a full-service ATM located on the premises of one of our branches by 9 p.m. ET the same business day. A "full-service" ATM is an ATM that accepts deposits in addition to dispensing cash.

If Items exceeding your Available Balance were paid, the Qualifying Overdraft Deposit must be in an amount that, when all debits and credits to your account for that Business Day have been Posted, results in your Available Balance being overdrawn by no more than $10.00.

A deposit made after 9 p.m. ET on a Business Day or made on a day that is not a Business Day is deemed to be made on our next Business Day.

This means we may determine whether your Available Balance is sufficient to pay an Item at any point between (1) the time an Item is presented to us or we receive notice regarding the Item and (2) the time we pay or return the Item. We are not required to make this determination more than once. If we choose to make a subsequent determination, the Available Balance at the subsequent time will determine whether we pay or return the Item. Generally, a subsequent determination cannot be made for ATM and everyday debit-card transactions. Please note that we rely on how your merchant codes a debit-card transaction to determine whether it is a "one-time" or a "recurring" transaction and will not perform an independent review.

EXAMPLE:

Suppose your account has an Available Balance of $0 and you have Bounce Protection with a limit of $500.

Three ACH debits are presented against your account on a single day; the first presented is $1,000, the second is $300, and the third is $350.

- The first ACH debit ($1,000) would be scheduled to be returned unpaid because it exceeds your Available Balance and your Bounce Protection limit of $500.

- The second ACH debit ($300) would be paid by Bounce Protection, reducing your Available Balance to $-300 and your remaining Bounce Protection limit to $200.

- The third ACH debit ($350) would be scheduled to be returned unpaid because it exceeds your Available Balance and your remaining Bounce Protection limit of $200.

Suppose you then deposit $600 cash by 9 p.m. ET that same business day.

The deposit would result in an Available Balance of $300 and a Bounce Protection limit of $500.

We would then apply the rejected ACH debits (the first and third) to the Available Balance in the order in which the ACH debits were presented to us.

- Your Available Balance and your Bounce Protection limit would still not be sufficient to pay the first ACH debit presented ($1000) in its entirety and the first ACH debit would be returned unpaid.

- However, your Available Balance and your Bounce Protection limit would be sufficient to pay the third ACH debit ($350) in its entirety leaving a $-50 Available Balance and $450 of remaining Bounce Protection limit.

An Overdraft Charge would be assessed for both the second ACH debit ($300) and the third ACH debit ($350) because your Available Balance at the end of the day was overdrawn by more than $-10. As we do not charge a fee

Rev 2/24

for non-sufficient funds transactions, you would not be assessed a fee for the first ACH debit ($1,000) that was returned unpaid. After we've assessed charges at the end of the day (two charges of $10 each under the current Fee Schedule), your Available Balance will be $-70.

**How will Temporary Debit Authorization Holds impact my account?**
Purchases made using your Flagstar Bank debit card or ATM card are subtracted from your designated Flagstar Bank account. PIN based transactions generally are settled the same day. Signature based transactions, on the other hand, may take longer to settle. A Temporary Debit Authorization Hold is frequently placed on funds in your account when you use your debit card over a credit-card network (generally when you do not enter a PIN). The merchant where you use your debit card requests the Temporary Debit Authorization Hold, and later sends the debit card transaction to us for payment. The merchant controls the amount of the Temporary Debit Authorization Hold, not us. The Temporary Debit Authorization Hold will not necessarily be for the same amount as the transaction eventually presented to us for payment and Posted to your account. The amount of the Temporary Debit Authorization Hold may be more than the actual amount of your purchase. Some common transactions where this occurs involve purchases of gasoline, hotel rooms, or meals at restaurants.

A Temporary Debit Authorization Hold reduces your Available Balance until the Temporary Debit Authorization Hold is released. This is important to you because if an Item exceeding your then-existing Available Balance is presented to us for payment, your account may become overdrawn, and you may be assessed an Overdraft Charge if we pay the Item. You may be assessed an Overdraft Charge even if the amount of the Temporary Debit Authorization Hold is more or less than the amount of the Item giving rise to such Hold.

Most Temporary Debit Authorization Holds are released in one of two ways: either (a) when the transaction is presented to us for payment, the Temporary Debit Authorization Hold is released, the amount is returned to your Available Balance, and the transaction is then immediately Posted to your account; or (b) if the transaction is not presented to us for payment, we will automatically release the Temporary Debit Authorization Hold 48 hours after it is requested and the amount will be returned to your Available Balance. Under the second scenario, keep in mind that the transaction may still be presented and Post to your account after we have released the Temporary Debit Authorization Hold.

Remember that we may assess an Overdraft Charge on an Item exceeding your Available Balance at the time the Item is presented for payment unless an exception applies. For instance, an Overdraft Charge would not be assessed if the Exception for Authorized Positive Transactions, Exception for Small Amounts, or Exception for Intra-Day Deposits (described above) applies.
EXAMPLE:
Your account has an Available Balance of $100 at the beginning of Day 1.
On Day 1, you swipe your debit card at a merchant to buy $50 worth of groceries (Transaction A), and the merchant requests authorization and we create a Temporary Debit Authorization Hold for $50.
○ This reduces your Available Balance to $50.
Later, on Day 1, a check you wrote for $75 is presented to us for payment (Transaction B). Even though the check exceeds your Available Balance, we decide in our discretion to pay it, overdrawing your account by $25 plus an Overdraft Charge of $36 (under the current Fee Schedule).
○ This reduces your Available Balance to -$61.

On Day 2, the merchant from Transaction A submits your $50 debit-card transaction to us for payment. The Temporary Debit Authorization Hold for the grocery purchase is released, and we will pay the $50 debit-card transaction. Because your Available Balance was at least $50 when we authorized the transaction and the Temporary Debit Authorization Hold was placed on Day 1 (see Exception for Authorized Positive Transactions above), we will pay Transaction A, and we will not assess an Overdraft Charge for that transaction.
Your Available Balance remains at -$61.

| Timing | Transaction Description | Transaction Amount | Available Balance |
|--------|------------------------|--------------------|-------------------|
| Day 1 | Starting Balance | | $100.00 |
| Day 1 | Temporary Debit Authorization Hold- Grocery Merchant (Transaction A) | -$50.00 | $50.00 |
| Day 1 | Check (Transaction B) | -$75.00 | -$25.00 |
| Day 1 | Overdraft Charge | -$10.00 | -$35.00 |
| Day 2 | Temporary Debit Authorization Hold Released for Payment- Grocery Merchant/Transaction A | $50.00 | -$11.00 |
| Day 2 | Point of Sale Debit Card Transaction – Grocery Merchant/Transaction A | -$50.00 | -$61.00 |

**When does Bounce Protection become effective on my account?**
NEW ACCOUNTS. Bounce Protection becomes effective on applicable new, personal, interest-bearing or non-interest-bearing checking accounts, subject to the below conditions:
*New Customers.* Bounce Protection will not be activated on your account until you have satisfied the following three conditions: (1) we have received affirmative consent as indicated above, (2) the account to which Bounce Protection will be added must be open for at least 60 days, and (3) you must make a deposit or deposits in your account in an aggregate amount equal to or greater than the Bounce Protection limit applicable to your account.
*Existing Customers.* For existing Flagstar deposit accountholders opening a new account, Bounce Protection will not be activated on your account until you have satisfied the following two conditions: (1) we have received affirmative consent as indicated above and (2) you have made a deposit or deposits in your account in an aggregate amount equal to or greater than the Bounce Protection limit applicable to your account type.
EXISTING ACCOUNTS. For existing Flagstar deposit accountholders who do not have Bounce Protection on accounts that have been open for at least 60 days, we will add Bounce Protection to the account when we have received affirmative consent as indicated above, so long as the account is in Good Standing.
Bounce Protection is not available for certain account types including, but not limited to, savings accounts, money market accounts, certificates of deposit, Individual Retirement Accounts and Health Savings Accounts. Bounce Protection is not available for certain ownership designations, including, but not limited to, trusts, accounts with minor owners, or representative payees.
**What types of Items may be paid by Bounce Protection?** Bounce Protection is not limited to payment of paper checks. Other transactions made using your account number (such as teller withdrawals, ACH debits,

and recurring debit card payments) may be paid. Also, everyday (non-recurring) debit card purchases and ATM transfers or withdrawals that overdraw your account may be paid if you also choose to enroll in ATM and Debit Card Overdraft Protection. An Overdraft Charge will be assessed in each of these situations, subject to the Exception for Small Amounts, Exception for Authorized Positive Transactions, Exception for Intraday Deposits and the Daily Limit on Overdraft Charges.
The chart below shows the different ways Items on your account may be paid as overdrafts under Bounce Protection.

| Access points | Can my Bounce Protection pay this type of Item? |
|---------------|--------------------------------------------------|
| Withdrawal from a Flagstar Teller | Yes |
| Writing a Check | Yes |
| Debit Card (recurring) | Yes |
| Debit Card (everyday) | Yes, with ATM and Debit Card Overdraft Protection enrollment* |
| ATM Withdrawal | Yes, with ATM and Debit Card Overdraft Protection enrollment* |
| ACH- Auto Debit | Yes |
| Online Banking Transfers | No |
| Online Bill Pay and Popmoney ® | Yes |
| Telephone Banking | No |
| Wire Transfers | No |

* See the "What is ATM and Debit Card Overdraft Protection?" section below

**What is ATM and Debit Card Overdraft Protection?** ATM and Debit Card Overdraft Protection is an additional service you may enroll in to extend the use of your Bounce Protection funds to authorize ATM and everyday (non-recurring) debit card transactions.
Under this service, we will assess Overdraft Charges for each ATM and everyday debit card transaction we pay which causes your account to become overdrawn subject to the Exception for Authorized Positive Transactions, Exception for Small Amounts, or Exception for Intra-Day Deposits (described above). You are not required to enroll in ATM and Debit Card Overdraft Protection to enroll in Bounce Protection. However, you must have Bounce Protection to enroll in ATM and Debit Card Overdraft Protection. Removal of Bounce Protection, by us or upon your request, will also remove ATM and Debit Card Overdraft Protection.
If you would like to enroll in ATM and Debit Card Overdraft Protection, we require you to provide your affirmative consent via written notice, or by similarly authenticated electronic means, at our discretion. If you want to remove ATM and Debit Card Overdraft Protection from your account, you may contact us at any time by calling (888) 248-6423 or visiting one of our branches.
**How will I know when I use Bounce Protection?** We will notify you promptly of any Items exceeding your Available Balance we pay or return; however, we have no obligation to notify you before we pay or return any Item. You should promptly update your check register with all Items and fees contained in the notice if you have not already done so.
If you also enroll in Online and Mobile Banking, you have the option to establish and receive balance related alerts by email or text message.

Rev 2/24

**How quickly must I repay an overdraft in my account?** You should make every attempt to bring your account to a positive Balance as soon as possible after an overdraft occurs. If we have not demanded immediate payment, you must bring your account to a positive Balance (including the payment of all bank fees and charges) by the end of a Business Day and the Balance must remain positive until the next Business Day at least once every 30 calendar days. If you do not do so, we will notify you that Bounce Protection has been suspended and that future Items exceeding your Available Balance will be processed according the "Overdrafts and Non-Sufficient Funds" and "Temporary Debit Authorization Holds" sections of the Terms and Conditions of Your Account. Unless we notify you otherwise or you request that Bounce Protection be removed from your account, Bounce Protection (and if previously enrolled, ATM and Debit Card Overdraft Protection) will be reinstated on your account on the first Business Day after you bring your account to a positive end-of-Business-Day Balance and the Balance remains positive until the next Business Day.

**How are overdrafts in my account repaid? Am I responsible for overdrafts?** We apply deposits to your account, including direct deposits (for example, payroll, Social Security or other government benefits), first to cover any overdrafts in your account, including Overdraft Charges, or any other fees Posted to your account, before we pay other Items.

Upon demand, you must pay immediately us the amount necessary to bring the Available Balance of your account to zero and thereby take your account out of overdraft status (even if your account has been closed), as well as any related costs and expenses, including reasonable attorney's fees of an attorney employed by us to collect those amounts from you, to the extent permitted by law.

**What is my Bounce Protection limit? If I have two checking accounts, can I get Bounce Protection on both?** Locate your type of account below and note the corresponding Bounce Protection limit. If you have multiple accounts for your household, you may have a Bounce Protection limit on each eligible account. We reserve the right to limit participation to one account per household and to suspend, revoke, or discontinue this program without prior notice.

Non-Interest Bearing Checking.................................................................$500
Interest-Bearing Checking…………………………………………………………$1,000
Business....................................................................................... ..$600

**Will my limit be reflected in the account balances I receive?** Your Bounce Protection limit will never be included in the Balance or Available Balance of your account.

**What if I am having trouble repaying my Bounce Protection or I use it frequently?** Please call us at (888) 248-6423 if you: (1) do not believe you will be able to bring your account to a positive end-of- Business-Day Balance within the required time period; (2) find that you are using Bounce Protection more often than you expected; or (3) don't understand why your account becomes overdrawn. We would like to discuss your situation with you.

**What if Flagstar determines that I have an excessive number of overdrafts on my account?** If your account has Bounce Protection and you repeatedly incur Overdraft Charges on your account during any rolling 12 month period, we will contact you to determine whether another product we offer may be of assistance to you in reducing the amount of these charges you incur. If you continue to incur an excessive number of Overdraft Charges, we may remove Bounce Protection from your account without advance notice to you. The amount of Overdraft Charges you have been assessed during the current statement period and year-to-date will be shown on your account's periodic statement.

We invite you to call (888) 248-6423 or visit one of our branches to speak with one of our representatives about steps you might take to reduce the number of Overdraft Charges you incur.

**What are some ways I can avoid Overdraft Charges on my account?** The best way to avoid overdrawing your account and thereby incurring Overdraft Charges is to keep track of your Available Balance, promptly enter all Items and bank fees in your check register and reconcile your checkbook regularly. Whenever you use your debit card to pay for goods or services, you should immediately deduct the amount of the payment you authorized in your check register, and also review your Available Balance to see whether the merchant requested a Temporary Debit Authorization Hold for a different amount. Flagstar Bank offers other ways to avoid Overdraft Charges on overdraft transactions, such as processing deposits of same-day funds made by 9 p.m. ET on the same business day, a Linked Account (defined in the Agreement section of the Terms and Conditions of Your Account), or an overdraft line of credit, as described below.

**How can a Linked Account or overdraft line of credit help avoid Overdraft Charges?** If you have set up a Linked Account with us, when an Item exceeding your checking account's Available Balance is presented for payment, funds are transferred automatically from the Linked Account to pay the Item.

The Linked Account will generally transfer only enough money to return your checking account's Available Balance to zero. However, if the Linked Account's Available Balance is not sufficient to return your checking account's Available Balance to zero but the Item can still be paid by also using another overdraft-protection option (for example, Bounce Protection, another linked-account arrangement, or an overdraft line of credit), then your Linked Account's remaining Available Balance will be transferred to your checking account and the remaining amount of the Item will be covered by the other overdraft-protection option in the order it was associated with your checking account.

You may be able to avoid Overdraft Charges and non-sufficient funds transactions using a linked-account arrangement. However, if your Linked Account earns interest, you should decide whether the amount of Overdraft Charges on your checking account you anticipate you will avoid under the linked-account arrangement will be greater than the amount of interest you will forgo by having funds transferred from the Linked Account. You may request our Truth-in-Savings Disclosures for the type of linked account you propose to use to obtain information regarding how interest is determined on the linked account and any minimum balance or other requirements to earn interest on the linked account.

An overdraft line of credit is an open-end credit account. It is linked to your account and will automatically advance funds to cover Items exceeding your Available Balance, subject to the available line of credit. We will not assess any fees for advances. Interest begins to accrue immediately on the amount transferred. Credit approval is required, and minimum monthly payments that include interest must be paid.

If you would like information on a Linked Account arrangement or overdraft line of credit, call (888) 248-6423 or visit one of our branches.

**What if I have Bounce Protection and a Linked Account or overdraft line of credit (or both)?** We will first transfer funds to your account from any Linked Account or overdraft line of credit before using your Bounce Protection limit to pay an Item exceeding your Available Balance. You may instruct us whether you want us to transfer from any Linked Account(s) or overdraft line of credit in a certain order. Otherwise, we will transfer from a Linked Account or overdraft line of credit in the order it was associated with your account.

**What if I do not want to have Bounce Protection on my account?** If you would like to have Bounce Protection removed from your account, please call (888) 248-6423. If you remove Bounce Protection from your account, future Items exceeding your Available Balance will be processed according the "Overdrafts and Non-Sufficient Funds" and "Temporary Debit Authorization Holds" sections of the Terms and Conditions of Your Account. Removing Bounce Protection will also remove ATM and Debit Card Overdraft Protection.

### Electronic Fund Transfers
**Flagstar Bank, 102 Duffy Avenue, Hicksville, NY 11801**
**(888) 248-6423**

**Definitions For Reference.**

"Business Day" means Monday through Friday, excluding federal holidays, for purposes of this Electronic Fund Transfers notice.

"Account" means a checking, savings or other consumer asset account held either directly or indirectly by us and established primarily for personal, family or household purposes. The term does not include an account held under a bona fide trust agreement such as a Health Savings Account (HSA) or an Individual Retirement Account (IRA).

"Access Device" means a card, code, or other means of access to a consumer's Account, or any combination thereof, that may be used by the consumer to initiate electronic fund transfers.

"Electronic Funds Transfer" and "Transfer" mean any transfer of funds that is initiated through an electronic terminal, telephone, computer, or magnetic tape for the purposes of ordering, instructing, authorizing the Bank to debit or credit your Account, including, but not limited to, ATM, online banking, telephone banking, point-of-sale, debit card (Visa® debit card) (whether or not an electronic terminal is used), check electronification, and pre-authorized transfers or payments (i.e., Automated Clearing House (ACH) transactions). The term does not include:

1.  any transfer of funds the primary purpose of which is the purchase or sale of a security or commodity, if the security or commodity is:
    a.  regulated by the Securities and Exchange Commission or the Commodity Futures Trading Commission;
    b.  purchased or sold through a broker-dealer regulated by the Securities and Exchange Commission or through a futures commission merchant regulated by the Commodity Futures Trading Commission; or
    c.  held in book-entry form by a Federal Reserve Bank or Federal agency;
2.  any transfer of funds under an agreement between a consumer and a financial institution which provides that the institution will initiate individual transfers without a specific request from the consumer
    a.  between a consumer's accounts within the financial institution;
    b.  from a consumer's account to an account of a member of the consumer's family held in the same financial institution; or
    c.  between a consumer's account and an account of the financial institution.

"Preauthorized Electronic Fund Transfer" means an electronic fund transfer authorized in advance to recur at substantially regular intervals including

Rev 2/24

but not limited to direct deposits (for example, from Social Security or payroll) or payment of certain recurring bills.

As used in this document the words "you", "your" and "Authorized User" means each person who has been given access by the Bank to make deposits, transfers, withdrawals or payments to or from an Account via Electronic Funds Transfer.

Other capitalized terms used in this Electronic Fund Transfers notice not otherwise defined shall have the meanings ascribed to such terms in the Terms and Conditions of Your Account document.

**Electronic Fund Transfers - Your Rights and Responsibilities.** As a consumer who uses Electronic Funds Transfer services, you have certain rights and responsibilities. These rights and responsibilities are defined by the Electronic Fund Transfers Act ("EFTA") and Regulation E of the Federal Reserve Board. This Electronic Funds Transfer Disclosure Statement ("EFT Disclosure Statement") applies to your Accounts with respect to transactions subject to the EFTA and Regulation E (for example: ATM/Visa® debit card, Online Banking, ACH transactions, telephone banking).

**Electronic Fund Transfers Initiated By Third Parties.**

TYPES OF TRANSFERS. You may authorize a third party to initiate electronic fund transfers between your account and the third party's account. These transfers to make or receive payment may be one-time occurrences or may recur as directed by you. These transfers may use the Automated Clearing House (ACH) or other payments network. Your authorization to the third party to make these transfers can occur in a number of ways. For example, your authorization to convert a check to an electronic fund transfer or to electronically pay a returned check charge can occur when a merchant provides you with notice and you go forward with the transaction (typically, at the point of purchase, a merchant will post a sign and print the notice on a receipt). In all cases, these third party transfers will require you to provide the third party with your account number and financial institution information. This information can be found on your check as well as on a deposit or withdrawal slip. Thus, you should only provide your financial institution and account information (whether over the phone, the Internet, or via some other method) to trusted third parties whom you have authorized to initiate these electronic fund transfers.

Examples of these transfers include, but are not limited to:

1. You may arrange with another party, such as your employer or a government agency, to electronically deposit funds on a one-time or recurring basis directly to your Account.
2. You may authorize another party, such as an insurance company or mortgage company, to have payments sent directly to them on a regular basis from your Account.
3. You may also direct that funds be transferred from one of your deposit accounts to another account, by use of telephone and personalized access codes, and through Online Banking.
4. You may also direct that funds be sent to a third party via person-to-person payments.
5. You may authorize a merchant or other payee to make a one-time electronic payment using account information from your check to pay for purchases and to pay bills.
6. Merchants and others who honor the Access Device(s) may give credit for returns or adjustments, and they will do so by initiating a credit to us. We will credit that amount to your account.

LIMITATIONS. To protect your accounts, there are daily dollar limits for Transfers using specific Access Device(s), such as ATM withdrawals, point-of-sale (POS) purchases or Person to Person transfers, even if your Available Balance is higher than the daily dollar limits. However, we may allow transactions that exceed your limits. Limitations on transfers, amounts and frequency of transactions applicable to your Access Device(s) are provided in the agreements and disclosures for the Access Device such as your Online Banking Terms and Conditions. We may change your limits and will notify you if we do so. If we suspect fraud on your account, if the balance information is unavailable, or for any other reason where we believe there is a risk to you or us, we may temporarily lower your limits or suspend your Access Device(s) without notice. We may, from time to time, limit or block Transfers involving some countries or merchants due to suspected fraud. We may suspend access to or deactivate and purge your Access Device(s) from our system, if your it is inactive for 180 consecutive days or more.

FEES. A currency conversion fee may be assessed any time you transact with a foreign merchant, even if you are physically located in the United States. An international transaction is any transaction where the country of the merchant or ATM is outside the United States. Please refer to the Fee Schedule for applicable fee amount.

**Documentation**

TERMINAL TRANSFERS. You can get a receipt at the time you make a transfer to or from your account using an automated teller machine or point-of-sale terminal. However, you may not get a receipt if the amount of the transfer is $15 or less.

PREAUTHORIZED CREDITS. If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company:

- the person or company making the deposit will tell you every time they send us the money.
- you can call us at (888) 248-6423 to find out whether or not the deposit has been made.

PERIODIC STATEMENTS. You will get a monthly account statement from us for your checking, money market and statement savings account. If your account has no activity, meaning no electronic funds transfers were made during one complete statement cycle, we will send you a statement at least quarterly. When activity resumes on the account, we will revert to sending monthly statements. If you receive a quarterly statement, service charges will continue to be assessed, when applicable, based on monthly statement cycles.

**Preauthorized Payments**

RIGHT TO STOP PAYMENT AND PROCEDURE FOR DOING SO. If you have told us in advance to make regular electronic funds transfer payments out of your account, you can stop any of these payments. Here is how:

Call or write us at the telephone number or address listed in this disclosure in time for us to receive your request three Business Days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call or it shall cease to be binding. There will be a service charge for each stop payment order as specified in the Fee Schedule.

NOTICE OF VARYING AMOUNTS. If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

LIABILITY FOR FAILURE TO STOP PAYMENT OF PREAUTHORIZED TRANSFER.

If you order us to stop one of these payments three Business Days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**Financial Institution's Liability.**

LIABILITY FOR FAILURE TO MAKE TRANSFERS. If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If you have an overdraft line of credit and the transfer would go over the credit limit.
3. If the automated teller machine where you are making the transfer does not have enough cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
6. If a merchant, machine or others does not honor or retains an Access Device due to their inability to determine your actual Available Balance or Balance or other limits or requirements.
7. There may be other exceptions stated in our agreement with you.

**Confidentiality.** We will disclose information to third parties about your account or the transfers you make:

1. when it is necessary to complete transactions or resolve errors involving your Account; or
2. to verify the existence and condition of your Account to third parties, such as a credit bureau or merchant; or
3. to comply with legal process(es), such as orders or subpoenas from government agencies or court orders; or
4. if you give us written permission;

**Regulatory Authority.** If you believe that any provision of the Electronic Funds Transfer Act has been violated you should notify the Bureau of Consumer Financial Protection at: P.O. Box 2900, Clinton, IA 52733-2900

**Consumer Liability.** Generally. Tell us AT ONCE if you believe your Access Device(s) and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check or Access Device(s). Calling us is the best way of keeping your possible losses down. If you do not notify us promptly, you could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 Business Days after you learn of the loss or theft of your Access Device(s), you can lose no more than $50 if someone used your Access Device(s) without your permission.

If you are a California resident, you can lose no more than $50 if someone used your Access Device(s) without your permission and you notify us within 60 days after the statement was delivered to you.

If you do NOT tell us within 2 Business Days after you learn of the loss or theft of your Access Device(s), and we can prove we could have stopped someone from using your Access Device(s) without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by Access Device(s), code or other means, tell us at once. If you do not tell us within 60 days after the statement was delivered to you, you may not get back any money you lost after the 60 days if we can prove

Rev 2/24

that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

**Contact in Event of Unauthorized Transfer.** If you believe your Access Device(s) has been lost or stolen, call: U.S. & Canada: (888) 248-6423; International: (248) 312-2325 or write [Address]. You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

**Error Resolution Notice.** In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

Tell us your name and account number (if any). Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 Business Days. We will determine whether an error occurred within 10 Business Days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. For errors involving Individual Retirement Account or Health Savings Account, we will determine whether an error occurred within 90 days. We will not credit an Individual Retirement Account or Health Savings Account until we have determined whether an error occurred.

We will tell you the results within three Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### Substitute Checks and Your Rights

**Financial Institution Name and Address.** Flagstar Bank 102 Duffy Avenue, Hicksville, NY 11801 (888) 248-6423

**Definitions for Reference.** "Calendar Day" means all days in a month including weekends and holidays. Calendar Days are referred to as "day" or "days". "Business Day" means Monday through Friday, excluding federal holidays, for purposes of this Substitute Checks and Your Rights notice. Please review other sections of the Disclosure Guide carefully because Business Day may be defined differently in other sections. Other capitalized terms used in this Substitute Checks and Your Rights notice not otherwise

defined shall have the meanings ascribed to such terms in the Terms and Conditions of Your Account document.

**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law. If you use this procedure, you may receive up to $2,500.00 of your refund (plus interest if your account earns interest) within 10 Business Days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at: Item Processing Department, Flagstar Bank, 102 Duffy Avenue, Hicksville, NY 11801

You must contact us within 40 days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. Your claim must include

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check and/or the following information to help us identify the substitute check:
  - Check Number,
  - Amount of the check,
  - Date of the check,
  - Name of the person to whom you wrote the check, and
  - Account Number

**Substitute Check Image**.



**SUBSTITUTE CHECK IMAGE**
Below is an image of a sample substitute check. The numbers listed below the image correspond with the numbers on or near the substitute check image and the corresponding text explains the various components of a substitute check.

1. An image of the original check appears in the upper right-hand corner of the substitute check.

2. A substitute check is the same size as a standard business check.

3. The information in asterisks relates to the "reconverting bank" - the financial institution that created the substitute check.

4. The information in brackets (appears sideways facing check image) relates to the "truncating bank" – the financial institution that took the original check out of the check processing system.

5. The legal Legend states: This is a legal copy of your check. You may use it the same way you would use the original check.

### Funds Availability Disclosure

This is important information about your ability to withdraw funds from:

**Flagstar Bank, 102 Duffy Avenue, Hicksville, NY 11801**
**(888) 248-6423**

**Definitions for Reference.** This policy statement applies to *"transaction accounts"*. Transaction accounts, in general, are accounts which permit an unlimited number of payments to third persons and an unlimited number of telephone and preauthorized transfers to other accounts of yours with us. Checking accounts are the most common transaction accounts. Feel free to ask us whether any of your other accounts might also be under this policy. "Business Day" means every Calendar Day except Saturdays, Sundays, and federal holidays, for purposes of this Funds Availability Disclosure. Please review other sections of the Disclosure Guide carefully because Business Day may be defined differently in other sections. "Calendar Day" is defined as all days in a month including weekends and holidays. Calendar Days are noted as "day(s)". Other capitalized terms used in this Funds Availability Disclosure not otherwise defined shall have the meanings ascribed to such terms in the Terms and Conditions of Your Account document.

**Transaction Accounts.** Our policy is to delay the availability of funds from your cash and check deposits. During the delay, you may not withdraw the funds in cash and we will not use the funds to pay checks that you have written.

The length of the delay is counted in Business Days from the day of your deposit. If you make a deposit before 9 p.m. ET on a Business Day that we are open, we will consider that Business Day to be the Business Day of your deposit. However, if you make a deposit after 9 p.m. ET or on a day we are not open, we will consider the deposit to be made on the next Business

Day we are open. The length of the delay varies depending on the type of deposit and is explained below.

Please remember that even after we have made funds available to you, and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

SAME-DAY AVAILABILITY. Funds from electronic direct deposits to your account will be available on the effective date/settlement date of the deposit. When we are notified of the deposit in advance, the deposit may show as "pending" until the Business Day of the effective date/settlement date received from the originating company or individual.

If you make the deposit in person to one of our employees, funds from cash are also available on the Business Day of your deposit. If you do not make your deposit in person to one of our employees, funds from cash deposits will be available on the second Business Day after the day we receive your deposit.

NEXT-DAY AVAILABILITY. Funds from the following deposits are available on the first Business Day after the day of your deposit:
- U.S. Treasury checks that are payable to you
- Checks drawn on Flagstar Bank
- If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first Business Day after the day of deposit:
- State and local government checks that are payable to you.
- Cashier's, certified, and teller's checks that are payable to you.
- Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these Items are payable to you.

If you do not make your deposit in person to one of our employees (for example, if you mail the deposit), funds from these deposits will be available on the second Business Day after the day we receive your deposit.

OTHER CHECK DEPOSITS SUBJECT TO SECOND-DAY AVAILABILITY. The first $225 from a deposit of other checks will be available by the first Business Day after the day of your deposit. The remaining funds will be available on the second Business Day after the day of your deposit.

For example, if you deposit a check of $700 on a Monday, $225 of the deposit is available on Tuesday. The remaining $475 is available on Wednesday.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it. If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

Longer Delays May Apply.

SAFEGUARD EXCEPTIONS. Funds you deposit by check may be delayed for a longer period under the following circumstances:

1. We believe a check you deposit will not be paid.
2. You deposit checks totaling more than $5,525 on any one day.
3. You redeposit a check that has been returned unpaid.
4. You have overdrawn your account repeatedly in the last six months.

5. There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

You should ask us if you need to be sure about when a particular deposit will be available for withdrawal.

Special Rules for New Accounts. If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the effective date/settlement date of the deposit. When we are notified of the deposit in advance, the deposit may show as "pending" until the Business Day of the effective date/settlement date received from the originating company or individual. Funds from deposits of cash, wire transfers and the first $5,525 of a Business Day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,525 will be available on the ninth Business Day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,525 will not be available until the second Business Day after the day of your deposit.

Funds from all other check deposits will be available on the seventh Business Day after the day of your deposit.

Deposits at Automated Teller Machines. Funds from any deposits (cash or check) made at a Flagstar automated teller machine (ATM) we own or operate may not be available until the second Business Day after the day of your deposit with $225 available by the first Business Day after the day of your deposit. The other sections for same-day and next- day availability noted above do not apply for these types of deposits.

All ATMs that we own or operate are identified as our machines.

**Common Features - Fee Schedule**
**Flagstar Bank, 102 Duffy Avenue, Hicksville, NY 11801**
**(888) 248-6423**

**Fee Schedule.** The following fees may be assessed against your account and the following transaction limitations, if any, apply to your account: Fees are assessed each Business Day, where applicable. "Business Day" means Monday through Saturday, excluding federal holidays, for any fees listed, unless otherwise noted. Please review other sections of the Disclosure Guide carefully because Business Day may be defined differently in other sections.

"Calendar Day" means all days in a month including weekends and holidays. Calendar Days are referred to as "day" or "days".

| COLLECTIONS | |
| --- | --- |
| Cashier's check (each) | $8 |
| Counter check (per page) | $2 |
| Money Order (each) | $5 |
| On-us check cashing fee, non-customer (each) | $10 |
| Incoming Wire, Domestic, customer (each) | $15 |
| Incoming Wire, International, customer (each) | $15 |
| Outgoing Wire, Domestic, customer (each) | $30 |
| Outgoing Wire, International, customer (each) | $50 |

| | |
| --- | --- |
| Incoming Collection, Domestic (each) | $25 |
| Outgoing Collection, Domestic (each) | $40 |
| Incoming Collection, Foreign (each) | $40 |
| Outgoing Collection, Foreign (each) | $40 |
| Account closed within 180 days of opening (each) This fee does not apply to Flagstar SimplyOne accounts. | $30 |
| Returned Deposited Item (each) | No Charge |
| Coin charge (each) | 7.5% |
| Check printing orders | Dependent on type of checks ordered |
| Direct deposit | No Charge |
| Charge-Off Fee (each) - If your Balance continues to be negative by any amount for 60 consecutive days, we will close your account and will assess a Charge-Off Fee to your account. | $30 |
| RESEARCH AND ADMINISTRATION | |
| Stop Payments or Stay Payment Removal (each) | $36 |
| Non-Sufficient Funds (NSF) Charge (each) | No Charge |
| Overdraft Charge (each) - A charge for an overdraft, paid Item (also known as Bounce Protection charge) for all checking and money market accounts other than SimplyOne. There is a limit of three Overdraft Charges per Business Day. Please see the Bounce Protection Overdraft Program Terms and Conditions for additional details on how to avoid this charge. | $10 |
| Linked Account (Deposit Overdraft (OD) Protection) transaction fee | No Charge |
| Levy, garnishment, child support or other legal action (each) | $100 |
| Account Inactivity fee (each month) | No Charge |
| Returned Mail Monthly Processing | $15 |
| Statement/Notice Mailing to Additional Address (no images) | $20 |
| Activity Printout/Document Copies (each) | $5 |
| Account research, per hour charge (one hour minimum charge) | $50 |
| Reconcile bank statement, per hour (one hour minimum charge) | $30 |
| Photocopy, each page | $1 |
| Notary service, customer (each) | No Charge |
| Ownership change fee (each account) | $25 |
| ABANDONED PROPERTY | |
| Escheated account fee (each) If and when permitted by law | Up to $10 |
| Newspaper Publication | Cost varies |
| Certified Mail Notice | Cost varies |
| ELECTRONIC SERVICES | |
| Flagstar ATM Withdrawal, Deposit, Balance Inquiry, Transfer (each) | Free |
| Non-Flagstar Domestic ATM Withdrawal, Balance Inquiry, Transfer (each, even if in the | $2.50 |

Rev 2/24

| | |
|---|---|
| same session) | |
| Non-Flagstar International ATM Withdrawal, Balance Inquiry, Transfer (each, even if in the same session) | $2.50 |
| Exchange Rate Adjustment (Currency Conversion Factor) - POS or ATM | 3% |
| Additional or replacement ATM/Debit card (each) | $5 |
| Expedited Debit Card Delivery (each) | $75 |

Rev 2/24